FILED
HARRISBURG, PA
JUL - 8 2021
PER ___PBT___
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHALMERS A SIMPSON, JR
(Plaintiff)

v.

VISION PROPERTY MANAGEMENT
(Defendant)

AFFIDAVIT / DECLARATION
IN SUPPORT OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

I, __CHALMERS A SIMPSON, JR__ certify that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my present financial condition I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress.

I further state that the responses which I have made to questions and instructions below are true and correct.

1. Are you presently employed?   Yes _____   No _X_

a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.
_____

b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.
__12/21/2015   $2,89 + TIPS__

2. Have you received within the past twelve months any money from any of the following sources?

    a. Business, profession or form of self-employment?   Yes _____   No _X_

    b. Rent payments, interest or dividends?   Yes _____   No _X_

    c. Pensions, annuities or life insurance payments?   Yes _____   No _X_

    d. Gifts or inheritances?   Yes _____   No _X_

    e. Any other sources?   Yes _____   No _X_

If the answer to any of the above is yes, describe each source of money and state the amount

received from each during the past twelve months.

_____

_____

3. Do you own any cash, or do you have money in a checking or savings account? Yes _____ No  X  (Include any funds in prison accounts.)

If the answer is yes, state the amount of cash or the present balance in any account.

_____

_____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing? Yes _____ No  X 

If the answer is yes, describe the property and state its approximate value.

_____

_____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. In order to comply with the court's privacy policy, only the initials of a minor should be listed below. Also, listing the age of the minor is acceptable; however, only the year of birth may be included. See the court's "Notice of Electronic Availability of Civil and Criminal Case File Information" and Local Rule 5.2 for more information on redaction of personal data identifiers.

NONE
_____

_____

6. List your monthly expenses for:

| | |
|---|---|
| food | $250,00 |
| rent | 588,00 |
| utilities | 214,00 |
| child care | NONE |
| medical care | 114,00 |
| other (explain) | 150,00 TRANSPORTATION TO DOCTORS |

PHILA TRAF COURT 10,00/PENN DOT $100,00/PPL $57,00/
UGI $50,00/WATER BILL $50,00/TRASH $50,00/XFINITY $50,00

FIRE BILL $5,00/UC SERVICE CENTER $5,00/COURTS $15,00

7. List any debts (mortgage, credit card, student loan, etc.) and the monthly fee on those debts:

STUDENT LOAN $2,700/ CREDIT ONE BANK $30,,monthly

I understand that a false statement or answer to any questions in this affidavit/ unsworn declaration will subject me to penalties for perjury.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6/7/21
                    Date

*Chesney A Simpson, Jr*
Signature of Plaintiff