DAUPHIN CAO
2432 N 7TH STREET
PO BOX 5959
HARRISBURG, PA 17110-0959



**pennsylvania**
DEPARTMENT OF HUMAN SERVICES

**OFFICE OF INCOME MAINTENANCE**

**Notice ID:** 9093560114 | C:25884

Chalmers Simpson
636 Curtin St Fl 1
Harrisburg, PA 17110-2424

*(handwritten: 10/9/20 Income Verification)*

**Mail Date:** 10/02/2020
**Record ID:** 22/0385325
**MCI#:** 002611392

**COMPASS:** The fast and easy way to apply for benefits
www.compass.state.pa.us

The Department of Human Services (DHS) is writing to you about your Medical Assistance (MA) and Supplemental Nutrition Assistance Program (SNAP) benefits.

---

 **Medical Assistance (MA)**

| Chalmers | You *qualify* for Medical Assistance effective 10/01/2020. |
|---|---|
| | You *qualify* for the state to begin paying your Medicare Part B premium (Buy-In) effective 10/01/2020. |
| | If you do not agree with this decision, fill out the enclosed Fair Hearing form and mail or give it to your caseworker. It must be postmarked or received on or before November 01, 2020. |

**Chalmers:**
For the period you qualify, we determined your countable income is $851.00 each month after allowable deductions and/or expenses.

As part of your MA benefits, we will pay your Medicare Part B premium starting with the first month that you qualify. If you already paid premiums for some of the months that you qualify, you will get a refund from Social Security. Within three months, you should receive one refund for the entire amount. If you do not get the refund within three months, contact Social Security.

You may also be eligible for a refund of the Part B premiums that were taken out of your Social Security check for up to three months before you applied for MA. If DHS has not approved you for Medicare Buy-In for the three months before you applied, you can appeal.

This is the law we used to make this decision: 55 Pa. Code §§ 140.221, 181.1, 255.4

Your benefits will stay the same until there is a change in your case.

Because you are eligible for Medicaid, you should immediately end your federal premium tax credits or cost-sharing reductions if you are enrolled in a plan through the Federal Health Insurance Marketplace and you get help paying for coverage. If you still want a Marketplace plan while eligible for Medicaid, you will have to pay full price for your Marketplace plan, without premium tax credits or other cost sharing reductions.

*(continued on next page)*

---

RC/O: 980/B, 012



Notice ID: 9093560114

## Fair Hearing Form

1. **Name: Chalmers Simpson**

   Phone number:  717-317-4587

   Record ID:  22/0385325

   Address:   636 Curtin St Fl 1
   Harrisburg, PA 17110-2424

2. **Tell us which program you want to appeal:**

   ☐   **Medical Assistance (MA) -** You must mail or give the form to the CAO **before 11/01/2020** .

   ☐   **MA (Expedited Appeal):** Check one of the following reasons for requesting an expedited Fair Hearing and provide details in the line next to the box you check below. An expedited Fair Hearing may be granted when it's determined that the normal time for review of an appeal would jeopardize your:

   ☐ Life:_____ .

   ☐ Health:_____ , or

   ☐ Ability to attain, maintain, or regain maximum function: _____ .

   If you have medical documentation of your urgent health needs, please submit them with this fair hearing request.

   ☐   **SNAP -** You must mail, call or give the form to the CAO **before  12/31/2020.** (for those applying for SNAP)

3. **Tell us why you disagree with this decision (use back of page if necessary):**

   _____

4. **Do you want your SNAP benefits to continue at the same amount pending the hearing decision?**

   ☐  Yes      ☐  No

5. **Choose the way you want your hearing:**

   ☐   **By telephone, at the phone number you write on this form.** Make sure we can reach you at this phone number. The judge will call you, your witnesses, anyone helping you, and the CAO.

   ☐   **By telephone, at the CAO.** You will go to the CAO for your hearing. The judge will call you there in the office, and call anyone helping you.

   ☐   **Face-to-face, with you and the people you bring in the hearing room with a judge and CAO staff on the phone.** You must travel to the assigned Bureau of Hearings and Appeals office for a face-to-face hearing. The location will be assigned to you based on where you live.

   ☐   **Face-to-face, with you and the people you bring in the hearing room with a judge and CAO staff in the hearing room.** You must travel to the assigned Bureau of Hearings and Appeals office for a face-to-face hearing. The location will be assigned to you based on where you live.

   You can ask for an interpreter to be at the fair hearing, or other assistance because of an impairment or other disability. This is a free service.

6a. **Do you need a free interpreter?** You may bring a friend or relative to help you at the hearing, but the department will provide the official interpreter.

   ☐  Yes      ☐  No    If yes, what language:_____

6b. **If you will need help at the appeal because of a hearing impairment or other disability, please tell us how we can help you:**_____

7. **Signature:**_____    8. **Date:**_____

9. **Phone number** (where you wish to be contacted):_____

**RC/O:** 980/B, 012

909356011430000609
PA/FS 162F 4/18



*12/7/20*

**BENEFICIARY'S NAME: CHALMERS A SIMPSON JR**

Your Social Security benefit will increase by **1.3%** in 2021 because of a rise in the cost of living. You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other business. Keep this letter with your important financial records.

| How Much You Will Get | |
|---|---|
| Your monthly benefit before deductions | $887.00 |
| **Deductions:** | |
| Medicare Medical Insurance (If you did not have Medicare as of November 19, 2020 or if someone else pays your premium, we show $0.00) | $0.00 |
| Medicare Prescription Drug Plan (We will notify you if the amount changes in 2021. If you did not elect withholding as of November 1, 2020, we show $0.00) | $0.00 |
| U.S. Federal tax withholding | $0.00 |
| Voluntary Federal tax withholding (If you did not elect voluntary tax withholding as of November 19, 2020, we show $0.00) | $0.00 |
| After we take any other deductions, you will receive the payment you are due for December 2020 on or about December 31, 2020. | $887.00 |

The information above shows your monthly benefit amount before and after deductions. Please remember, we will pay you in the month following the month for which it is due.

The Treasury Department requires Federal benefit payments to be made electronically. If you still receive a paper check, please visit the Department of the Treasury's Go Direct website at *www.godirect.org* or call their Electronic Payment Solution Center at **1-800-333-1795.** If outside the United States, please call **1-214-254-3113.**

If you disagree with any of these amounts, you must write to us within 60 days from the date you receive this letter. The fastest and easiest way to file an appeal is to visit *www.ssa.gov/benefits/disability/appeal.html* online.

