*Exhibit (3)(2)*

# CITY OF HARRISBURG



## Bureau of Codes
### Eric Papenfuse, Mayor • Harrisburg City Council

### TENANT/LANDLORD COMPLAINT FORM
#### (Please type or print in ink legibly)

__636 CURTIN STREET HARRISBURG, PA 17110__   __CHALMERS A SIMPSON, JR__
**Address**                                   **Tenant Name (please print)**

__717-317-4587__   __NONE__              __NONE__
**Tenant Phone Number**   **Tenant Work Phone Number**   **Email Address**

__ALAN INVESTMENTS III LLC__          PH  __1-803-250-3832__
**Landlord Name**                     FAX  __1-803-250-3893__
                                      **Landlord Phone Number**

__16 BERRYHILL ROAD COLUMBIA, SC 29210__
**Landlord Address**

**NOTE: All of the above information must be completed before your complaint can be processed.**

**Nature of Complaint:**

THE LANDLORD WAS RESPONSIBLE TO PAY TO HAVE HOME REGISTERED AT All TIMES

BUT FAILED TO DO SO, THROUGH INVESTIGATION ALAN INVESTMENTS FAILED TO

KEEP HOME AT 636 CURTIN STREET IN HARRISBURG, PA 17110, CONTRACT STATES

RENT TO OWN HOME OWNER IS RESPONSIBLE FOR HOME, ALL BILL, ALL ELSE BUT

NOT REGISTRATION WHICH COSTS $75,00 a year, ON 6/28/2021 I PAID FEES FOR REGISTRA:

Date you contacted landlord for problem: __6__ / __25__ /__21__   (Landlord must have been notified first)

CERTIFIED MAIL TO ALAN INVESTMENT 6/30/21 & VISION PROPERTY MANAGEMENT 6/30/2021

Can we contact you to appear in court for the violations noted?   [X] Yes   [ ] No

*Please be advised that we must be able to verify that you have first contacted your landlord or tenant with your complaint. Submission of a false statement to a public official, pursuant to Section 4904 of Title 18 of the Pennsylvania Crimes Code, constitutes a misdemeanor of the third degree of offense, punishable by a fine and imprisonment of not more than one year.*

_Chalmers A Simpson, Jr._          __6__ / __27__ / / __2021__
**Signature**                      **Date**

**FOR OFFICE USE ONLY:**
Property No. _____          Tracking No. _____

Exhibit (4)(2)

## Consumer Complaint Form
### Attorney General Josh Shapiro

Bureau of Consumer Protection
1251 Waterfront Place,
Mezzanine Level
Pittsburgh, PA 15222

**1-800-441-2555** – PA ONLY        consumers@attorneygeneral.gov
1-717-787-9707                      www.attorneygeneral.gov

[ ] Please check if you or an immediate family member is a member of the military or a veteran.

[X] Please check if you are age 60 or older.

## Your Information
Fields marked with (*) are required.

CHALMERS A SIMPSON, JR
NAME*

PO BOX 5533
STREET ADDRESS*

| HARRISBURG | PENNSYLVANIA |
|---|---|
| CITY* | STATE* |
| 17110 | DAUPHIN |
| 5-DIGIT ZIP CODE* | COUNTY* |
| 717-317-4587 | NONE |
| BEST PHONE NUMBER* | ALTERNATIVE PHONE NUMBER |

| NONE | 63 |
|---|---|
| EMAIL By providing your email address, you agree to receive email communications from the Pennsylvania Office of Attorney General. | AGE |

## Complaint Information
Fields marked with (*) are required.

VISION PROPERTY MANAGEMENT/ALAN INVESTMENTS III LLC
BUSINESS NAME*

WALTER ROESCH/KELLY LLOYD/JASON ALLEN OF ALAN INVEST, III LLC
PERSON TO WHOM YOU SPOKE   CALLED BOTH NUMBERS BUT NO ANSWER:

PO BOX 488/61 BERRY HILL ROAD Ste 200
BUSINESS ADDRESS

COLUMBIA, SC 29202/ COLUMBIA, SC 29202

| CITY* | STATE |
|---|---|
| 1-888-466-7932/ 1-443-919-7700 | |
| 5-DIGIT ZIP CODE | BUSINESS PHONE NUMBER |

RENT TO OWN HOME AT 636 CURTIN STREET HARRISBURG, PA 17110
PRODUCT OR SERVICE PURCHASED

10-22-2016                                    UNKNOWN

DATE PURCHASED                                PURCHASED PRICE

FORM OF PAYMENT:

☐ CREDIT CARD   ☐ ATM/DEBIT CARD   ☐ PREPAID CARD   MONEY ORDERS
                                                    ☒ OTHER

WHERE AND HOW DID YOU SIGN THE CONTRACT (IF APPLICABLE):

☒ HOME (PAPER CONTRACT)          ☒ HOME (OVER THE PHONE)
☒ HOME (ELECTRONIC SIGNATURE     ☐ BUSINESS LOCATION
☒ OTHER CAREER LINK FAX DOCUMENTS/MAIL IN DOCUMENTS ALSO
         WHERE AND HOW DID YOU SIGN THE CONTRACT?

☒ PLEASE CHECK IF YOU ARE OR HAVE EVER BEEN INVOLVED IN A LEGAL ACTION
   RELATED TO THIS COMPLAINT. IF SO, PLEASE SUMMARIZE IN TWO SENTENCES
   THE RESULT OF THE LEGAL ACTION.

SEE ATTACHED DOCUMENTS ATTACHED

PLEASE EXPLAIN YOUR COMPLAINT: Try to be brief, but be sure to tell WHAT happened, WHEN it happened and WHERE it happened. Be specific about any oral statements the business made to you, ESPECIALLY those that influenced you to deal with the company, including how you heard about the company. Describe events in the order in which they happened.

On 6/23/2021 I arrived at my home at 636 CURTIN STREET in

HARRISBURG, PA 17110, on the door was a document from the

BUREAU OF CODES ADMINISTRATION which stated that VISION

PROPERTY MANAGEMENT who failed to pay for the RENTAL REGISTRA-

TION for the home at 636 CURTIN STREEN in HARRISBURG, PA 17110,

Since EXHIBIT (3) was located on the front door which stated

DWELLING UNFIT FOR HUMAN HABITATION on 6/23/2021 due to the

VISION PROPERTY MANAGEMENT failed to pay for the registration

which is only $75,00 each one to three UNITS to be rented,

Each month I sent VISION PROPERTY MANAGEMENT the amount of

$588,00 for payments to own the property and they can't not state

they can not make the payments of $75,00 for REGISTRATION to even

rent the hame and the fees which is violation of our contract,

PART 2 :

On 2/26/2021 I received a letter which was from:

SUSAN APEL
SENIOR DEPUTY ATTORNEY GENERAL
OFFICE OF THE ATTORNEY GENERAL
BUREAU OF CONSUMER
1251 WATER FRONT PLACE
PITTSBURGH, PA 15222
412-565-2578

Which verified complaint filed against COURT OF COMMON PLEAS
ALLEGHENY COUNTY, PENNSYLVANIA against VISION PROPERTY MANAGE-
MENT, ALAN INVESTMENTS III LLC ALCA LLC dated for which that
stated HALTING MY OBLIGATION TO PAY EFFECTIVE 12/1/2020,

EXHIBIT (5): SEE ATTACHED:

EXHIBIT (2) states that if I disagreed with the determination
I can appeal, on 6/24/2021 I tried to appeal, the appeal was
denied by ANNE MONTGOMERY on 6/24/2021 she stated that I was not
the owner of the house even though I have a contract which states
I am a rent to own property owner of the property at 636 CURTIN
STREET HARRISBURG, PA 17110 and from 10/22/2016 the contract does
state that I am responsible for TRASH BILL, WATER BILLS, THE UGI
GAS BILL AND THE PPL ELECTRIC BILL, ALL PIPES, CLEANING THE PROP:
ERTY AND ALL OTHER BILLS WHICH EXIST,

On 6/25/2021 I sublitted a RIGHT TO KNOW FORM to the BUSINESS
LICENS OFFICE AT 10 N 2nd STREET 3rd FLOOR and received documents
which verify that VISION PROPERTY MANAGEMENT/ALAN INVESTMENTS
has not payed the REGISTRATION FEES since 2020 and they owe the
amount of $2,908,70 EXHIBIT (11),

EXHIBIT (13) verify payment for the REGISTRATION which the
PARTIES FAILED TO PAY,

EXHIBIT (14) verify RECEIPT of the payment made for the RENTAL
REGISTRATION PAYMENT:

EXHIBIT (3) verify I was given (10) days in which to leave the PROPERTY of 636 CURTIN STREET,

EXHIBIT (15) verify that I was given a EXSTESION to leave the home at 636 CURTIN STREET,

EXHIBIT (16) verify that there are no other codes at 636 CURTIN STREET PROPERTY because I have used up all my income to keep property up to date from any codes taken place at the home, EXHIBIT (17) and (18) and EXHIBIT (19) verify that VISION PROPERT MANAGEMENT, ALAN INVESTMENTS III LLC and ATTORNEY RICHARD SQUIRE & BRADLEY F OSBORNE are aware of the REGISTRATION not being up dated timely,

And EXHIBIT (20) verify that complaint was filed against ALAN INVSTMENTS who sold the property to me as RENT TO OWN PROPERTY and are required to keep REGISTRATION PAYED TIMELY: which they failed to do as required by SECTION PM 108,1,3:

I am asking that SUSAN APEL please contact me prior to 7/7/2021 so we may talk about this situation also please contact EXHIBIT (6) DEPUTY CODES ADMINISTRATOR ANNE MONTGO(MERY about exstending the time to deal with the court issues which was caused by the parties vision property management and Alan Investments;

Dated: 7/5/2021

CHALMERS A SIMPSON, JR

**WHAT WOULD YOU LIKE THE BUSINESS TO DO TO RESOLVE YOUR COMPLAINT?**

ORDER THE PARTIES VISION PROPERTY MANAGEMENT TO EITHER TRANSFER THE DEED TO THE HOUSE AND/OR PAY THE REGISTRATION FEES AND COSTS UP TO DATE, ALSO TAKE ALLEDGED TENANT JESSICA LYNN DITTER OFF OF THE CONTRACT WHICH EXIST EMMEDIATELY, TO DATE CONTRACT STATES BOTH DITTER AND I WILL PAY ALL BILLS, I HAVE BE BEEN THE ONLY PARTY PAYING THE BILLS SINCE 2016 AFTER SIGN THE CONTRACT:

**HAVE YOU CONTACTED OTHER AGENCIES?** [X] YES  [ ] NO

**IF YES, AGENCIES CONTACTED AND ACTIONS THEY TOOK (IF KNOWN)**

THE PHONE NUMBERS WHICH EXIST DOES NOT WORK FOR BOTH VISION PROPERTY MANAGEMENT AND ALAN INVESTMENTS WHICH ARE 1-888-466-7932 and 1-443-919-7700 BUT WAS ABLE REACH ATTORNEYS RICHARD M SQUIRE AND BRADLEY J OSPORNE TO LEAVE MESSAGES AT 1/215/886/8790 WHICH WAS THEIR ATTORNEY WHO HANDLED THEIR CASE PRIOR TO THIS COMPLAINT BEING FILED:

## Optional Information

**HOW DID YOU HEAR ABOUT US?**

THERE ARE OTHER COMPLAINTS FILED INVOLVING BOTH VISION & ALAN:

**WHAT IS YOUR RACE OR ETHNICITY?**

[ ] HISPANIC/LATINO

[ ] WHITE (NOT HISPANIC/LATINO)

[ ] BLACK/AFRICANAMERICAN(NOTHISPANIC/LATINO)

[ ] NATIVE HAWAIIAN/PACIFIC ISLANDER

[ ] ASIAN

[ ] NATIVE AMERICAN

[ ] BIRACIAL

[ ] OTHER

## PLEASE READ CAREFULLY

The Attorney General cannot act as your private attorney. As a law enforcement agency, the primary function of the Office of Attorney General is to represent the public at large by enforcing laws prohibiting unfair or deceptive practices. The Attorney General, through the Bureau of Consumer Protection, provides a mediation service to consumers where an attempt may be made to mediate your individual consumer complaint if it falls within the jurisdiction of the office. Please be advised that the information you provide will be shared with the party against which you have filed a complaint. Additionally, your complaint may be shared with or referred to other governmental law enforcement or regulatory agencies. Your complaint will also be kept on file with our office and the information contained therein may be used to establish violations of Pennsylvania Law. Attached to this complaint form is an informational sheet which will help you in completion of the complaint form and also will explain in greater detail the mediation process. By signing below, I authorize the Bureau of Consumer Protection to contact the party(ies) against which I have filed a complaint in an effort to reach an amicable resolution. I further authorize the party(ies) against which I have filed a complaint to communicate with and provide information related to my complaint to the Bureau of Consumer Protection. I verify that I have read and understand the informational sheet about this process; and, that the information provided is true and correct to the best of my knowledge, information and belief.

_Chalmers A. Simpson, Jr._  __7/5/2021__
YOUR SIGNATURE                              DATE

**Please include copies of all documents regarding your problem.**
**Be sure to send COPIES, not originals.**



**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

LEXINGTON, SC 29073

OFFICIAL USE

Certified Mail Fee   $3.60

$                                    $2.85                                  0055
                                                                                    16
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00          Postmark
☐ Adult Signature Required         $ $0.00             Here
☐ Adult Signature Restricted Delivery $
Postage                            $1.60
$
Total Postage and Fees $6.05                          06/30/2021

Sent To
VISION PROPERTY MANAGEMENT LLC
Street and Apt. No., or PO Box No.
4668 AUGUSTA ROAD
City, State, ZIP+4®
LEXINGTON, SC 29073

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

VISION PROERTY MANAGEMENT
LLC/ 4668 AUGUSTA ROAD
LEXINGTON, SC 29073

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X                                           ☐ Agent
                                            ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

9590 9402 6629 1028 2103 19

7019 2970 0001 0452 4342

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053            Domestic Return Receipt

Exhibit (1)

2021/06/23
(CODBPCO3)

6/23/21

PAGE: 1

DEPARTMENT OF PUBLIC SAFETY
BUREAU OF CODES ADMINISTRATION
10 N. SECOND STREET, ROOM 205
CITY OF HARRISBURG, PA 17101    PHONE (717) 255-6553

NOTICE TO CORRECT VIOLATION(S)

TRACK NO: 2020095457-4   ADDRESS: 636      CURTIN ST      PROP. # 10017013-3

ALAN INVESTMENTS I, II LLC
16          BERRYHILL RD
STE 200
COLUMBIA        , SC      29210

INSPECTOR BADGE NO: 0876  NAME: MIKEL       COBLE
REINSPECTION DATE:   00/00/0000

THE FOLLOWING VIOLATION(S) WERE FOUND:
     23

COMMENT(S):
   PLACKARD FOR NOT PAYING RENTAL REGISTRATION
   EXCEPTED CERT MAIL, EXCEPTED CITATION
   MTC 876 06/23/2021  9414814903009067003187

YOU ARE ORDERED TO CORRECT WITHIN 10 DAYS FROM THE MAIL RECEIPT DATE THE
UNSATISFACTORY OR UNSAFE CONDITIONS AS SHOWN ABOVE.

NOTE: FAILURE TO COMPLY WITH THIS NOTICE AND TO CORRECT THE VIOLATION(S),
COULD RESULT IN SUMMARY OFFENSE CRIMINAL CHARGES BEING FILED AGAINST YOU.
SHOULD YOU FEEL THIS NOTICE AND IT'S CONTENTS ARE IMPROPER, PLEASE CALL THE
ABOVE NUMBER TO SPEAK WITH ME BETWEEN 8:30 A.M. AND 9:00 A.M. OR 4:30 P.M.
AND 5:00 P.M.

PLEASE BE ADVISED THAT SHOULD ANY PARTY IN INTEREST TO THIS VIOLATION NOTICE
DISAGREE WITH ANY DETERMINATION OR ANY OFFICIAL ACTION TAKEN, HE OR SHE MAY
APPEAL IN SPECIFIC WRITING TO THE HOUSING CODE BOARD OF APPEALS
C/O CODES ADMINISTRATOR, CITY GOVERNMENT CENTER,
10 N 2ND ST STE 205, HARRISBURG  PA 17101-1681
WITHIN TEN (10) DAYS FOLLOWING RECEIPT OF SAID NOTICE. AN APPEAL FEE OF
$400.00 OR PROOF OF INDIGENCE MUST ACCOMPANY THE APPEAL.

*Exhibit (2)*

2021/06/23
(CODBPCO4)

*6/23/21*

DEPARTMENT OF PUBLIC SAFETY                                   PAGE: 1
BUREAU OF CODES ADMINISTRATION
10 N. SECOND STREET, ROOM 205
CITY OF HARRISBURG, PA 17101      PHONE (717) 255-6553

### NOTICE OF PREMISE UNFIT FOR HUMAN OCCUPANCY

TRACK NO: 2020095457-4  ADDRESS: 636      CURTIN ST      PROP. # 10017013-3


TENANT            ,                    (OWNER)
636      CURTIN ST
HARRISBURG    , PA    17110



ALAN INVESTMENTS I, II LLC          (TENANT)
16          BERRYHILL RD
STE 200
COLUMBIA        , SC    29210


INSPECTOR BADGE NO: 0876  NAME: MIKEL      COBLE
REINSPECTION DATE:  00/00/0000


DEAR OWNER:

THE ABOVE REFERENCED PREMISES WAS POSTED "UNFIT FOR HUMAN OCCUPANCY" BY
CODES OFFICER MIKEL COBLE ON 06/23/2021 UNDER AUTHORITY GRANTED BY SECTION
108.1.3 OF THE 2000 INTERNATIONAL PROPERTY MAINTENANCE CODE AS ADOPTED BY
ORDINANCE #20 OF THE 2001 OF THE CITY OF HARRISBURG.

BE ADVISED THAT THE ABOVE REFERENCED PREMISES MUST BE VACATED WITHIN 10
DAYS. THE PREMISES CANNOT BE REOCCUPIED NOR CAN THE POSTED "UNFIT FOR HUMAN
OCCUPANCY" POSTING BE REMOVED WITHOUT THE WRITTEN APPROVAL FROM THIS
BUREAU. FAILURE OF THE OWNER TO HAVE THE PREMISES VACATED WILL RESULT IN
THE INITIATION OF LEGAL ACTION AGAINST THE PARTIES FAILING TO COMPLY WITH
ALL OF THE ABOVE REQUIREMENTS.

BE FURTHER ADVISED THAT ANY DISAGREEMENT WITH THIS DETERMINATION OR THE
OFFICAL ACTION TAKEN , MAY BE APPEALED IN WRITING TO THE HOUSING CODE BOARD
OF APPEALS, C/O THE CODES ADMINISTRATOR, CITY GOVERNMENT CENTER, 10 N 2ND
ST STE 205, HARRISBURG PA 17101-1681, WITHIN 10 DAYS FOLLOWING THE DATE OF
THIS NOTICE. AN APPEAL FEE OF $400.00 OR PROOF OF INDIGIENCE MUST ACCOMPANY
THE APPEAL.


SINCERELY,


DAVID E. PATTON
CODES ADMINISTRATOR
CITY OF HARRISBURG

## BUREAU OF CODE ENFORCEMENT
## CITY OF HARRISBURG, PA

# DWELLING UNFIT
# FOR
# HUMAN HABITATION

Exhibit (3)

636  Curtin  St                              876

**ADDRESS**

1. - SECTION PM 108.1.3 CONDEMNATION

2. - THIS DWELLING MUST BE VACATED WITHIN **10** DAY(S) FROM THE EFFECTIVE DATE OF THIS POSTING.  WHEN  VACATED MUST REMAIN VACANT UNTIL THE PROVISIONS OF THE ORDER ARE COMPLIED WITH AND THE ORDER TO VACATE IS WITHDRAWN.

3. - THE PENALTIES FOR DEFACING OR REMOVAL OF THIS PLACARD UPON CONVICTION BEFORE THE DISTRICT JUSTICE BE FINED NOT LESS THAN FIFTY ($50.00) NOR MORE THAN ONE THOUSAND DOLLARS ($1000.00) AND  IN DEFAULT OF THE PAYMENT THEREOF  SHALL BE COMMITTED TO THE DAUPHIN COUNTY JAIL FOR A PERIOD OF NOT MORE THAN NINETY (90) DAYS.

06/23/2021

**EFFECTIVE DATE**                              **CODES ADMINISTRATOR**

**CITY OF HARRISBURG**
REV. DR. MARTIN L. KING, JR.
CITY GOVERNMENT CENTER
10 NORTH SECOND STREET
HARRISBURG, PA 17101

636 Curtin
Tenont

Badge # 876

**CITY OF HARRISBURG**
REV. DR. MARTIN L. KING, JR.
CITY GOVERNMENT CENTER
10 NORTH SECOND STREET
HARRISBURG, PA 17101

Exhibit (4)

636 Curtin
Owner



Exhibit (5)

X COPY
2/26/21

February 26, 2021

US Home Rentals, LLC
Vision Property Management, LLC
4668 Augusta Road
Lexington, SC 29073

Chalmers Simpson
636 Curtin Street
Harrisburg, PA 17110

Re:  **Consumer Update**: Commonwealth of Pennsylvania v. Vision Property
Management LLC et. al. GD-19-014368

Dear Mr./Mrs. Chalmers Simpson:

We are writing to inform you of a court order that was entered in connection with the above-referenced lawsuit which may impact your property that is subject to an option-to-purchase agreement, cash for deed/land agreement, mortgage or similar agreement.

The purpose of this letter is to clarify your rights under this court order and provide updates on other important matters.



1.   _Order Temporary Halting to Your Obligation to Pay._  Effective December 1, 2020, all monthly amounts due under your contract will be temporarily placed on hold until further order of the court.  This order remains in effect as of the date of this letter. We will notify you once this order has been lifted. You should not receive any collection-related calls during this time.

2.   _Payments Made on or After December 1, 2020._  If you made a payment on or after December 1, 2020 and have not received a refund, either electronically or via check, please email paconsumer@ushomerentals.com with payment instructions.