## If You Have Questions
- Visit us at *www.ssa.gov* online.
- Call us toll-free at **1-800-772-1213 (TTY 1-800-325-0778).**
- Contact your nearest Social Security office.

SUITE 810
555 WALNUT STREET
HARRISBURG PA 17101

 Social Security Administration

LIFT TO OPEN

**IMPORTANT SOCIAL SECURITY INFORMATION**

## ⚠ SCAM ALERT ⚠

Scammers are pretending to be government employees. They may threaten you and may demand immediate payment to avoid arrest or other legal action. Do not be fooled!

**If you receive a suspicious call:**

1. **HANG UP!**
2. **DO NOT GIVE THEM MONEY OR PERSONAL INFORMATION!**
3. **REPORT THE SCAM AT *OIG.SSA.GOV***

GPO U.S. GOVERNMENT PUBLISHING OFFICE: 2021 416-008/60010

Printed on recycled paper Form SSA-4926-SM-DI (1-2021)

Securing today and tomorrow

IND AUTO**SCH 5-DIGIT 17101
F4R10E-0091869 4-010 37/1409/2068
CHALMERS A SIMPSON JR
PO BOX 5533
HARRISBURG PA 17110-0533

**SOCIAL SECURITY ADMINISTRATION**
MID-ATLANTIC PROGRAM SERVICE CENTER
300 SPRING GARDEN ST
PHILADELPHIA PA 19123-2999

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

FIRST-CLASS MAIL
PRESORTED
POSTAGE AND FEES PAID
SOCIAL SECURITY
ADMINISTRATION
PERMIT NO. G-11

**Citizens Bank**
ROP450
P.O. Box 7000
Providence, RI 02940



**1-888-910-4100**
Call Citizens' PhoneBank anytime for
account information, current rates and
answers to your questions.

**Checking Account
Statement**

**1** OF **2**

Beginning November 26, 2020
through December 08, 2020

AB 01 003413 45514 B 11 A
CHALMERS ALIXANDER SIMPSON JR
501 MACLAY ST APT 9
HARRISBURG PA 17110-2354

---

## Checking

US010

**SUMMARY**

CHALMERS ALIXANDER SIMPSON JR
**One Deposit Checking**
XXXXXXX704-4

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 19.74 |
| Checks | .00 - |
| Withdrawals & Debits | 19.74 - |
| Deposits & Credits | .00 + |
| **Current Balance** | **.00 =** |

The $9.99 monthly maintenance fee is waived when you make at least 1 deposit that is posted
before the end of your statement period.
   No deposit made.

Your next statement period will end on January 27, 2021.

**Previous Balance**

19.74

**TRANSACTION DETAILS**
**Withdrawals & Debits**

**Other Withdrawals & Debits**

| Date | Amount | Description |
|---|---|---|
| 12/07 | 19.74 | Debit Memo Closed-F |

⊖ **Total Withdrawals & Debits**

19.74

| | Total For This Period | Total Year-To-Date |
|---|---|---|
| **Total Overdraft Fees** | .00 | 90.00 |
| **Total Returned Item Fees** | .00 | 35.00 |

⊟ **Current Balance**

.00

**Daily Balance**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 12/07 | .00 | | | | |

**NEWS FROM CITIZENS**

--Transferring money online just got a little easier! Discover the speed and convenience
of online money transfers now with no fee! To learn more visit citizensbank.com- you can
also view helpful online banking demos and links to download our mobile banking app.

Member FDIC ⌂ Equal Housing Lender



**pennsylvania**
DEPARTMENT OF TRANSPORTATION

www.dmv.pa.gov

Receive
5/25/21

**RETURN CHECK NOTICE**
03/03/20

IN REPLY REFER TO:
    **RETURN CHECK SECTION**
    **INFORMATION**    (8:00 AM TO 5:00 PM)
    **PENNSYLVANIA**         717-412-5300
    **OUT OF STATE**        717-412-5300
    **TTY**                   711

CHALMERS A SIMPSON JR
501 MACLAY ST APT 9
HARRISBURG PA 17110

**CASE NUMBER: 2002184**

THIS DEPARTMENT IS IN RECEIPT OF CHECK(S) WRITTEN BY YOU AND RETURNED
BY YOUR BANK AS UNCOLLECTIBLE FOR THE REASON LISTED BELOW:

    REASON: APPEAL PENDING
    BANK: CITIZENS BANK
    ACCT NO:
    CHECK NO:          100
    FACE AMT:      $1,111.20
    PENALTY:        140.00
    CREDIT TO DATE:    951.20
    TOTAL AMT DUE:   $300.00

*Pay (\$100.00) on 6/15/21*

TO SETTLE THIS ACCOUNT YOU MUST REMIT A CERTIFIED CHECK OR MONEY ORDER
IN U.S. DOLLARS MADE PAYABLE TO THE COMMONWEALTH OF PENNSYLVANIA FOR THE
AMOUNT DUE. FAILURE TO RESPOND WITHIN 30 DAYS WILL RESULT IN A SUSPENSION
BEING PLACED ON YOUR DRIVERS LICENSE OR VEHICLE REGISTRATION. PLEASE RETURN
THIS NOTICE WITH YOUR PAYMENT TO:

    BUREAU OF MOTOR VEHICLES
    ACCOUNTING SERVICES
    RETURN CHECK UNIT
    HARRISBURG, PA 17106-8610

DT OF CK 01/11/20
DT OF DEP 02/05/20..OV
04/23/21 PAYMENT 27145465863 FROM 04/13/21 WAS RECEIVED AND APPLIED
21113 3319 004060 001     82500     100.00   04/23/21
CASE HAS BEEN REFERRED, PLEASE MAIL ANY FURTHER CORRESPONDENCE TO THE
AG'S OFFICE AT CIVIL LAW DIVISION FINANCIAL ENFORCEMENT SECTION, AG OFFICE,
STRAWBERRY SQUARE, 15TH FLOOR, HARRISBURG, PA 17120

WID NO: 20063 3304 000300 001
TITLE NO: 73693

WesternUnion WU WESTERN UNION FINANCIAL SERVICES INC. - ISSUER - Englewood, Colorado MONEY ORDER