3.   _Credit Reporting._  Your credit reporting history should not be negatively impacted while this court order is in effect—and your monthly payment obligations are temporarily halted. Please notify US Home Rentals if your credit score is negatively impacted as a result of complying with this order by emailing paconsumer@ushomerentals.com.

4.   _Third-Party Credit Reporting._  We understand that some of you are subscribed to a third-party reporting service known as RentTrack (www.renttrack.com). **Please note that your monthly payments have not been reported to RentTrack since December 1, 2020 and so therefore there is no benefit to your subscription to this service as it relates to your home contract. Furthermore, this subscription is not required as part of your agreement.**

February 16, 2021
Page 2

5. _Local Property Tax Issues._ We are aware of property tax issues that may be impacting your property. If you have received a notice of tax sale, please email a copy of the notice along with your contact information to paconsumer@ushomerentals.com with "Notice of Tax Sale" in the subject line and we will make every effort to contact you with next steps within 48 hours of your email. If you have made a tax payment to avoid the sale of your home, please email your proof of payment to paconsumer@ushomerentals.com. Additionally, if you have any other questions or concerns, please direct them to paconsumer@ushomerentals.com.



We appreciate your patience and cooperation.

Sincerely,

US Home Rentals LLC





COMMONWEALTH OF PENNSYLVANIA
## OFFICE OF ATTORNEY GENERAL

**JOSH SHAPIRO**
ATTORNEY GENERAL

March 31, 2021

Chalmers Simpson
Jessica Ditter
P.O. Box 5533
Harrisburg, PA 17110

Re: *Commonwealth of Pennsylvania v. Vision Property Management LLC et. al.*
    GD-19-014368

Dear Consumer:

I am writing with an update on the above referenced case – which affects your home that is subject to a Lease with Option to Purchase or Agreement for Deed, mortgage or similar contract with Vision Property Management or one of the many different affiliated companies that it uses to own and lease homes ("Defendants").

In the letter that you received from our office dated December 3, 2020, I explained that the Commonwealth of Pennsylvania, Office of Attorney General filed a lawsuit in October, 2019 against the Defendants.  The lawsuit claims that Defendants violated Pennsylvania law in their transactions with consumers, and seeks injunctive relief, restitution for consumers as permitted by law, civil penalties and costs.

On March 11, 2021, the Court entered another Order in this case (which is attached).  Key points from that Order, as well as a few other important updates, are set forth below:

1.    *The Court-Ordered Halt of Your Obligation to Pay Continues.*   On December 1, 2020, the Court entered an Order (that was attached to my December 3 letter) stating that no consumers living in any homes owned by any Defendants in Pennsylvania, whether under a Lease with Option to Purchase or Agreement for Deed, mortgage or similar contract with Defendants should pay any amounts due under any such contract until further order of the Court.  The Court also ordered that the failure to pay by consumers pursuant to the Order shall not be considered, treated or reported as a default of such contracts for any purpose whatsoever.  In the March 11, 2021 Order, the Court affirmed that the halt on collection of consumer payments remains in effect.

2.    *When Payments Resume, You Will Only Have to Pay the Current Month's Rent, Not Amounts That Were Not Paid Because of the Court's December 1 Order.*  In the March 11 Order, the Court also found that when and if the Court orders collections to resume in the future, consumers will not be required to pay a lump sum amount to "make up" the payments that were not collected under the December 1 Order. Instead, those amounts will be added on to the end of your term.

March 31, 2021
Page Two

We will provide written notice when the Court orders that payments should resume, which could happen within the next several months.

3.   *Letter Regarding Payments to Statebridge Company.*   Many consumers received a notice from Defendants/U.S. Home Rentals in early March telling them that their payments will, after March 15, be collected by Statebridge Company of Greenwood Village, Colorado.   This letter should not have been sent to Pennsylvania consumers because at the present time, Defendants are not permitted to be collecting money from Pennsylvania consumers.   We will notify you when payments are to resume, and that notification will specify where payments should be made.

4.   *Local Property Tax Issues.*   We continue to work on the issue of outstanding and unpaid property taxes.   Most Pennsylvania homes owned by Defendants have outstanding 2019, 2020 and 2021 property taxes.

Please get in touch with us immediately if you receive any sort of notice concerning taxes on your home or if a tax sale of your home has occurred or is scheduled to occur.   We will try to remedy the situation if we hear from you, but it is often difficult to reverse tax sales once they have occurred.

In some instances consumers may choose to pay taxes to avoid a sale of their homes; each situation requires a case-by-case analysis but most important is that you not ignore any tax notice that you receive regarding your home.   Please get in touch with us if you receive any sort of tax notice, and we will try to obtain more information to help you make a decision regarding the best action to take.

5.   *The Court's Existing Injunction Has Been Continued.*   Since January 2020, an Order has been in place prohibiting Defendants from engaging in any legal action against consumers whatsoever.   The Court has also prohibited Defendants from entering into any new contracts or modifying existing contracts, or from putting liens on, or selling any homes (with certain limited exceptions for homes that have been vacant for a very long time).   This Order was extended by the Court on February 10, 2021, and at that time the Court scheduled a hearing for June 15, 2021 at which time it might be further extended.   If you are aware of any instance where Defendants have not complied with these rules, or if any Defendant threatens to sue you, please let us know right away.

6.   *Defendants Violated the Injunction by Putting Mortgages on Some Homes.*   In January, we learned that Defendants had violated the Order described in #5 above by causing a lender, DLP Lending Fund LLC, to put mortgages on 90 homes in Pennsylvania.   DLP Lending Fund LLC immediately agreed to release all such mortgages after we informed them that the mortgages violate the Order described in #5 above.   If for any reason you believe that a mortgage has been placed on your home that has not been released, please let us know right away.

7.   *Please Keep Our Office Informed.*   If you have not filed a formal complaint with our office, we would appreciate if you would do so as soon as possible.   By filing a complaint with our office, we will be able to better understand your individual situation, and keep in touch with you.   A complaint can be filed online or in paper format.   Here is the link to file a complaint online: https://www.attorneygeneral.gov/submit-a-complaint/consumer-complaint/, and a hard copy form is also included if you would prefer to complete it by hand and mail it back to us.   Let us know if any of your contact information like a cellphone number changes.

\*          \*          \*

March 31, 2021
Page Three

Through filing this lawsuit as lawyers for the Commonwealth of Pennsylvania, Office of Attorney General we are trying our best to find a workable path forward for you and other similarly situated consumers to stay in your home and eventually own it.   We cannot be sure of what this will look like, or whether or not we will be successful.  However, we are making every effort to accomplish this goal, as well as to obtain some recovery for consumers who were treated unfairly by Vision but who were not able to stay in their homes.

Please contact me (email and phone number below), Senior Agent Laura Ukmata at lukmata@attorneygeneral.gov or (412) 565-5710, or Deputy Attorney General Francesca Iovino at fiovino@attorneygeneral.gov or (412) 592-7346 if you have any questions or information to provide.

Sincerely,

/s/ Susan Apel

Susan Apel
Senior Deputy Attorney General
Office of Attorney General, Bureau of Consumer
1251 Waterfront Place
Pittsburgh, PA 15222
(412) 565-2578
sapel@attorneygeneral.gov

**IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA**

COMMONWEALTH OF PENNSYLVANIA:
by Attorney General JOSH SHAPIRO,

        Plaintiff,

        v.

VISION PROPERTY MANAGEMENT, LLC,
VPM HOLDINGS, LLC,
ALEX SZKARADEK,
ANTONI SZKARADEK, ACM Vision V, LLC,:
ACP 1, LLC, ACP 3, LLC,
Alan Investments III, LLC, ALCA, LLC,
Archway Community Properties I, LLC,
Archway Community Properties II, LLC,
Archway Community Properties III, LLC,
Archway Community Properties IV, LLC,
Avalanche Holdings Company, LLC,
AXIS, LLC, BAT Holdings Eight, LLC,
BAT Holdings One, LLC, BAT Holdings, LLC,:
BAT Holdings Two, LLC,
BAT Holdings Six, LLC,
BAT Holdings Nine, LLC,
Boom SC, LLC, DS NEW, LLC,
DSV SPV 1, LLC, DSV SPV 2, LLC,
Jolek, LLC, Kaja Holdings 2, LLC,
DSV SPV 3, LLC
Kaja Holdings, LLC, M16S, LP, M17S, LP,
Mom Haven 14, LP,
National Housing Partners, LLC,
Newbridge Capital Funding LLC,
One Pine VIII, LLC, PF 1, LLC,
PA SEVEN, LLC, Panda, LLC,
Pansy, LLC, PENNA, LLC, REO Rancho, LP,:
RV Holdings Seven, LLC, RV Holdings Two,
LLC, RV Holdings Four, LLC,
RV Holdings Eight, LLC,
RV Holdings Three, LLC,
RV Holdings Eleven LLC, RVFM 1, LLC,
RVFM 11 Series, LLC, RVFM 12, LLC,
RVFM 13 Series, LLC, RVFM 2, LLC,
RVFM 3, LLC, RVFM 4 Series, LLC,
RVFM 5, LLC, RVFM 6, LLC,

**CIVIL ACTION**

Case No. GD-19-014368

CODE 020—EQUITY

RVFM 8, LLC, SP 1, LLC,
VPM Realty, LLC,

      Defendants.

## ORDER OF COURT

AND NOW, this _11th_ day of March, 2021, after consideration of the PETITION FOR

CONTEMPT AND APPOINTMENT OF RECEIVER FOR PENNSYLVANIA HOMES, filed

by the Commonwealth, and the Consent Motion regarding such Petition filed by the

Commonwealth and Counsel for Certain Defendants, it is hereby ORDERED, DECREED, AND

ADJUDGED that:

1. This Order of Court refers to prior Orders entered by the Court in this case by the date of
   such Orders.  Existing injunctive orders are dated January 7, 2020, January 15, 2020,
   February 18, 2-2-, October 28, 2020, December 1, 2020, and February 10, 2021
   (collectively, the "Injunctive Orders").  The February 18, 2020 Order incorporates the
   prior Orders, and the October 28, 2020 Order and the February 10, 2021 Order continue
   the February 18 Order.

2. Defendants are in violation of the February 18, 2020 Injunctive Order (as continued by
   the October 28, 2020 and February 10, 2021 Orders), because Defendants have not made
   the payments into Escrow (as defined in the Injunctive Orders) totaling $60,000 per
   month required by such Orders.   In particular, Defendants collected payments from
   Pennsylvania consumers in November, 2020, but failed to put the $60,000 required to be
   placed in Escrow (as defined in the Injunctive Orders).

3. Defendants are in violation of the February 18, 2020 Order (as continued by the October
   28 Order and February 10, 2021 Order), because Defendants have encumbered and
   transferred real property in spite of the fact that all encumbrances and transfers of

Pennsylvania real property are prohibited by such Order. In particular, Defendants caused DLP Lending Fund LLC to place mortgages on approximately 90 homes in Pennsylvania owned by defendants, in violation of such Orders. Furthermore, Defendants transferred at least 12 Pennsylvania properties from one Defendant to another in violation of the Injunctive Orders.