Payable to Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

19-262831874

A 247033 D 060121
T 1458 AS
192628318744 L 000000

$ 10.00

PAY EXACTLY    TEN DOLLARS AND NO CENTS

PAY TO THE
ORDER OF    PPL UTILITIES    CO NO 27010-7807    PAYMENT FOR/ACCT. #

PO BOX 5533 HARRISBURG, PA 17110 CHALMERS A SIMPSON, JR

⑆ 1 0 2 1 0 0 4 0 0 ⑆ 4 0 1 9 2 6 2 8 3 1 8 7 4 4 ⑈

MONEY ORDER RECEIPT - NON NEGOTIABLE

PPL UTILITIES CO NO 27010-7807

You can now use cash to pay for millions of Amazon.com products
Amazon PayCode at participating Western Unionr Agent locations.
Find out more at wu.com/amazon

AGT 247033 LOC 000000 DT 060121 $10.00 10DOLLARS AND NO CENTS

Payable to:
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT
INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money
Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment
on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of
purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide
WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Englewood, Colorado. For customer
service, call 1-800-999-9660.

* 1 9 2 6 2 8 3 1 8 7 4 *

Return this stub in the envelope provided with a check payable to PPL Electric Utilities.

ppl
PPL Electric Utilities

Sign up for Automatic Bill Pay
on the back of this bill stub.

| Bill Acct. No. | Due Date | Amount Due |
|---|---|---|
| 27010-7807 | June 20, 2021 | 50.00 |

PAY FOR $10,00
PAY FOR $50,00
FP 01 046936 81580 B 205 A   TOTAL $60,00

Amount Enclosed:

| | | | | 5 | 0 | 0 | 0 |
|---|---|---|---|---|---|---|---|

CHALMERS A SIMPSON
P.O BOX
5533
HARRISBURG, PA 17110

PPL ELECTRIC UTILITIES
2 NORTH 9TH STREET CPC-GENN1
ALLENTOWN, PA 18101-1175

1 880001142478000114247 2701078071



**PPL Electric Utilities**

| | | Page 1 |
|---|---|---|
| Pay/Manage your account online at pplelectric.com | Questions? Please contact us by Dec 21. 1-800-DIAL-PPL (1-800-342-5775) Mon-Fri: 8am to 6pm | |

| Bill Acct. No. | Due Date | Amount Due |
|---|---|---|
| 27010-78071 | Dec 21, 2020 | $113.00 |

## Your Electric Usage Profile

**Service to:**
CHALMERS A SIMPSON
636 CURTIN ST
HARRISBURG, PA 17110

**Meter: 301537520**
Your next meter reading is on or about Dec 29, 2020.

This section helps you understand your electric use by month. Meter readings are actual unless otherwise noted.

This graph shows the average number of kWh you used each day. You used 1089 kWh in 29 days, or an average of 37 kWh a day.

The average daily temperature for your area last month was 49F.

**2020**

[bar chart: Avg. Per Day (kWh) vs Months J F M A M J J A S O N D]

| Billing Period | Type | Reading |
|---|---|---|
| Nov 25 | Actual | 6397 |
| Oct 27 | Actual | 5308 |
| 29 Days | kWh Billed | 1089 |

## OnTrack Billing Details

**Current Charges - Oct 27 - Nov 25**

| | | |
|---|---|---|
| Your OnTrack Monthly Payment | $57.00 | |
| Catch-up Amount | | $56.00 |
| Total PPL Electric Utilities Charges | | $113.00 |
| **Amount Due By Dec 21, 2020** | | **$113.00** |

### How To Shop For Electricity

You can choose the company that supplies your electricity.
Visit papowerswitch.com or www.oca.state.pa.us for supplier offers.
If you are shopping, know your contract expiration date.
Here's the information you need to shop:
Bill Account Number: **27010-78071** Rate Schedule: **RS (Residential)**
Current Supplier: **PPL Electric Utilities**

PPL Electric Utilities price to compare for your rate is $0.07284 per kWh.
This changes the 1st of June and December.

### General Information

- Actual Charges for 0 kW ~~$137.52~~
- OnTrack makes your bi ~~~~ difference between yc **Actual Bill $137.52 O**
- $5 of your OnTrack p ~~~~ each month.
- You are not making ~~~~ includes a catch-up ~~~~ stay in this program
- OnTrack payment a ~~~~ the cost of the prop ~~~~ November 2020 th ~~~~



United Check Cashing
3200 Paxtone treet
Harrisburg, PA 17111
(717)564-3403

12/07/2020
aleID: 2640 1491675    UserID: AS

Bill CheckFree Pay - 200+    $56.00
Fees    $2.00
Total    $58.00
Tendered    ($66.00)
Change    $8.00

We do not disclose any Non-Public Personal Information to anyone except as permitted by law
Hours Mon-Wed 9am-6pm
Thurs-Fri 9am - 7pm
Sat - 10-2pm

Printed: 12/07/20 03:18 PM



UGI Utilities, Inc.
225 Morgantown Road
Post Office Box 13009
Reading, PA 19612-3009

May 22, 2021

Chalmers Simpson
PO Box 5533
Harrisburg, PA 17110-0533

Customer Number: 411001073849

Dear Chalmers Simpson,

Your CAP recertification is due within 30 days. This process will confirm your continued eligibility to remain on the program.  The CAP recertification process includes providing household occupant information, current proof of income for all household members and a valid photo identification.

For your convenience, UGI has enclosed a recertification application. Please mail the completed application and your supporting documents to Harrisburg Salvation Army at 506 S 29th St  Harrisburg, PA 17104. If you need assistance in completing this application, please call (717)233-6755.

Failure to recertify and verify your current income within 30 days may result in removal from program.

If you have any questions about your CAP bill, please call UGI at 1-800-276-2722.

We look forward to your continued participation in CAP.