4. Defendants are in violation of the February 18, 2020 Order (as continued by the October 28, 2020 Order and February 10, 2021 Order) because Defendants have not notified the Commonwealth of tax foreclosure sales as required by those orders, and because Defendants have not paid real property taxes (i.e., county, school, and/or municipal) when due as required by the October 28, 2020 Order. In particular, Defendants have not paid real property tax due in 2018 on at least 50 Pennsylvania homes, real property tax due in 2019 on at least 177 homes, or real property tax due in 2020 on virtually any homes in Pennsylvania, even though required to do so pursuant to the terms of "Lease with Option to Purchase," "Agreement for Deed" land installment contracts, mortgages, and similar agreements with Pennsylvania consumers ("Consumer Contracts") and the October 28, 2020 Order (as continued by the February 10, 2021 Order).

5. Defendants have retained LERETA Tax & Flood Services, a third-party tax certification service to complete and provide current tax certifications within 30-45 days hereof. All certifications and information received from such third-party will be provided to the Commonwealth within 5 business days of receipt by Defendants. Additionally, Defendants shall provide all other data in their possession showing the details and amounts of real property taxes outstanding relating to homes owned by Defendants in Pennsylvania within 5 business days hereof.

6. Defendants are in violation of the February 18, 2020 Order (as continued by the October 28, 2020 Order and February 10, 2021 Order) for failure to provide financial information to the Commonwealth as required by Section (C)(5) of the February 18 Order, and Defendants shall rectify such failure by providing all reports required by Section (C)(5) of the February 18 Order to the Commonwealth by March 31, 2021.

7. Defendants are in violation of the October 28, 2020 Order and the December 1, 2020 Order, because Defendants have not filed the Affidavits required by the October 28, 2020 Order and the December 1, 2020 Order. Defendants shall file such Affidavits within ten days of the date of this Order (qualified as necessary to make all statements therein accurate).

8. The Plaintiff and Defendants stipulate to mediation to facilitate settlement communications between the parties with the objective to reach a global resolution of the matter, on such terms as they mutually agree ("Mediation"), provided that Plaintiff is not required to pay for such Mediation. There shall be no stay of the litigation during the pendency of the Mediation.

9. The hearing on Petition for Appointment of a Receiver filed by the Commonwealth on January 14, 2021 shall be continued until such time as Defendants shall file a Motion with the Court to resume collecting consumer payments under Consumer Contracts (other than any Consent Motion referenced in Paragraph 12 below), and shall be considered by the Court in conjunction with any such Motion to resume collecting consumer payments. Plaintiff may at its discretion move the Court to schedule a hearing on the Petition for Appointment of a Receiver at any future time that Plaintiff deems such appointment to be prudent.

10. Many Pennsylvania consumers recently received a communication from Defendants that Statebridge Company of Greenwood Village, Colorado has been substituted to collect consumer lease payments on behalf of certain Defendants, notwithstanding that Defendants are currently prohibited from collecting from Pennsylvania consumers pursuant to the December 1, 2020 Order. Within 5 days of the date hereof, Defendants shall notify all Pennsylvania consumers (after providing a copy of the proposed notification to the Commonwealth for comment) that such notification regarding Statebridge Company does not apply to Pennsylvania consumers until and unless the Attorney General's Office notifies them that an order has been entered by the Court requiring Pennsylvania consumers to again commence payments under Consumer Contracts.

11. Defendants have not been collecting payments under the Consumer Contracts since December 1, 2020, because such collections are prohibited under the Court's December 1, 2020 Order, and such December 1, 2020 Order remains in effect. When and if the Court orders collections to resume in the future, no consumer shall be required to pay any of these amounts that have not been collected in a lump sum. Instead, the term of all Consumer Contracts that are subject to the Court's December 1, 2020 Order shall be extended by a period of time equal to the period of time that the moratorium that is the subject of the Court's December 1, 2020 Order is in effect, and all payments that were not made under Consumer Contracts as a result of the Court's December 1, 2020 Order shall be made on a monthly basis during such extended term (in lieu of other rent or payments). Consumers shall not be required to pay a lump sum amount to "make up" the payments that were not collected under the December 1 Order.

12. The parties agree to work together to draft and present a Consent Motion to the Court to modify the December 1, 2020 Order to resume consumer payments under a mutually agreeable arrangement whereby payments will be made directly by consumers into Escrow or other mutually acceptable repository.

13. Defendants shall, as of and after the date hereof, provide a copy of all communications (regarding any subject matter whatsoever, and regardless of the medium of delivery) to or with any Pennsylvania consumer by Defendants or their agents relating to the Consumer Contracts to the Commonwealth's undersigned attorney.   Such copy will be delivered simultaneous with delivery of such communications to Pennsylvania consumers.

14. Defendants shall respond to the Commonwealth's First Set of Interrogatories and Document Requests served on Defendants on April 21, 2020, without objection, on or before April 15, 2021.

15. This Order shall be without prejudice to any party's right to ask the Court to enforce any provision of any Injunctive Order or any other order of the Court at any time (provided that Plaintiff may not ask the Court to enforce any provision that is specifically addressed in this Order before giving Defendants the time allotted herein to correct the existing violation of such provision).

BY THE COURT,

_Christine Ward_ . J
Christine A. Ward

**6/30/21** (circled)

xhibit (7)

# PUBLIC RECORD REVIEW/DUPLICATION REQUEST

Please print legibly                                    Date of Request: __6/24/2021__

Requester's Name: __CHALMERS A SIMPSON, JR__

Requester's Address: 636 CURTIN STREET

__HARRISBURG, PA 17110__

Requester's Telephone #: ( __717__ ) __317-4587__

Pennsylvania Resident?    (Yes)   No    (Circle appropriate response)

I request review duplication (circle applicable request) of the following records:
(Important! You must identify or describe the records with sufficient specificity to
enable the City representative to determine, which records are being requested. Use
additional sheets if necessary.)

TO: BUREAU OF CODES ADMINISTRATION 10 N 2nd ST ROOM 205:
Please release all information pertaining to the home at

636 CURTIN STREET located in HARRISBURG, PA 17110 which does

include first date of home being registered and last date home

was registered, all taxes owed, any code violations, last owners

name, owners address, phone NO listed, and/or any other owners

listed on registration, all DEEDS, money owed, letters, notes to owers:
The request may be submitted in person, by mail to City of Harrisburg, bureau of Codes
Administration, Dept of Public Safety, 10 N. Second Street, Harrisburg, PA 17101, or via
fax: (717)255-6421 to the appropriate person as specified in the City Policy.

Request No. _____

6-24-22" the home has never
been registerd as a
rental. The only
outstanding violation is
the lack of rental
resistration
ower or past owners
to be obtain by
Dauphin County Property
into site. this addi[?]
has no phone #s

Exhibit (8)

CHALMERS A SIMPSON, JR
PO BOX 5533
HARRISBURG, PA 17110
717-317-4587

*Attempt to Appeal to Refused on 6/24/21*

THE HOUSING CODES BOARD OF APPEALS
C/O CODES ADMINISTRATION ADMINISTRATO
CITY GOVERNMENT CENTER
10 N 2nd Street Ste 205
HARRISBURG, PA 17101-1681
717-255-6553

## NOTICE OF APPEAL

TO: THE HOUSING CODES BOARD OF APPEALS C/O CODES ADMINISTRATOR:

This an official notice that TENANT CHALMERS A SIMPSON, JR who resides at the location of 636 CURTIN STREET in the City of HARRISBURG, PA 17110 is filing an APPEAL for the which he is being ACCUSED OF THE FOLLOWING:

COMMENT(S):

PLACKARD FOR NOT PAYING RENTAL REGISTRATION
EXCEPTED CERT MAIL, EXCEPTED CITATION
MTC 876 06/23/2021 941481490300907003187

Appeal being based on LANDLORDS FAILURE TO UP DATE DOCUMENTS which was and/is not required for TENANT TO UP DATE, also APPEAL is based on ATTORNEY GENERALS OFFICE FILED DOCUMENTS which are attached against LANDLORD who is owner of home which TENANT is an has never been responsible for which is part of the contract that is in effect,

TENANT request a hearing which will include owner of property, CHIEF AND/OR HEAD OF CODES ADMINISTRATION AND ATTORNEY GENERAL

ALAN INVESTMENTS III LLC,

Please forward copies of this appeal to all parties on PROOF OF S

SERVICE EMMEDIATELY:

Dated: 6/24/2021

CHALMERS A SIMPSON, JR
PO BOX 5533
HARRISBURG, PA 17110
717-317-4587

## PROOF OF VERIFICATION OF SERVICE

I, Chalmers A. Simpson, Jr. do hereby and verify that any statements made herein are true and correct

to the best of my ability, information and belief; and that any false statements made herein are made

subject to the penalties of section 18 Pa. C. S. pursuant to the crimes codes of 4904 related to unsworn

falsification to authorities.

Dated: 6/24/2021

CHALMERS A. SIMPSON, JR.

## PROOF OF CERTIFICATION OF SERVICE

I, Chalmers A. Simpson, Jr. do hereby and verify that a true and correct copy has been served to:

1) Alan Investment III LLC

   61 Berry Hill, Road

   Ste. 200

   Columbia, SC. 29210

2) Attorney at Law
   Richard A Squire, Esq.
   Bradley J. Osborne, Esq
   One Jenkintown Station, Suite 104
   115 West Avenue
   Jenkintown, Pa.19046

3) ATTORNEY GENERAL OFFICE
   ATTORNEY GENERAL JOSH
   SHAPIRO, BUREAU OF CON-
   SUMER PROTECTION
   1251 Water Front Place
   Mezzanine Level
   PITTSBURGH, PA 15222
   717-787-9707
   1-800-441-2555

   Dated: 6/24/2021

4) DEPARTMENT OF PUBLIC SAFETY
   BUREAU OF CODES ADMINISTRATION
   10 N SECOND STREET
   CITY OF HARRISBURG, PA 17101

CHALMERS A SIMPSON, JR
PO BOX 5533
HARRISBURG, PA 17110
717-317-4587

Exhibit (9)

# PUBLIC RECORD REVIEW/DUPLICATION REQUEST

Please print legibly                                    Date of request: __6/25/2021__

Requester's Name: __CHALMERS A SIMPSON, JR__

Requester's Address: __636 CURTIN STREET__

_____HARRISBURG, PA 17110_____

Requester's Telephone #: __(717    ) 317-4587__

Pennsylvania Resident?    (Yes)  No    (Circle appropriate response)

I request review duplication (circle applicable request) of the following records:
(Important! You must identify or describe the records with sufficient specificity to
enable the City representative to determine, which records are being requested. Use
additional sheets if necessary.)

TO: BUSINESS LICENSE OFFICE AT 10 N 2nd STREEt 3rd FL ROOM
__Please release all information pertaining to the BUSINESS__

__LICENSE which was obtained for 636 CURTIN STREET located in__

__the CITY OF HARRISBURG, PA 17110, dates that payed for license,__

__up dated license information, amount paid, expiration dates__

__when applied for license any other documents for BUSINESS__

LICENCES, LANDLORDS AND/OR other persons APPLIED FOR LICENSE
The request may be submitted in person, by mail to City of Harrisburg, Bureau of Codes
Administration, Dept of Public Safety, 10 N. Second Street, Harrisburg, PA 17101, or via
fax: (717)255-6421 to the appropriate person as specified in the City Policy.