Sincerely,

UGI Customer Outreach Department

ORDER

19-259677025

Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

A 247032 D 050621
1 1425 LL
192596770252 L 000000

$10.00

PAY EXACTLY **TEN DOLLARS AND NO CENTS**

PAY TO THE ORDER OF **UGI UTILITY BILL NO 411001073849** PAYMENT FOR/ACCT. #

PO BOX 5533 HARRISBURG, PA 17110 CHALMERS A SIMPSON, JR

PURCHASER'S SIGNATURE
PURCHASER AT INSTITUTION WILL AGREE TO THE TERMS ON THE REVERSE SIDE

⑈ː¦0²¦00400ːⱠ 40¦9²5967702 5 2⌐

MONEY ORDER RECEIPT · NON NEGOTIABLE

UGI UTILITY BILL NO 411001073849

You can now use cash to pay for millions of Amazon.com products
Amazon PayCode at participating Western Unionr Agent locations.
Find out more at wu.com/amazon

AGT 247032 LOC 000000 DT 050621 $10.00 10DOLLARS AND NO CENTS

Payable to:
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT
INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money
Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFS) need not stop payment
on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of
purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide
WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Englewood, Colorado. For customer
service, call 1-800-999-9660.

★ 1 9 2 5 9 6 7 7 0 2 5 ★

LOAD THIS DIRECTION, THIS SIDE UP
LOAD THIS DIRECTION, THIS SIDE UP

Keep this part for your records. Important information is on the back of this bill.

UGI

*Energy to do more®*

UGI Utilities, Inc.
PO Box 15503
Wilmington, DE 19886-5503

**Account Number**
411001073849

Please pay by the due date
to avoid the late charge.
Please return this portion
with your payment.

AV 01 009779 88552B 42 A**5DGT
ᒷᒷᒷᒷᒷᒷᒷᒷᒷᒷ
CHALMERS SIMPSON JR
PO BOX 5533
HARRISBURG PA 17110-0533

Due Date
May 27, 2021

Amount Due
$13.97

With Late Charge
$13.97

On (5/13/21) Paid ($20.00)

41100107384901000000013970000000013979

WESTERN UNION FINANCIAL SERVICES INC. - ISSUER - Englewood, Colorado

Payable at Wells Fargo Bank, Grand Junction - Downtown, N.A., Grand Junction, Colorado

**MONEY ORDER**

19-262831889

A 247033 D 060121
T 1500 AS
192628318897 L 000000

$ 50.00

PAY EXACTLY    FIFTY DOLLARS AND NO CENTS

PAY TO THE ORDER OF   UGI UTILITIES INC NO 411001073849 PAYMENT FOR/ACCT #

PO BOX 5533 HARRISBURG   PA 17110 CHALMERS A SIMPSON, JR

⑊ ⑊ 10 2 100 400 ⑊⑊  40 19 26 28 3 18 89 7 ⑊⑊

MONEY ORDER RECEIPT - NON NEGOTIABLE



UGI UTILITIES INC NO 411001073849

You can now use cash to pay for millions of Amazon.com products
Amazon PayCode at participating Western Unionr Agent locations.
Find out more at wu.com/amazon

AGT 247033 LOC 000000 DT 060121 $50.00 50DOLLARS AND NO CENTS

Payable to:
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT
INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money
Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment
on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of
purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide
WUFSI with the original Money Order receipt issued by Western Union Financial Services Inc., Englewood, Colorado. For customer
service, call 1-800-999-9660.



★ 1 9 2 6 2 8 3 1 8 8 9 ★

LOAD THIS DIRECTION, THIS SIDE UP

LOAD THIS DIRECTION, THIS SIDE UP

WESTERN UNION FINANCIAL SERVICES INC - ISSUER - Englewood Colorado

Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

WesternUnion WU

**ORDER**

19-262831890

A 247033 D 060121
T 1500 AS
192628318906 L 000000

**$50.00**

PAY EXACTLY  FIFTY DOLLARS AND NO CENTS

PAY TO THE
ORDER OF  CAPITAL REGION WATER CO NO 10017013-0  NOT FOR/ACCT. #

PO BOX 5533 HARRISBURG, PA 17110 CHALMERS A SIMPSON, JR

PURCHASER'S SIGNATURE

⑈102100400⑈ 40192628318906⑈

MONEY ORDER RECEIPT - NON NEGOTIABLE

CAPITAL REGION WATER CO NO 10017013-0

You can now use cash to pay for millions of Amazon.com products
Western Union Agent locations. Simply come to one of our Agent
cash to your Amazon Balance with Amazon Cash. Find out more at w

AGT 247033 LOC 000000 DT 060121 $50.00 50DOLLARS AND NO CENTS

Payable to: _____
WITHIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT
INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money
Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc (WUFSI) need not stop payment
on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you tell us the facts of the loss at the time of
purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide
WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Englewood, Colorado. For customer
service, call 1-800-999-9660.

LOAD THIS DIRECTION, THIS SIDE UP

LOAD THIS DIRECTION, THIS SIDE UP

\* 1 9 2 6 2 8 3 1 8 9 0 \*

| | |
|---|---|
| ACCOUNT NUMBER | 10017013-0 |
| | 130557 |
| CUSTOMER NAME | ALAN INVESTMENTS III LLC |
| SERVICE ADDRESS | 636 CURTIN ST |
| BILLING DATE | 11/26/2018 |

| | |
|---|---|
| AMOUNT NOW DUE | $50.00 |
| DUE DATE | 6/2/21 |
| AFTER DUE DATE PAY | |

Please make checks payable to: Capital Region Water

☐ Cash    ☐ Check    ☑ Money Order

| AMOUNT PAID | $ 50.00 |
|---|---|

0000010017013000002521

ALAN INVESTMENTS III LLC
16 BERRYHILL RD
SUITE 200
COLUMBIA SC 29210


6/2/21

**Capital Region Water**
**PO Box 826429**
**Philadelphia, PA 19182-6429**

www.capitalregionwater.com (888) 510

DETACH

WESTERN UNION FINANCIAL SERVICES INC. - ISSUER - Englewood, Colorado

Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

**MONEY ORDER**

19-259677013

A 247032 D 050621
T 1424 Lc
192596770135 L 000000

**$50.00**

PAY EXACTLY   FIFTY DOLLARS AND NO CENTS

PAY TO THE
ORDER OF   CAPITAL REGION WATER NO 10017013-0 PAYMENT FOR/ACCT. #

PO BOX 5533 HARRYSBURG, PA 17110 CHALMERS A SIMPSON, JR

PURCHASER, SIGNATURE

⑈ 1021004001: 40192596770135⑉

---

MONEY ORDER RECEIPT - NON NEGOTIABLE

CAPITAL REGION WATER NO 10017013-0

You can now use cash to pay for millions of Amazon.com products
Amazon PayCode at participating Western Union Agent locations.
Find out more at wu.com/amazon

AGT 247032 LOC 000000 DT 050621 $50.00 50DOLLARS AND NO CENTS

Payable to:

RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT
INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money
Order before providing it to the receiver.
PURCHASE AGREEMENT: The purchaser agrees that Western Union Financial Services Inc. (WUFSI) need not stop payment
on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of
purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide
WUFSI with the original Money Order receipt issued by Western Union Financial Services Inc., Englewood, Colorado. For customer
service, call 1-800-999-9660.