Request No. _____

*Exhibit (10)*

# PUBLIC RECORD REVIEW/DUPLICATION REQUEST

Please print legibly

Date of request: __6/25/2021__

Requester's Name: __CHALMERS A SIMPSON, JR__

Requester's Address: __636 CURTIN STREET__

__HARRISBURG, PA 17110__

Requester's Telephone #: __(717   )   317-4587__

Pennsylvania Resident?      Yes    No    (Circle appropriate response)

I request review duplication (circle applicable request) of the following records:
(Important! You must identify or describe the records with sufficient specificity to enable the City representative to determine, which records are being requested. Use additional sheets if necessary.)

TO: BUSINESS LICENSE OFFICE AT 10 N 2nd STREEt 3rd FL ROOM
  Please release all information pertaining to the BUSINESS

LICENSE which was obtained for 636 CURTIN STREET located in

the CITY OF HARRISBURG, PA 17110, dates that payed for license,

up dated license information, amount paid, expiration dates

when applied for license any other documents for BUSINESS

LICENCES, LANDLORDS AND/OR other persons APPLIED FOR LICENSE
The request may be submitted in person, by mail to City of Harrisburg, Bureau of Codes Administration, Dept of Public Safety, 10 N. Second Street, Harrisburg, PA 17101, or via fax: (717)255-6421 to the appropriate person as specified in the City Policy.

Request No. _____

```
3 ALAN INVESTMENTS III LLC             MERCANTILE  SYSTEM              TERM: UCFLMBC1
00071953  4 BUS NAT: RESIDENTIAL REN   CITY HISTORY                   USER: HBG MWH1
================================================================================

                  *    2020    *    2019    *    2018    *    2017    *    2016    *
MBP LIC PAID      06/22/2020 07/26/2019 06/19/2018 08/22/2017 10/05/2016
      AMOUNT         50.00        50.00        50.00        50.00        40.00
  NO-LIC YEAR    *            *            *            *            *            *
--------------------------------------------------------------------------------
GEN LIC PAID
      AMOUNT
--------------------------------------------------------------------------------
  NO-TAX YEAR    *            *            *            *            *            *
MBP TAX PAID
      AMOUNT
      PENALTY
      INTEREST
--------------------------------------------------------------------------------
SPECIAL TAX DISPLAY:
 SPEC TAX PD
      AMOUNT
      PENALTY
3=SP 1=MS 4=CM 5=ON 6=LG 7=HL F=FR H=HT S=SR E=XT F4=NT F5=UP F7,8=F,B F9=HS
ALL PAYMENTS DISPLAYED - PRESS "ENTER" TO CONTINUE
```

Exhibit (11)

# PUBLIC RECORD REVIEW/DUPLICATION REQUEST

Please print legibly                    Date of request: 6/25/2021

Requester's Name: CHALMERS A SIMPSON, JR

Requester's Address: 636 CURTIN STREET

HARRISBURG, PA 17110

Requester's Telephone #: (717   ) 317-4587

Pennsylvania Resident?    (Yes)  No    (Circle appropriate response)

I request review duplication (circle applicable request) of the following records:
(Important! You must identify or describe the records with sufficient specificity to
enable the City representative to determine, which records are being requested. Use
additional sheets if necessary.)

TO: BUSINESS LICENSE OFFICE AT 10 N 2nd STREEt 3rd FL ROOM
   Please release all information pertaining to the BUSINESS

LICENSE which was obtained for 636 CURTIN STREET located in

the CITY OF HARRISBURG, PA 17110, dates that payed for license,

up dated license information, amount paid, expiration dates

when applied for license any other documents for BUSINESS

LICENCES, LANDLORDS AND/OR other persons APPLIED FOR LICENSE
The request may be submitted in person, by mail to City of Harrisburg, Bureau of Codes
Administration, Dept of Public Safety, 10 N. Second Street, Harrisburg, PA 17101, or via
fax: (717)255-6421 to the appropriate person as specified in the City Policy.

Request No. _____

Case 1:21-cv-01205-SHR   Document 4   Filed 07/08/21   Page 31 of 56



# DAUPHIN COUNTY
## P E N N S Y L V A N I A

## Property & Taxes

### Information for Property 10-017-013-000-0000, Tax Year 2021

**Property 1 of 1** See

I'd Like To..

Dauphin County Web Site

Dauphin County GIS Interactive Maps

Dauphin County Assessor's Page

Dauphin County Tax Claims Page

Dauphin County Treasurer's Page

**Property Information**

**Tax Year**
2021 ⌄

**Township**
CITY OF HARRISBURG

**Neighborhood**
10003 — SCHUILKILL — McCLAY

**Owner Name and Address [Show Details]**
ALAN INVESTMENTS III LLC
PO BOX 488
COLUMBIA, SC 29202

**Property ID**
10-017-013-000-0000

**Property Use**
R03 - 2 STORY RESIDENCE

**Site Address**
636 CURTIN ST

**Mailing Name and Address**
ALAN INVESTMENTS III LLC
PO BOX 488
COLUMBIA, SC 29202

**Images (See All)**



**Start a New Search**

**View:**
Assessment Info.
Billing & Collection
CAMA Information
Delinquent Taxes
Name Information
Map/GIS

**Print:**
Current Page
Parcel Report

**Shop:**
Pay Tax Claims
View Cart (empty)

**Account Options:**
Log In

| Delinquent Taxes | | | |
|---|---|---|---|
| Tax Year | Due | Paid | Total Due |
| 2020 | $2,055.83 | $0.00 | $2,055.83 |
| 2019 | $852.87 | $0.00 | $852.87 |
| 2003 | $225.73 | $225.73 | $0.00 |
| | | Total | $2,908.70 |

©Edge Solutions, Inc. d-b-a The Officer 2005-2016. All rights reserved
Copyright (c) Dauphin Co. the All Rights Reserved
HTML Provided... text reproduction. PA State website
address. Account holders

 

loading

# RESIDENTIAL RENTAL UNIT REGISTRATION
# PROGRAM APPLICATION

Ex hibit (12)

Eric Papenfuse, Mayor
And
Harrisburg City Council

Bureau of Codes
(717) 255-6553

## Section I: Building Information (IF MULTIPLE PROPERTIES, PLEASE USE ATTACHED SHEET)

Rental Unit/Building Address: 636 CURTIN ST HBG PA 171 Parcel #: _____

Facility Name/Designation: _____

No. of Units Per Building: ___1___ How are units designated: _____

## Section II: *REQUIRED Owner(s) Information (Owner refers to person(s) with legal title)

Type of Owner:  Individual ☐   Sole Proprietorship ☐   Corporation ☐   Trust ☐   Other ☒

Owner's Name: VISION PROPERTY MANAGEMENT LLC

Address: _____ PO BOX 488 _____ COLUMBIA _____ State SC Zip Code 29202

Business Telephone: 1-803-250-3832 _____ Email: 1-803-250-3893

** If owner is a partnership, corporation or trust, complete the following for one partner, officer or trustee:

Name and Title: ALAN INVESTMENTS III LLC

Address: 16 BERRYHILL ROAD City COLUMBIA _____ State SC Zip Code 29210

Business Telephone: UNKNOWN _____ Email: UNKNOWN

## Section III: Complete only if owner uses the services of a managing agent.
*MANDATORY: If owner lives outside a 50-mile radius of the City of Harrisburg – NO P.O. BOX PERMITTED)

Name of Operator or Contact Person: VISION PROPERTY MANAGEMENT

Address: PO BOX 488 _____ City COLUMBIA _____ State SC _____ Zip Code 29202

Telephone: 1-803-250-3832 _____ Email: 1-803-250-3893

### ** OFFICIAL USE ONLY **

Tracking #: _____   Amount Received: $ _____

Parcel #: _____   Payment Type: Check/Money Order _____

Issuing Agent: _____   Date: _____

#### ** Fees for Rental Permits are as follows **

$75.00 per single family dwelling and multiple dwelling units up to 3 units.
$15.00 per unit in multi-family dwellings exceeding 3 units.

Signature of Applicant: _Chalmers A Simpson Jr_ _____ Date: 6/25/2021

*Submission of a false statement to a Public Official, pursuant to Section 4903 of 4904 of Title 18 of the Pennsylvania Crimes Code Constitutes a misdemeanor offense, punishable by a fine and/or imprisonment or both.*

## INSTRUCTIONS FOR COMPLETING THIS FORM ON REVERSE SIDE

8. Should a Codes Enforcement Officer not be granted entry at the scheduled time of an inspection a $175 fee will be assessed.

9. A $100 fee will be assessed should a property fail a re-inspection of a rental property or unit.

10. All fees must be made payable to City Treasurer and remitted to the MLK Government Center, Bureau of Codes, 10 N. 2nd Street, Suite 205, Harrisburg, PA 17101. For any questions please call the Bureau of Codes at (717) 255-6553.

Thank you in advance for your anticipated cooperation.

Sincerely,

The Bureau of Codes

S:/Codes/Forms/RentalPermit Requirements2

LIST OF PROPERTIES/UNITS FOR (Name of Owner(s):_____

*(Please list multiple properties on this form)*

PLEASE PRINT LEGIBLY: (Property Number is located on your water bill (Account #)

| PROPERTY NUMBER | TRACKING NUMBER (OFFICIAL USE ONLY) | ADDRESS | # OF UNITS | AMOUNT DUE |
|---|---|---|---|---|
| 636 | | CURTIN STREET HBG PA 17110 | | $75,00 |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |

**TOTAL AMOUNT DUE:**   $ 75,00

**PLEASE NOTE:** Up to three (3) units = $30.00. Anything above three units, please include an additional $10.00 per unit.
*Feel free to make additional copies*

Tax & Enforcement Office                                      Phone (717) 255-6513
Suite 305 A                                                  Fax (717) 255-6509


NOTICE:      Effective May, 2004


On April 14, 2004, members of the Harrisburg City Council, unanimously approved Bill No. 5-2004, as amended, which clarifies and expands the definition of "Landlord".

Amended language defines landlords, residential and/or commercial, as doing business within the City. "Landlord" meaning a person or entity who is in the business of leasing or renting one or more dwelling units, or one or more commercial space(s).  For the purpose of this Chapter, "Commercial" shall include all business uses, including but not limited to, manufacturing/industrial use, retail/wholesale use, office space and provision of services.

If the owner occupies a dwelling complex as his/her primary residence, the leasing of more than two dwelling units or one or more commercial space(s) within the complex shall mean that the owner is a landlord.

Gross income receipts derived from rent is exempt from the Business Privilege and Mercantile Tax; however, non-rental receipts (i.e., management fees, vending income, maintenance income and all other income) requires a separate Business Privilege and Mercantile License and those receipts are taxable.

Enclosed is the (Business Privilege) Landlord License Application. We have made every effort to identify all property owners who would fall under the guidelines as defined above.

A (Business Privilege) Landlord License is separate from any current Business Privilege and Mercantile License you may hold and is required for the rentals of property only; only one (1) landlord license is required regardless of the number of units rented.

A (Business Privilege) Landlord License is required if the business that is presently licensed pays rent to the property owner.