\* 1 9 2 5 9 6 7 7 0 1 3 \*



---

| ACCOUNT NUMBER | 10017013-0 |
|---|---|
| CID: | 130557 |
| CUSTOMER NAME | ALAN INVESTMENTS III LLC |
| SERVICE ADDRESS | 636 CURTIN ST |
| BILLING DATE | 11/26/2018 |

| AMOUNT NOW DUE | 25.92 |
|---|---|
| DUE DATE | 5/7/21 |
| AFTER DUE DATE PAY | |

Please make checks payable to: Capital Region Water

☐ Cash   ☐ Check   ☑ Money Order

| AMOUNT PAID | $50.00 |
|---|---|

00000100170130000025921

ALAN INVESTMENTS III LLC
16 BERRYHILL RD
SUITE 200
COLUMBIA SC 29210



**Capital Region Water**
PO Box 826429
Philadelphia, PA 19182-6429

www.capitalregionwater.com (888) 510-0606

WESTERN UNION FINANCIAL SERVICES INC. · ISSUER · Englewood, Colorado

Payable at Wells Fargo Bank Grand Junction · Downtown, N.A., Grand Junction, Colorado

**MONEY ORDER**

19-249073277

A 247033 D 040321
T 1242 S5
192490732774 L 000000

$ **50.00**

PAY EXACTLY    FIFTY DOLLARS AND NO CENTS

PAY TO THE
ORDER OF    TRASH BILL CITY OF HARRISBURG NO 10017013-0000(3)

PURCHASER'S ADDRESS

CHALMERS A SIMPSON, JR PO BOX 5633 HARRISBURG, PA 17110

⑈ 102100400⑈ 40192490732774⑈

MONEY ORDER RECEIPT · NON NEGOTIABLE

TRASH BILL CITY OF HARRISBURG NO 10017013-0000(3)

You can now use cash to pay for millions of Amazon.com products
Western Union Agent locations. Simply come to one of our Agent
cash to your Amazon Balance with Amazon Cash. Find out more at w

AGT 247033 LOC 000000 DT 040321 $50.00 50DOLLARS AND NO CENTS

Payable to:

RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT
INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money
Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc (WUFSI) need not stop payment
on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of this Money Order at the time of
purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide
WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Englewood, Colorado. For customer
service, call 1-800-999-9660.

\* 1 9 2 4 9 0 7 3 2 7 7 \*

LOAD THIS DIRECTION, THIS SIDE UP

LOAD THIS DIRECTION, THIS SIDE UP

# THE CITY OF HARRISBURG
## MONTHLY UTILITY BILLING

PAST DUE CHARGES ARE DUE IMMEDIATELY.

4/3/21

| ACCOUNT NUMBER | BILL DATE | DUE DATE | AMOUNT DUE |
|---|---|---|---|
| 10017013-0000(3) | 06/26/2019 | 07/15/2019 | 470.02 |

PROPERTY ADDRESS
636 CURTIN ST

PROPERTY OWNER
ALAN INVESTMENTS III LLC

100170130000        0000065721 012155

ᵈᵖˡᶦˡᵈˡᵗ U T37    AMOUNT PAID: $ 50.00
ALAN INVESTMENTS III LLC
16 BERRYHILL RD STE 200
COLUMBIA SC 29210-6433

JUL 0 1 2019    K3PA33






**PATRICK F. DUGAN**
**PRESIDENT JUDGE**

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
PHILADELPHIA MUNICIPAL COURT
TRAFFIC DIVISION
800 SPRING GARDEN STREET
P.O. BOX 56301
PHILADELPHIA, PENNSYLVANIA 19130-6301
(855) 868-1675
HTTP://WWW.PHILACOURTS.US/TRAFFIC

**GARY S. GLAZER**
**ADMINISTRATIVE JUDGE**




5/25/21

SIMPSON CHALMERS, ALIXANDER
PO BOX 5533
HARRISBURG PA 17110-0533

05/11/2021

## INSTALLMENT PAYMENT ORDER REMINDER

Please review the following details regarding your Payment Installment Order and the date on which payment is due:

| | Account Information | | | | | Balance Summary | | |
|---|---|---|---|---|---|---|---|---|
| Plan # | Statement Date | Payment Due Date | # of Citations Enrolled | Minimum Payment Due | | Original Balance Due | Less Payments Made | Remaining Balance Due |
| 901139230 | 05/11/2021 | 05/25/21 | 11 | $10.00 | | $3,827.50 | $410.00 | $3,417.50 |

Failure to remit payment by the specified due date listed above will place you in **DEFAULT**. If this occurs, the following sanctions may go into effect:

- A **WARRANT** will be issued for your arrest, and a warrant cost will be added to your account.
- An additional fee of **$25.00** may be added to each citation on the plan.
- Your driver's license will be **SUSPENDED**.
- Any vehicle you own may be subject to **IMMEDIATE IMPOUNDMENT** by the Philadelphia Police Department or the Philadelphia Parking Authority.
- If your vehicle becomes eligible for impoundment, a **$75.00** fee will be added to your account.

### PAYMENT INSTRUCTIONS:

✓ **PAY BY INTERNET:** Pay on the web at HTTP://WWW.PHILACOURTS.US/TRAFFIC
✓ **PAY BY PHONE:** Pay via interactive voice response system at (855) 868-1675
✓ **PAY IN PERSON:** Pay in person at the Philadelphia Municipal Court, Traffic Division, Monday through Friday, from 8:30 a.m to 6:30 p.m. Payment methods accepted include cash, check, money order, Visa, and Mastercard.
✓ **PAY BY MAIL:** Make check or money order payable to Philadelphia Municipal Court, Traffic Division. Please be sure to include citation number(s) or payment plan number. Mail check to P.O. Box 56301, Philadelphia, PA 19130-6301.