Notification or payment must be made within 30 days of receipt of this notice.  Failure to do so may result in legal action being filed against you.

Thank you.


Tax & Enforcement Office

# CITY OF HARRISBURG
## APPLICATION FOR (BUSINESS PRIVILEGE) LANDLORD LICENSE
### (RESIDENTIAL AND/OR COMMERCIAL)

**MAIL TO: TAX AND ENFORCEMENT OFFICE**
10 N. 2ND STREET, SUITE 305A
HARRISBURG, PA 17101

LICENSE AND FILING FEE $50.00
DUE JUNE 30TH OF EVERY YEAR!
CHECK OR MONEY ORDER ONLY
PAYABLE TO "CITY TREASURER"
DATE APPLIED ___6/25/2021___

Application is hereby made for a (Business Privilege) Landlord License for the year(s) 20___ as required by Chapter 5-715 of the Codified Ordinance for the City of Harrisburg as amended by the City Council of the City of Harrisburg stating that any Landlord who is in the business of leasing or renting out one or more dwelling units or one or more commercial space(s) shall be required to obtain a (Business Privilege) Landlord License.**Unless the unit is owner occupied and has less than three units** No License will be issued to persons in default of payment of any tax due to the City under the Harrisburg Licensing and Taxation Code.

1. Business name and address. If business is conducted under a corporate or fictitious name, please list name.   (PLEASE PRINT LEGIBLY)

   ___ALAN INVESTMENTS III LLC___
   (Titled/Deeded) Name

   ___636 CURTIN STREET HARRISBURG, PA  17110___
   (Rental Property) Address          City          State          Zip

   ___PO BOX 5533 HARRISBURG, PA 17110___
   Mailing address, if different than above     City          State          Zip

   ___717-317-4587___
   Telephone Number                              IRS EIN (or) SSN

2. Check whether business is:  ☐ Incorporated   ☐ Partnership   ☒ Individual   ☒ Agent   ☐ LLC

3. Give the name(s) of the true owners of the said business, their legal residence (excluding post office boxes), social security number, date of Birth, and telephone number.

| Name | Name | Name |
|---|---|---|
| ALAN INVESTMENTS III LLC | | CHALMERS A SIMPSON, JR |
| Address | Address | Address |
| 636 CURTIN STREET | | 636 CURTIN STREET |
| City/State/Zip | City/State/Zip | City/State/Zip |
| HARRISBURG, PA 17110 | | HARRISBURG, PA 17110 |
| Social Security # | Social Security # | Social Security # |
| - - | | 196-5 ̶  ̶-9980 |
| Date of Birth | Date of Birth | Date of Birth |
| / / | / / | 12/09/1959 / |
| Telephone # | Telephone # | Telephone # |
| ( ) | ( ) | (717) 317-4587 |
| E-mail | E-mail | E-mail |
| | | NONE |

**FURTHER INFORMATION APPEARING ON REVERSE SIDE MUST BE COMPL**

4. Check the appropriate category:  ☑ Residential   ☐ Commercial   ☐ Both

5. Number of Units:   Residential ___1___   Commercial _____

6. Address of units (use separate sheet if necessary):

   636 CURTIN STREET HARRISBURG, PA 17110

7. Have you ever been issued a Business Privilege and Mercantile License with the City of Harrisburg before? ☐ Yes   ☑ No   If yes, give name the license was issued _____

8. Fire legal liability and casualty insurance information:

   Insurance Company's Name: _____

   Address: _____

   Policy Number: _____   Effective Date: _____

   Expiration Date: _____

BE SURE TO CONTACT THE CODES DEPARTMENT TO PROVIDE INFORMATION AND COMPLETE FORMS FOR THE RENTAL INSPECTION PROGRAM. *THIS IS MANDATORY* EVEN IF PROPERTY IS VACANT. THE MAIN TELEPHONE NUMBER IS 717-255-6553.

PLEASE NOTE: Failure to provide the above information required for proper enforcement of the (Business Privilege) Landlord License shall cause rejection of this application and shall require a new application and filing fee.

I VERIFY THAT THE STATEMENTS MADE HERIN ARE TRUE AND CORRECT. I UNDERSTAND THAT FALSE STATEMENTS MADE HEREIN ARE SUBJECT TO THE PENALTIES OF 18PA.C.S.#4904 RELATING TO UNSWORN FALSIFICATION OF AUTHORITIES.

*Chalmers A Simpson, Jr.*                    6/25/2021
AUTHORIZED SIGNATURE                          DATE

=================== *OFFICIAL USE ONLY* ===================

I hereby certify that proper registration of the above-referred applicant has been established with the Tax and Enforcement Office.

_____          _____
TAX & ENFORCEMENT ADMINISTRATOR             DATE

                                            _____
                                            LICENSE #: _____

# CITY OF HARRISBURG
## Department of Public Safety
### Bureau of Codes Administration
*Police • Fire • Codes*

**Mayor Eric Papenfuse**

Dear Landlord:

Pursuant to Ordinance 1-2017 all landlords who own property in the City of Harrisburg are required by law to participate in the new Residential Rental Unit Registration Program. What follows are the requirements of the program:

1. All fees indicated must be paid <u>annually</u> between October 31st and December 31st. A late fee of $25 will be assessed for all payments submitted after December 31st.

2. All fees must be paid to allow a property or unit to be rented. $75 for one to three units and $15 for each additional unit more than three per parcel.

3. A managing agent or owner must reside within 50 miles of the City of Harrisburg.

4. Any fees unpaid could subject the property or unit to be placarded as Unfit for Human Habitation.

5. All rental properties are subject to one (1) physical inspection every five (5) years, however such does not preclude the Bureau of Codes in responding to a tenant complaint or conditions that warrant an inspection.

6. All rental properties must be up to date on taxes and utilities to allow the property to be rented.

7. All landlords should be mindful of Disruptive Conduct provisions set forth in Ordinance 1-2017 relating to tenant behavior that could give cause for legal action should the property be in violation of the aforementioned provision.

10 N 2nd Street, Suite 205, Harrisburg, PA 17101-1677
Phone: 717-255-6553 / Fax: 717-255-6421

# INSTRUCTIONS

**SECTION I:** Complete this section by giving the address of the Rental/Leased unit or the address of the building that contains multiple units. Also give the facility name, if applicable. An application must be filed out for each separate building. List the number of units per building, and explain how the units are designated. (example: 1, 2, 3, or A, B, C. etc.) *For multiple rental properties you may list properties on the chart provided and indicate the total amount due at the bottom of the application. You may copy and add where additional properties are owned.

**SECTION II:** In this section, begin by checking the area that applies to the owner, whether the owner is an individual, a sole proprietor, a partnership, a corporation, a trust, or other. List the owner(s) name, address, city, state and zip code. Also list the owner(s) phone numbers, business and home.

**SECTION III:** Complete this section if the owner uses a managing agent and address (No PO Box) responsible for managing and maintenance of the facility. If the owner lives outside a 50 mile radius of the City of Harrisburg, a local managing agent/firm <u>MUST</u> be designated. This person/firm shall be responsible for receipt of notices and scheduling of inspections.

Sign and date the bottom of the form. Mail the form, with your fee to:

**Bureau of Codes Administration**
**10 N 2nd St Suite 205**
**Harrisburg, PA 17101**

All checks or money orders are payable to the City Treasurer. **NO CASH WILL BE ACCEPTED AT THE COUNTER.**

**PLEASE NOTE:** This form should not be confused with the annual Business Privilege and Landlord License. This fee covers any and all inspections that will take place throughout the year. Contact our office if you have any questions.

<u>**FEES FOR RENTAL REGISTRATION**</u>  (DUE by December 31st of EACH YEAR)

$75.00 for a single family dwelling or a multiple-family dwelling (of up to 3 units) and an additional $15.00 per unit exceeding 3.

## <u>HOW TO CALCULATE YOUR FEE(S)</u>

Dwelling units from 1 to 3 = $75.00   <u>$75.00</u>

Each additional units exceeding 3 = (# of units) x $15.00 = _____

Total amount due   <u>475.00</u>

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER. SECURITY FEATURES INCLUDE MICRO PRINT SIGNATURE LINES FRONT AND BACK.

**$ MEMO**

**INTERNATIONAL MONEY ORDER**

MEMO FINANCIAL SERVICES, INC.
MEMO FINANCIAL SERVICES AMERICA, INC.
MEMO FINANCIAL SERVICES NEW YORK, INC.
MEMO FINANCIAL SERVICES USA, INC.
P.O. BOX 8954 · CAMP HILL, PA  17001-8968
(800) 922-8079
www.memomoney.com

**179447784  3**

CITY TREASURER                JUN 27 2021 ■ SEVENTY FIVE DOLLARS AND 00 CENTS
VOID OVER          $   75.00

PAY TO THE
ORDER OF___  BY SIGNING, PURCHASER AGREES TO BE BOUND BY THE TERMS AND CONDITIONS AND SERVICE CHARGE AS SET FORTH ON THE PURCHASER'S RECEIPT

CHALMERS A SIMPSON, JR 636 CURTIN STREET HARRISBURG, PA 17110

PURCHASER'S SIGNATURE                    ADDRESS                            CITY/STATE/ZIP

PAGE THROUGH BANCFIRST, STRATFORD, OK                     MOBILE DEPOSIT PROHIBITED

NUMBERS ON THE BACK OF THIS DOCUMENT APPEAR IN RED

⑈103104900⑈017944 7784      019⑈

---

MONEY ORDER

**179447784**

FILL IN THIS STUB AND
SAVE FOR YOUR RECORD

DATE AND AMOUNT

JUN 27 202_

$75.00

RENTAL REGI-
STRATION PAY
MENT

PURCHASER'S RECEIPT

**$ MEMO**

**INTERNATIONAL MONEY ORDER**

MEMO FINANCIAL SERVICES, INC.
MEMO FINANCIAL SERVICES AMERICA, INC.
MEMO FINANCIAL SERVICES NEW YORK, INC.
MEMO FINANCIAL SERVICES USA, INC.
P.O. BOX 8954 · CAMP HILL, PA  17001-8968
(800) 922-8079
www.memomoney.com

**179447784  3**

CITY TREASURER               JUN 27 2021 ■ SEVENTY FIVE DOLLARS AND 00 CENTS
VOID OVER          $   75.00

PAY TO THE
ORDER OF___  BY ORIGINAL PURCHASER AGREES TO BE BOUND BY THE TERMS AND CONDITIONS AND SERVICE CHARGE AS SET FORTH ON THE PURCHASER'S RECEIPT

CHALMERS A SIMPSON, JR 636 CURTIN STREET HARRISBURG, PA 17110

PURCHASER'S SIGNATURE                    ADDRESS                            CITY/STATE/ZIP

PAGE THROUGH BANCFIRST, STRATFORD, OK                     MOBILE DEPOSIT PROHIBITED

NUMBERS ON THE BACK OF THIS DOCUMENT APPEAR IN RED

⑈103104900⑈017944 7784      019⑈

Exhibit (13)

Exhibit (14)

**RECEIPT OF PAYMENT**
CITY OF HARRISBURG – Eric Papenfuse, Mayor

6,28,21                                    656 Certin St
_____                    _____
Date                                       Vision          Memo
                                           Property
_____
                                           Applicant's Name
                                           PO Box   488
_____
                                           Applicant's Address
_ _ _ _  - _ _ _ _          5.00           MO
_____
Revenue Account Code No/    Amount         Check/Money
Tracking No.                               Order No.