-------------------------------------------------------------------

If paying by mail, detach and mail this portion with your check or money order to:

ou 6/1/21 Payed

Philadelphia Municipal Court, Traffic Division
P.O. Box 56301
Philadelphia, PA 19130-6301

Court No 36146044

| License: | Installment Plan #: | Payment Due Date: | Minimum Payment Due: | New Balance: |
|---|---|---|---|---|
| PA28646360 | 901139230 | 05/25/21 | $10.00 | $3,417.50 |

**Payment Amount Enclosed:** $ [ , 1 0 . 0 0 ]

☐ *Address Change? Check box & write changes on back*



**UNITED STATES POSTAL SERVICE**

## CUSTOMER'S RECEIPT

| SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION | Pay to COMCAST XFINITY NO 8993 11 091 1437712 | KEEP THIS RECEIPT FOR YOUR RECORDS |
|---|---|---|

**NOT NEGOTIABLE**

Address PO BOX 70219

PHILADELPHIA, PA 19176-0219

Serial Number

**27145488947**

| Year, Month, Day 2021-06-15 | Post Office 171100 | Amount $50.00 | Clerk 51 |

---

**UNITED STATES POSTAL SERVICE**

## POSTAL MONEY ORDER

Serial Number

**27145488947**

2021-06-15    171100    **$50.00**

Fifty Dollars and 00/100 ＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊

Amount

Clerk 51

Pay to COMCAST XFINITY NO 8993 11 091 1437712

Address PO BOX 70219

PHILADELPHIA, PA 19176-0219

From CHALMERS A SIMPSON, JR

Address PO BOX 5533

HARRISBURG, PA 17110

Memo INTERNET BILL

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

⑈000008C0⑈    27145488947⑈

---

finity

WAY
FORD MA 01824

RS SIMPSON
5533
URG, PA 17110-0533

**6/15/21**

| Account number | 8993 11 091 1437712 |
|---|---|
| Balance forward due now | $72.60 |
| New charges due Jun 02, 2021 | $76.15 |
| Total amount due | **$148.75** |
| Amount enclosed | $ 50.00 |

Make checks payable to Comcast
Do not send cash

Send payment to
COMCAST
P.O. BOX 70219
PHILADELPHIA PA 19176-0219

911143771200148759

Pay on 6/15/21
For 7/1/21

MONEY ORDER

19–262831886

A 247033 D 060121
T 1500 AS
192628318861 L 000000

**$5.00**

**PAY EXACTLY** FIVE DOLLARS AND NO CENTS

**PAY TO THE ORDER OF** UC SERVICE CENTER NO 0993

**PAYMENT FOR/ACCT. #**

PO BOX 5533 HARRISBURG, PA 17110 CHALMERS A SIMPSON, JR

⑆:10 2100400⑆: 4019262831886 1⑈

---

**LOAD THIS DIRECTION, THIS SIDE UP**

MONEY ORDER RECEIPT - NON NEGOTIABLE

UC SERVICE CENTER NO 0993

You can now use cash to pay for millions of Amazon.com products
Amazon PayCode at participating Western Union Agent locations.
Find out more at wu.com/amazon

AGT 247033 LOC 000000 DT 060121 $5.00 5DOLLARS AND NO CENTS

Payable to:
RETURN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT
INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money
Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment
on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of this Money Order at the time of
purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide
WUFSI with the original Money Order receipt issued by Western Union Financial Services Inc., Englewood, Colorado. For customer
service, call 1-800-999-9660.

＊ 1 9 2 6 2 8 3 1 8 8 6 ＊

**LOAD THIS DIRECTION, THIS SIDE UP**

---

statement for your records.

## DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT
## MAKE FULL PAYMENT NOW TO AVOID COLLECTION ACTIVITIES.

**Balance Due:** $294.28

If the name or address shown below is incorrect, please correct.

6/5/21

C A SIMPSON
PO BOX 5533
HARRISBURG, PA  17110-2354

**Social Security Number:** 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

**UC Service Center:** 0993

**Minimum Payment:** $30.00

**Payment Enclosed:**

**Payment Made By:** ☐ Check ☑ Money Order
(Include your Social Security number on your check or money order.)

Mail payment to: Office of UC Benefits, ATTN: UI Payment Services, P.O. Box 67503, Harrisburg, PA 17106-7503

PLEASE SEE THE BACK OF THIS FORM FOR ADDITIONAL INFORMATION.

$5.00

UC-325(UC-3) REV 01/17 (Page 1)

1  2  7  1  2  5  1

WESTERN UNION FINANCIAL SERVICES INC. - ISSUER - Englewood, Colorado

**MONEY ORDER**

Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

19-262831885

A 247033 B 060121
T 1459 AS
192628318852 L 000000

**$5.00**

PAY EXACTLY  FIVE DOLLARS AND NO CENTS

PAY TO THE ORDER OF  CITY OF HARRISBURG/BURGLARY/FIRE/ALARM NO

ACC NO 002923-001

PO BOX 5533 HARRISBURG, PA 17110 CHALMERS A SIMPSON, JR

⑆102100400⑆ 401926283188 52⑈

MONEY ORDER RECEIPT - NON NEGOTIABLE

CITY OF HARRISBURG/BURGLARY/FIRE/ALARM NO 002923=001

Use cash to pay for millions of Amazon.com products with Amazon
participating Western Union Agent locations, or add cash to you
with Amazon Cash, then shop on Amazon.com. Find out more at wu.

AGT 247033 LOC 000000 DT 060121 $5.00 5DOLLARS AND NO CENTS

Payable to:
RETAIN THIS MONEY ORDER RECEIPT, IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT
INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money
Order before providing it to the receiver
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFS) need not stop payment
on, or replace, or refund a lost or stolen WUFS Money Order unless (1) you fill in the face of the Money Order at the time of
purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide
WUFS with this original Money Order receipt issued by Western Union Financial Services Inc., Englewood, Colorado. For customer
service, call 1-800-999-9660.