Codes Bureau:
Building/Zoning Permit...............................0100-341-22
Buyers Notification.....................................0100-341-30
Rental Inspection......................................0100-341-72
Demolition Permit Fees..............................0100-341-25
Duplication Fees.........................................0100-341-90
Electrical Permit........................................0100-341-20
Fire Prevention Code Permits........................0100-341-26
Flood Plain Certificate................................0100-341-28
Health Licenses..........................................0100-341-51
Housing Code Board of Appeals Fees..............0100-341-02
Electrical/Plumbing License Fees...................0100-341-11
Low Voltage Electrical Permits.....................0100-341-23
Plumbing Permit.........................................0100-341-21
Rent Withholding ......................................0400-370-12
Special Permit............................................0100-341-27
Planning Bureau:
Harrisburg Architectural Review Board Fees...0100-341-50
Harrisburg Planning Commission Fees...............0100-341-50
Zoning Hearing Board Fees...........................0100-341-60
Sale of Publications & Maps..........................0100-341-80
Other Fees:
Notary Public Fees ...............................0560-396-00

_____
                    Signature

Copy 1 – Customer    Copy 2 – Treasury

Exhibit(s)(1)

CHALMERS A SIMPSON, JR
636 CURTIN STREET
HARRISBURG, PA 17110
717-317-4587


I MAY BE CONTACTED AT ABOVE LOCATION:


TAX CLAIM BUREAU
DAUPHIN COUNTY ADMINISTRATION BLDG
2 South Second Street
1st FLOOR/PO BOX 1295
HARRISBURG, PA 17108-1295
717-780-6125
FAX: 717-780-6485


TO: TAX CLAIM BUREAU:

On 6/25/2021 I was told to contact the TAX CLAIM BUREAU due

to an delinquent account which belong to VISION PROPERTY

MANAGEMENT for the out standing balance of $2,908,70 which they

failed to pay,

I am told to write a letter of HARDSHIP so that I can verify my

my income: Also verify that I am disabled:

ATTACHED ARE COPIES OF MY INCOME:

DISABILITY PAYS ME $887,00

FOOD STAMPS GIVES  $198,00

CITIZEN BANK ACC    $ 19,74

PENN DOT I PAY     $100,00

ON TRACK PPL I PAY $ 57,00

UGI UTILITY I PAY  $,50,00

CAPITAL WATER I PAY  50,00

TRASH BILL I PAY   $ 50,00

PHILA TRAF COURT PAY 10,00

COMCAST XFINITY PAY  50,00

BURGLARY/FIRE BILL $ 5,00



DAUPHIN COUNTY
DIRECTOR HOLLY MARTZ
Tax Claim Bureau

Dauphin County Administration Bldg.
2 South Second St.—1st Floor
P.O. Box 1295                        (717) 780-6125
Harrisburg, PA 17108-1295         Fax: (717) 780-6485
www.dauphincounty.org    E-mail: taxclaim@dauphinc.org

**PART 2**

UC SERVICE CENTER PAY $ 5,00

DAUPHIN COUNTY COURT  $ 5,00 EACH

ALSO PAY MEDICATIONS EACH MONTH $30,00 to $40,00

TRANSPORTATION TO DOCTORS AND APPOINTMENTS $100,00 to 150,00

CAR INSURANCE PAY $147,27

EACH MONTH I MUST GO TO THE FOOD BANK AFTER FOOD STAMP ARE GONE:

On 6/24/2021 I tried to file an appeal and was told by ANNE
MONTGOMERY I am not allowed,

I received an application for the RENTAL REGISTRATION which cost
the amount of $75,00 so the I will not be homeless due the land-
lord failure to pay the fees to register the home at 636 CURTIN
STREET located in HARRISBURG, PA 17110,

After I pay all the bills listed there is no money laft but a
small amount,, also I have 4 injuries due to vehicle accident and
must have operation very soon which will effect my daily duties,
I have an agreement with PPL AND UGI through ON TRACK due to not
being able to pay for the amount the GAS BILL AND ELECTRIC BILLS
would be if not for this, I HAVE TO FEED SOPH who is 11 years
old 2 cats and her RABBIT, my fiancee was killed by the dentist
after a operation so no I must take care of all the bills at the
house with no help, there is no one else but me to keep a ruf
over me and SOPH head since JEN is gone, under these situations
its very hard to main tain but I do it as best as posible, when I
found out the landlord who sold me the rent to own home did not
pay the REGISTRATION I tried to file the appeal but was told I
am unable to so I am hoping that you will allow me to pay $50,00
every two weeks until the settlement comes in from my accident:

Dated: 6/25/2021

CHALMERS A SIMPSON, JR

## Tax Claims Statement Report
## Dauphin County

**Parcel Number:** 10-017-013-000-0000

| Parcel Names: | | Site Address: | Bankruptcy Info: | |
|---|---|---|---|---|
| ALAN INVESTMENTS III LLC | OWNER | 636 CURTIN ST | | |

*Handwritten:* 1) Written contract of agreeme[nt]
2) letter of hardship
3) Contact Info

| 2019 | Description | Due | Paid | Strike Off | Balance |
|---|---|---|---|---|---|
| | Bureau Cost - Annual Billing | 15.00 | 0.00 | 0.00 | 15.00 |
| | Mail Cost - Annual Billing | 12.00 | 0.00 | 0.00 | 12.00 |
| | School - Annual Billing | 825.87 | 0.00 | 0.00 | 825.87 |
| **Totals for 2019** | | 852.87 | 0.00 | 0.00 | 852.87 |

| 2020 | Description | Due | Paid | Strike Off | Balance |
|---|---|---|---|---|---|
| | Bureau Cost - Annual Billing | 45.00 | 0.00 | 0.00 | 45.00 |
| | Mail Cost - Annual Billing | 12.00 | 0.00 | 0.00 | 12.00 |
| | County Library - Annual Billing | 14.99 | 0.00 | 0.00 | 14.99 |
| | County Real Estate - Annual Billing | 294.46 | 0.00 | 0.00 | 294.46 |
| | Municipal - Annual Billing | 413.97 | 0.00 | 0.00 | 413.97 |
| | School - Annual Billing | 1,275.41 | 0.00 | 0.00 | 1,275.41 |
| **Totals for 2020** | | 2,055.83 | 0.00 | 0.00 | 2,055.83 |
| **Grand Totals** | | 2,908.70 | 0.00 | 0.00 | 2,908.70 |



# DAUPHIN COUNTY

### Tax Claim Bureau

Dauphin County Administration Bldg.
2 South Second St—1st Floor
P.O. Box 1295
Harrisburg, PA 17108-1295
www.dauphincounty.org

(717) 780-6125
Fax: (717) 780-6485
E-mail: taxclaim@dauphinc.org

Case 1:21-cv-01205-SHR   Document 4   Filed 07/08/21   Page 45 of 56

# Parcel Information Report
## Dauphin County
## 10-017-013-000-0000

| Parcel Number | Township | Tax Code | Property Class | Land Use | Deeded Acres |
|---|---|---|---|---|---|
| 10-017-013-000-0000 | 10 | 10 | R03 | R | 0.0000 |
| | **Parcel Status** | | | | |

| Activation Year | Level Activated |
|---|---|
| 1999 | |

**Owner Name and Address**

ALAN INVESTMENTS III LLC
PO BOX 488
COLUMBIA SC  29202

**Alternate Name and Address**

**Site Address**

636 CURTIN ST

**Sales**

| Sale Date | Document Number | Net Selling Price |
|---|---|---|
| 03/06/1990 | 0CONV34118 | $15,000.00 |
| 01/21/2004 | 0534400591 | $63,000.00 |
| 08/26/1991 | 0161800451 | $24,900.00 |
| 08/14/2015 | 20150020592 | $1,266.00 |
| 06/28/2016 | 20160015920 | $9,150.00 |

**Assessment Information**

Tax Year   2021

| Category | | Land | Bldg | Total | Pref. Land | Pref. Bldg | Pref. Total |
|---|---|---|---|---|---|---|---|
| Annual Billing | Exempt | 0 | 0 | 0 | 0 | 0 | 0 |
| | Non Exempt | 6,600 | 31,200 | 37,800 | 0 | 0 | 0 |
| | Totals | 6,600 | 31,200 | 37,800 | 0 | 0 | 0 |

Exhibit (15)

06/28/2021

I Mikel Coble of the City of Harrisburg Codes extend the placard until 07/09/2021 to give the tenant time to deal with court issues

Mikel Coble

872

6/30/21

xhibit (16)

# PUBLIC RECORD REVIEW/DUPLICATION REQUEST

Please print legibly                                    Date of Request: __6/24/2021__

Requester's Name: __CHALMERS A SIMPSON, JR__

Requester's Address: __636 CURTIN STREET__

__HARRISBURG, PA 17110__

Requester's Telephone #: ( __717__ ) __317-4587__

Pennsylvania Resident?    (Yes)    No    (Circle appropriate response)

I request review duplication (circle applicable request) of the following records:
(Important! You must identify or describe the records with sufficient specificity to
enable the City representative to determine, which records are being requested. Use
additional sheets if necessary.)

TO: BUREAU OF CODES ADMINISTRATION 10 N 2nd ST ROOM 205:
__Please release all information pertaining to the home at__

__636 CURTIN STREET located in HARRISBURG, PA 17110 which does__

__include first date of home being registered and last date home__

__was registered, all taxes owed, any code violations, last owners__

__name, owners address, phone NO listed, and/or any other owners__

__listed on registration, all DEEDS, money owed, letters, notes to owers:__
The request may be submitted in person, by mail to City of Harrisburg, Bureau of Codes
Administration, Dept of Public Safety, 10 N. Second Street, Harrisburg, PA 17101, or via
fax: (717)255-6421 to the appropriate person as specified in the City Policy.

Request No. _____

6-24-22 the home has never
been resisterd as a
rental. The only
outstanding violation is
the lack of rental
resistration
Ower or past owners
to be obtain by
Daphin County Property
into site. this addic
was No phone #s

## PUBLIC RECORD REVIEW/DUPLICATION REQUEST

Please print legibly                                    Date of Request: __6/24/2021__

Requester's Name: __CHALMERS A SIMPSON, JR__

Requester's Address: 636 CURTIN STREET

_____HARRISBURG, PA 17110_____

Requester's Telephone #: ( __717__ ) 317-4587

Pennsylvania Resident?   (Yes)   No   (Circle appropriate response)

I request review duplication (circle applicable request) of the following records:
(Important! You must identify or describe the records with sufficient specificity to
enable the City representative to determine, which records are being requested. Use
additional sheets if necessary.)

TO: BUREAU OF CODES ADMINISTRATION 10 N 2nd ST ROOM 205:

Please release all information pertaining to the home at

636 CURTIN STREET located in HARRISBURG, PA 17110 which does

include first date of home being registered and last date home

was registered, all taxes owed, any code violations, last owners

name, owners address, phone NO listed, and/or any other owners

listed on registration, all DEEDS, money owed, letters, notes to owers:

The request may be submitted in person, by mail to City of Harrisburg, Bureau of Codes
Administration, Dept of Public Safety, 10 N. Second Street, Harrisburg, PA 17101, or via
fax: (717)255-6421 to the appropriate person as specified in the City Policy.