*  1 9 2 6 2 8 3 1 8 8 5  *

LOAD THIS DIRECTION, THIS SIDE UP

LOAD THIS DIRECTION, THIS SIDE UP

ACCOUNT:002923-001

ou 6/3/21 Pay For $5.00

**TOTAL AMOUNT:**  210.00

*****RETURN THIS PORTION WITH YOUR PAYMENT TO INSURE PROPER CREDITING OF ACCOUNT*****

# City of Harrisburg - Burglar/Fire Alarm Billing

**PHONE NUMBER: 255-6513**

INVOICE DATE:  07/16/2020

PAYMENT TO BE MADE UPON RECEIPT

MAKE CHECK PAYABLE TO: CITY TREASURER

MAIL PAYMENT TO: 10 N. 2nd Street - Suite 103, Harrisburg, PA 17101

THIS BILL REFLECTS PAYMENTS THROUGH:  07/16/2020

| ACCOUNT #: | DESCRIPTION | AMOUNT |
|---|---|---|
| 002923-001 | | |
| | PAST DUE CHARGES (DUE IMMEDIATELY) | 210.00 |

MONEY ORDER

WESTERN UNION FINANCIAL SERVICES INC. - ISSUER

Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

19-262831873

A 247033 D 060121
T 1458 AS
192628318735 L 000000

$ 10.00

PAY EXACTLY    TEN DOLLARS AND NO CENTS

PAY TO THE
ORDER OF   COM. V. SIMPSON  NO CP-22-SA-141/142-2016/259-2017

PO BOX 5533 HARRISBURG, PA 17110 CHALMERS A SIMPSON, JR

⑈⑆ ⑈0 2⑈00⑈00⑈: ⑆0⑆92 628 3⑆8 735⑈

MONEY ORDER RECEIPT - NON NEGOTIABLE

SIMPSON V COM NO CP-22-SA-141/142-2016/259-2017

Use cash to pay for millions of Amazon.com products with Amazon
participating Western Unionr Agent locations, or add cash to you
with Amazon Cash, then shop on Amazon.com. Find out more at wu.

AGT 247033 LOC 000000 DT 060121 $10.00 10DOLLARS AND NO CENTS

* 1 9 2 6 2 8 3 1 8 7 3 *

---

**Responsible Participant: Chalmers Alixander Simpson Jr.**

*Docket Number: CP-22-SA-0000141-2016*                    *Short Caption: Comm. v. Simpson, Chalmers Alixander
Jr.*

**Total Amount Owed by Responsible Participant on this case:**    Pay 6/3/21 For $5.00  $16.97

*Docket Number: CP-22-SA-0000142-2016*                    *Short Caption: Comm. v. Simpson, Chalmers Alixander
Jr.*

**Total Amount Owed by Responsible Participant on this case:**    Pay 6/3/21 For $5.00  $91.50

*Docket Number: CP-22-SA-0000259-2017*                    *Short Caption: Comm. v. Simpson, Chalmers Alixander
Jr.*

**Total Amount Owed by Responsible Participant on this case:**    Pay 6/3/21 For $5.00  $14.92

| Next Payment Due Date: 06/30/2021 | Next Payment Amount: 5.00 |

**Total Amount Owed by Responsible Participant on all non-archived cases in this Court:**    $5,161.07

**Payment Summary:**

**MONEY ORDER**

Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

19-262831884

```
A 247033 D 060121
T 1459 AS
192628318943 L 000000
```

**$5.00**

**PAY EXACTLY**  FIVE DOLLARS AND NO CENTS

**PAY TO THE ORDER OF**  COM V SIMPSON NO CR-2098-2016    PAYMENT FOR/ACCT. #

PO BOX 5533 HARRISBURG, PA 17110 CHALMERS A SIMPSON, JR

⑆102100400⑆ 4019262831884 3⑈

---

**LOAD THIS DIRECTION, THIS SIDE UP**

MONEY ORDER RECEIPT - NON NEGOTIABLE

COM V SIMPSON NO CR-2098-2016

You can now use cash to pay for millions of Amazon.com products 
Western Union Agent locations. Simply come to one of our Agent
cash to your Amazon Balance with Amazon Cash. Find out more at w

AGT 247033 LOC 000000 DT 060121 $5.00 5DOLLARS AND NO CENTS

Payable to: _____ RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with the original Money Order receipt issued by Western Union Financial Services Inc., Englewood, Colorado. For customer service, call 1-800-999-9660.

\* 1 9 2 6 2 8 3 1 8 8 4 \*

**LOAD THIS DIRECTION, THIS SIDE UP**

---

**Responsible Participant: Chalmers Alixander Simpson Jr.**

DOCKET NO CR-2098-2016 FOR$5,00

*Short Caption: Comm. v. Simpson, Chalmers Alixander Jr.*

**Total Amount Owed by Responsible Participant on this case:**                         **$24.92**

*Next Payment Due Date: 04/30/2021*          *Next Payment Amount: 5.00*

**Total Amount Owed by Responsible Participant on all non-archived cases in this Court:**      **$5,204.27**

**Payment Summary:**

| | | |
|---|---|---|
| *Total Payment Received:* | $ | 5.00 |
| *Change Amount:* | $ | 0.00 |
| *Retained Unapplied Amount:* | $ | 0.00 |
| *Payments Less Change:* | $ | 5.00 |



**Comments:**

**RETAIN THIS RECEIPT FOR YOUR RECORDS**

**RECEIPT**

Commonwealth of Pennsylvania
Court of Common Pleas
County of Dauphin
12th Judicial District

*Paid*

Receipt Number: 22-2021-R000023123
Recorded Date: 04/08/2021  01:39PM
Receipt Date: 04/08/2021

Payor:   Chalmers Alixander Simpson Jr.
         501 Maclay St Apt 9
         Harrisburg, PA 17110

*Appealed*

Payable to:   Dauphin County Courthouse
              Fines and Costs
              101 Market Street
              Harrisburg, PA 17101

**Payment Source: Mail**

| Payment Date | Payment Method | Check / Money Order Number | Bank Transit Number | Void | Payment Amount |
|---|---|---|---|---|---|
| 04/08/2021 | Money Order | 19-249073271 | | No | $10.00 |

**Responsible Participant: Chalmers Simpson**

*on 5/7/21 Payed $5.00*

**Total Amount Owed by Responsible Participant on this case:**

*5.00*
*10.00*

Docket Number:  CP-SA-22-259-2017  and
CP-SA-22-141/142-2016

Short Caption: Comm. v. Simpson, Chalmers Alixander Jr.