Request No. _____

**CITY OF HARRISBURG**

REV. DR. MARTIN L. KING, JR.
CITY GOVERNMENT CENTER
10 NORTH SECOND STREET
HARRISBURG, PA 17101

HARRISBURG PA 171

28 JUN 2021 PM 4



ZIP 1 101   $ 000.51
02 4W
0000358888 JUN 2  2021

FORWARD AND ADDRESS CORRECTION

Chalmers A. Simpson, Jr.
636 Curtin St
Harrisburg, PA 17110

17110-242436



*Alan Investments*


**UNITED STATES POSTAL SERVICE.**

6/30/21

Exhibit (17) (1)

```
            MECHANICSBURG
           702 E SIMPSON ST
       MECHANICSBURG, PA 17055-9998
             (800)275-8777
06/30/2021                      05:39 PM
------------------------------------------
Product           Qty    Unit    Price
                          Price
------------------------------------------
First-Class Mail®  1              $1.60
Large Envelope
    Columbia, SC 29210
    Weight: 0 lb 3.50 oz
    Estimated Delivery Date
       Tue 07/06/2021
    Certified Mail®                $3.60
       Tracking #:
          70192970000104524359
    Return Receipt                 $2.85
       Tracking #:
          9590 9402 6629 1028 2103 02
Total                             $8.05

------------------------------------------
Grand Total:                      $8.05
------------------------------------------
Cash                            $20.00
Change                         -$11.95
------------------------------------------
```

```
**************************************
USPS is experiencing unprecedented volume
     increases and limited employee
      availability due to the impacts of
  COVID-19. We appreciate your patience.
**************************************

   In a hurry? Self-service kiosks offer
   quick and easy check-out. Any Retail
        Associate can show you how.


  Text your tracking number to 28777 (2USPS)
  to get the latest status. Standard Message
   and Data rates may apply. You may also
  visit www.usps.com USPS Tracking or call
            1-800-222-1811.

           Preview your Mail
           Track your Packages
           Sign up for FREE @
       https://informeddelivery.usps.com

        NOW HIRING - JOIN OUR TEAM!
        $15.00 to $18.62 per hour
            depending on position
   APPLY ONLINE at www.usps.com/careers
            Use Keyword Search
       "Type City of Interest within PA"

   All sales final on stamps and postage.
    Refunds for guaranteed services only.
           Thank you for your business.

       Tell us about your experience.
  Go to: https://postalexperience.com/Pos
  or scan this code with your mobile device.
```



Exhibit (17)(2)

**CERTIFIED MAIL**

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com.

COLUMBIA, SC 29210

**OFFICIAL USE**

| Certified Mail Fee | $3.60 | | 0055 |
| $ | | $2.85 | 16 |
| Extra Services & Fees (check box, add fee as appropriate) | | $6.00 | |
| ☐ Return Receipt (hardcopy) | $ | | |
| ☐ Return Receipt (electronic) | $ | $0.00 | |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 | Postmark |
| ☐ Adult Signature Required | $ | $0.00 | Here |
| ☐ Adult Signature Restricted Delivery | $ | | |
| Postage | $1.60 | | |
| $ | | | 06/30/2021 |
| Total Postage and Fees | | | |
| $ | $8.05 | | |

Sent To
ALAN INVETSMENTS IIILLC/61 BERRY
HILL ROAD/ Ste 200
COLUMBIA, SC 29210

PS Form 3800, April 2015

7019 2970 0001 0452 4359

6/30/21

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ALAN INVESTMENTS III LLC
61 BERRY HILL ROAD
Ste 200
COLOMBIA, SC 29210

9590 9402 6629 1028 2103 02

2. Article Number (Transfer from service label)
7019 2970 0001 0452 4359

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053      Domestic Return Receipt





6/30/21



Exhibit (B)(1)

**UNITED STATES POSTAL SERVICE**

MECHANICSBURG
702 E SIMPSON ST
MECHANICSBURG, PA 17055-9998
(800)275-8777

05/30/2021                           05:31 PM

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|
| First-Class Mail® Large Envelope | 1 | | $1.60 |

Lexington, SC 29073
Weight: 0 lb 3.50 oz
Estimated Delivery Date
    Tue 07/06/2021

| Certified Mail® | | | $3.60 |
|---|---|---|---|

    Tracking #:
        70192970000104524342

| Return Receipt | | | $2.85 |
|---|---|---|---|

    Tracking #:
        9590 9402 6629 1028 2103 19

| Total | | | $8.05 |
|---|---|---|---|

Grand Total:                         $8.05

Cash                                $10.10
Change                              -$2.05

```
*******************************
USPS is experiencing unprecedented volume
    increases and limited employee
    availability due to the impacts of
    COVID-19. We appreciate your patience.
*******************************
```

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
        Associate can show you how.

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
            1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

NOW HIRING - JOIN OUR TEAM!
$15.00 to $18.62 per hour
    depending on position
APPLY ONLINE at www.usps.com/careers
Use Keyword Search
"Type City of Interest within PA"

All sales final on stamps and postage.
Refunds for guaranteed services only.
    Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

Exhibit (18)(2)



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

Lexington, SC 29073

OFFICIAL USE

Certified Mail Fee $3.60                                        0055
                                                               16
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $2.85 $0.00
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00          Postmark
☐ Adult Signature Required         $ $0.00            Here
☐ Adult Signature Restricted Delivery $
Postage $1.60
Total Postage and Fees $0.05                          06/30/2021

Sent To VISION PROPERTY MANAGEMENT LLC
Street and Apt No 4668 AUGUSTA ROAD
City State ZIP LEXINGTON, SC 29073

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

VISION PROERTY MANAGEMENT
LLC/ 4668 AUGUSTA ROAD
LEXINGTON, SC 29073

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 6629 1028 2103 19

7019 2970 0001 0452 4342

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                              ☐ Agent
                                               ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:           ☐ No

3. Service Type
☐ Adult Signature                ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery  ☐ Registered Mail™
☒ Certified Mail®                ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery  ☐ Signature Confirmation™
☐ Collect on Delivery            ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
Insured Mail
Insured Mail Restricted Delivery (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

**UNITED STATES POSTAL SERVICE.**

UPTOWN
2347 N 7TH ST
HARRISBURG, PA 17110-9998
(800)275-8777

07/01/2021                                          02:33 PM
--------------------------------------------------
Product              Qty    Unit      Price
                            Price
--------------------------------------------------
First-Class Mail®     1               $1.60
Large Envelope
    Jankintown, PA 19046
    Weight: 0 lb 3.40 oz                *Exhibit (19)*
    Estimated Delivery Date
        Tue 07/06/2021
Certified Mail®                        $3.60
    Tracking #:
        70200640000123193639
Return Receipt                         $2.85
    Tracking #:
        9590 9402 6629 1028 2103 26
Total                                  $8.05
--------------------------------------------------

Grand Total:                           $8.05

Cash                                  $20.05
Change                               -$12.00

************************************************
USPS is experiencing unprecedented volume
    increases and limited employee
    availability due to the impacts of
COVID-19. We appreciate your patience.
************************************************

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
            1-800-222-1811.

            Preview your Mail
            Track your Packages
            Sign up for FREE @
    https://informeddelivery.usps.com

    NOW HIRING - JOIN OUR TEAM!
    $15.00 to $18.62 per hour
        depending on position
APPLY ONLINE at www.usps.com/careers
        Use Keyword Search
    "Type City of Interest within PA"

All sales final on stamps and postage.
Refunds for guaranteed services only.
        Thank you for your business.

    Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



        or call 1-800-410-7420.

UFN: 413495-0112

REINSPECTION DATE: 00/00/0000   NAME: NIKEEL

DEAR OWNER: Exhibit (2)

THE ABOVE REFERENCED PREMISES WAS POSTED "UNFIT FO...
CODES OFFICER MIKEL OBERLIN ON 06/23/2021 UNDER AUTH...
108.1.3 OF THE 2000 INTERNATIONAL PROPERTY MAI...
ORDINANCE #20 OF THE 2001 OF THE CITY OF HARRISBUR...

BE ADVISED THAT THE ABOVE REFERENCED PREMISES MUST B...
DAYS. THE PREMISES CANNOT BE REOCCUPIED NOR CAN THE POS...
OCCUPANCY. POSTING BE REMOVED WITHOUT THE WRITTEN A...
BUREAU. FAILURE OF THE OWNER TO HAVE THE PREMISES VACAT...
THE INITIATION OF LEGAL ACTION AGAINST THE PARTIES FAILI...
ALL OF THE ABOVE REQUIREMENTS.

BE FURTHER ADVISED THAT ANY DISAGREEMENT WITH THIS DETERMIN...
OFFICIAL ACTION TAKEN, MAY BE APPEALED IN WRITING TO THE BUREA...
OF APPEALS, C/O THE CODES ADMINISTRATOR, CITY GOVERNMENT CENT...
ST STE 205, HARRISBURG PA 17101-1681, WITHIN 10 DAYS FOLLOWIN...
THIS NOTICE. AN APPEAL FEE OF $400.00 OR PROOF OF INDIGENCE I...
THE APPEAL.



RECEIPT
Thank You
Have a Nice Day

License Plate Number
**KXN4179**

Expiration Date/Time
**11:33 AM**
**JUN 25, 2021**

Purchase Date/Time: 11:13am Jun 24, 2021
Total Due: $1.00     Rate: PAY WITH QUARTERS
Total Paid: $1.00
Ticket #: 00016127     Pmt Type: Cash
S/N #: 500014030014
Setting: CBDistrict
Mach Name: S 002

PARK HARRISBURG
(717) 234-2274
PAYMENT VALID ONLY
IN THIS DISTRICT



Visitor

Chalmers
Simpson Jr.
Visiting: Codes - Suite
205

6/25/21
11:15AM



ENOS-2WH (8-16)

Mayor Eric Papenfuse

Department of Public Safety
City of Harrisburg

ANNE MONTGOMERY
Deputy Codes Administrator

Bureau of Codes Administration





Mayor Eric Papenfuse

NIKEEL
Bureau of Codes Administration

Chalmers
Simpson Jr.
Visiting: Codes - S
205

6/24/21



RECEIPT
Thank You
Have a Nice Day

License Plate Number
**KXN4179**

Expiration Date/Time
**02:33 PM**
**JUN 24, 2021**

Exhibit (22)

**RECEIPT**
Thank You
Have a Nice Day

License Plate Number

# KXN4179

Expiration Date/Time

# 03:23 PM
# JUN 25, 2021

Purchase Date/Time: 02:23pm Jun 25, 2021
Total Due: $3.00      Rate: $3/HR TO 11 HRS  MAX
Total Paid: $3.00                 Pmt Type: CC (Swipe)
Ticket #: 00016131
S/N #: 500014030014
Setting: CBDistrict
Mach Name: S 002

#*****-0207, Visa
                         Auth #: 964221

PARK HARRISBURG
(717)-234-2274
PAYMENT VALID ONLY
IN THIS DISTRICT