**Total Amount Owed by Responsible Participant on this case:**   **$19.92**

| Next Payment Due Date: 05/31/2021 | Next Payment Amount: 5.00 |
|---|---|

**Total Amount Owed by Responsible Participant on all non-archived cases in this Court:**   **$5,181.07**

**Payment Summary:**

| | | |
|---|---|---|
| Total Payment Received: | $ | 10.00 |
| Change Amount: | $ | 0.00 |
| Retained Unapplied Amount: | $ | 0.00 |
| Payments Less Change: | $ | 10.00 |

**Comments:**

### RETAIN THIS RECEIPT FOR YOUR RECORDS

You can now make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at
***https://ujsportal.pacourts.us/epay*** to make a payment and learn more.  Currently, Epay is available for Criminal and
Summary Appeal docket types and for participating counties, Miscellaneous or Juvenile Delinquency docket types.



FREE INTERPRETER
www.pacourts.us/language-rights

# xfinity

*Received 6/21/21*

| Account Number | Billing Date | Services From | Page |
|---|---|---|---|
| 8993 11 091 1437712 | Jun 10, 2021 | Jun 15, 2021 to Jul 14, 2021 | 1 of 3 |

## Hello Chalmers Simpson,

Thank you for choosing Xfinity from Comcast.



### Your bill at a glance
For 636 CURTIN ST, HARRISBURG, PA, 17110-2424

| | | |
|---|---|---|
| Previous balance | | $148.75 |
| Payments - thank you | Page 3 | -$100.00 |
| **Balance forward due now** | | **$48.75** |
| Regular monthly charges | Page 3 | $49.95 |
| Installment & One-time charges | Page 3 | $25.00 |
| Taxes, fees and other charges | Page 3 | $1.20 |
| **New charges due Jul 03, 2021** | | **$76.15** |

### Amount due    $124.90

**⚠ Your account is past due**

Your account is past due, so you may have been charged a late fee. To keep your services, please pay the balance forward now. Thanks!

**Need help?**
Visit xfinity.com/customersupport or see page 2 for other ways to contact us.

### Your bill explained

- Your one-time charges are $25.00 due to Home: Installment 5 of 24 and Late Fee charge(s).
- This page gives you a quick summary of your monthly bill. A detailed breakdown of your charges begins on page 3.
- Any payments received or account activity after Jun 10, 2021 will show up on your next bill. View your most up-to-date account balance at xfinity.com/myaccount.

---

Detach the bottom portion of this bill and enclose with your payment

Do not include correspondence with payment

# xfinity



PO BOX 6505
CHELMSFORD MA 01824
99939900 NO RP 10 20210610 NNNNNNNY 0012511 0041

CHALMERS SIMPSON
PO BOX 5533
HARRISBURG, PA 17110-0533

Please write your account number on your check or money order

| | |
|---|---|
| Account number | **8993 11 091 1437712** |
| **Balance forward due now** | **$48.75** |
| New charges due Jul 03, 2021 | $76.15 |
| **Total amount due** | **$124.90** |
| **Amount enclosed** | **$** |

Make checks payable to Comcast
Do not send cash

Send payment to
COMCAST
P.O. BOX 70219
PHILADELPHIA PA 19176-0219

8993110911143771200124909

# INVOICE

PRODUCER TELEPHONE: 717-233-1160
ACCEPTANCE INS AGY OF TN INC
101 S 25TH ST STE 11-B
HARRISBURG PA   17104-2103

## BRISTOL WEST
### INSURANCE GROUP

Underwritten by
**BRISTOL WEST INSURANCE COMPANY**

*Questions about your policy?*
*Call Service Operations at 1-888-888-0080*
Please refer to the back of this form for payment options.

*¿Tiene preguntas acerca de su póliza?*
*Llame al servicio al consumidor al 1-888-888-0080*
Por favor consulte al reverso de este formulario para
información acerca de las opciones de pago.

CHALMERS SIMPSON
PO BOX 5533
HARRISBURG PA 17110-2424

## Billing Summary For:

| Policyholder | Policy Number | Effective Date | Expiration Date | Issue Date | Installment # |
|---|---|---|---|---|---|
| CHALMERS SIMPSON | G01 0197640 04 | 05/13/21 | 11/13/21 | 05/30/21 | 02 |

| Summary | Amount |
|---|---|
| Last Payment Received 05/18/21 | -$130.00 |
| Total Amount Paid | -$130.00 |
| Outstanding Policy Balance | $694.00 |

| Detail | Amount |
|---|---|
| Previous Balance | $0.00 |
| New Charges/Credits | $152.91 |
| Installment Fee | $12.00 |
| Paper Documents Fee | $0.66 |

| Amount Due By 06/13/21 | $152.91 |
|---|---|
| Fecha de Vencimiento 06/13/21 | |

### SCHEDULE OF PAYMENTS

| Install No. | Due Date | Amount* |
|---|---|---|
| 03 | 07/13/21 | $147.27 |
| 04 | 08/13/21 | $147.27 |
| 05 | 09/13/21 | $147.27 |
| 06 | 10/13/21 | $147.28 |

Amount also includes the following fees:
Installment, Paper Documents

Late payments could result in cancellation of your insurance.  Payments will be used to satisfy any balance due on previous policy terms. **If the full payment is not Postmarked by the Due Date, a _late fee_ of $10.00 will also apply.**

---

NT1 (03/15)          INSURED          DETACH ALONG PERFORATION

RETURN BOTTOM PORTION WITH YOUR PAYMENT
Desprenda esta nota en el área perforada y regrésela con su pago.

| INSURED | BP | LOC | MCO | PCO | ST | POLICY NUMBER |
|---|---|---|---|---|---|---|
| CHALMERS SIMPSON PO BOX 5533 HARRISBURG PA 17110-2424 | DV | 00 | 33 | 00 | PA | G01 0197640 04 |

**Payment Due Date:** 06/13/21
**Minimum Amount Due:** $152.91

*Pay your bill online using www.bristolwest.com*

### SEND PAYMENT TO:

BRISTOL WEST INSURANCE GROUP
PO BOX 371329
PITTSBURGH PA  15250-7329

**Amount Enclosed:**

☐ Change of Address
See reverse side

0033006010197640040200PA 00000015291 061321 1 2

1679