



February 26, 2021

US Home Rentals, LLC
Vision Property Management, LLC
4668 Augusta Road
Lexington, SC 29073


Chalmers Simpson
636 Curtin Street
Harrisburg, PA 17110


Re:   *Consumer Update: Commonwealth of Pennsylvania v. Vision Property Management LLC et. al. GD-19-014368*

Dear Mr./Mrs. Chalmers Simpson:

We are writing to inform you of a court order that was entered in connection with the above-referenced lawsuit which may impact your property that is subject to an option-to-purchase agreement, cash for deed/land agreement, mortgage or similar agreement.

The purpose of this letter is to clarify your rights under this court order and provide updates on other important matters.

1.   *Order Temporary Halting to Your Obligation to Pay*.   Effective December 1, 2020, all monthly amounts due under your contract will be temporarily placed on hold until further order of the court.  This order remains in effect as of the date of this letter.  We will notify you once this order has been lifted.  You should not receive any collection-related calls during this time.

2.   *Payments Made on or After December 1, 2020*.  If you made a payment on or after December 1, 2020 and have not received a refund, either electronically or via check, please email paconsumer@ushomerentals.com with payment instructions.

3.   *Credit Reporting*.  Your credit reporting history should not be negatively impacted while this court order is in effect—and your monthly payment obligations are temporarily halted. Please notify US Home Rentals if your credit score is negatively impacted as a result of complying with this order by emailing paconsumer@ushomerentals.com.

4.   *Third-Party Credit Reporting*.  We understand that some of you are subscribed to a third-party reporting service known as RentTrack (www.renttrack.com). Please note that your monthly payments have not been reported to RentTrack since December 1, 2020 and so therefore there is no benefit to your subscription to this service as it relates to your home contract. Furthermore, this subscription is not required as part of your agreement.

February 16, 2021
Page 2



5.   *Local Property Tax Issues.*  We are aware of property tax issues that may be impacting your property. If you have received a notice of tax sale, please email a copy of the notice along with your contact information to paconsumer@ushomerentals.com with "Notice of Tax Sale" in the subject line and we will make every effort to contact you with next steps within 48 hours of your email. If you have made a tax payment to avoid the sale of your home, please email your proof of payment to paconsumer@ushomerentals.com. Additionally, if you have any other questions or concerns, please direct them to paconsumer@ushomerentals.com.

We appreciate your patience and cooperation.

Sincerely,

US Home Rentals LLC



# Consumer Complaint Form
## Attorney General Josh Shapiro

Bureau of Consumer Protection
1251 Waterfront Place,
Mezzanine Level
Pittsburgh, PA 15222

1-800-441-2555 – PA ONLY
1-717-787-9707

consumers@attorneygeneral.gov
www.attorneygeneral.gov

☐ Please check if you or an immediate family member is a member of the military or a veteran.

☒ Please check if you are age 60 or older.

Filed 12/14/20

## Your Information
Fields marked with (*) are required.

CHALMERS A. SIMPSON, JR.
NAME*

P.O. BOX 5533
STREET ADDRESS*

HARRISBURG, PA 17110
CITY*

STATE*

17110
5-DIGIT ZIP CODE*

DAUPHIN
COUNTY*

717-317-4587
BEST PHONE NUMBER*

717-571-3841
ALTERNATIVE PHONE NUMBER

NONE
EMAIL By providing your email address, you agree to receive email communications from the Pennsylvania Office of Attorney General.

65
AGE

## Complaint Information
Fields marked with (*) are required.

VISION PROPERTY MANAGEMENT/ALAN INVESTMENT III LLC.
BUSINESS NAME*

WALTER ROESCH/KELLY LLOYD/JASON ALLEN   of ALAN INVEST.III
PERSON TO WHOM YOU SPOKE

P.O. BOX 488
BUSINESS ADDRESS

/61 Berry Hill Road Ste. 200

COLUMBIA, SC. 29202
CITY*

/COLUMBIA, SC. 29202
STATE*

1-888-466-7932
5-DIGIT ZIP CODE

443-919-7700
BUSINESS PHONE NUMBER

RENT TO OWN HOME at 636 Curtin Street HARRISBURG, PA. 17110

**PRODUCT OR SERVICE PURCHASED**

10/22/2016                              Unknown

**DATE PURCHASED**                    **PURCHASED PRICE**

**FORM OF PAYMENT:**                           MONEY ORDERS
                                        X        CREDIT CARD

☐ CREDIT CARD  ☐ ATM/DEBIT CARD  ☐ PREPAID CARD  ☐ OTHER

**WHERE AND HOW DID YOU SIGN THE CONTRACT (IF APPLICABLE):**

☒ HOME (PAPER CONTRACT)          ☐ HOME (OVER THE PHONE)
☒ HOME (ELECTRONIC SIGNATURE     ☐ BUSINESS LOCATION
   CAREER LINK
☐ OTHER

**WHERE AND HOW DID YOU SIGN THE CONTRACT?**

☒ PLEASE CHECK IF YOU ARE OR HAVE EVER BEEN INVOLVED IN A LEGAL ACTION
   RELATED TO THIS COMPLAINT. IF SO, PLEASE SUMMARIZE IN TWO SENTENCES
   THE RESULT OF THE LEGAL ACTION.
   SEE ATTACHED DOCKMENTS ATTACHED.

**PLEASE EXPLAIN YOUR COMPLAINT:** Try to be brief, but be sure to tell WHAT happened, WHEN it happened and WHERE it happened. Be specific about any oral statements the business made to you, ESPECIALLY those that influenced you to deal with the company, including how you heard about the company. Describe events in the order in which they happened.

On 12/7/2020 I recieved document which stated from the ATTORNEY
GENERALS OFFICE which stated on DECEMBER 1st 2020 the courts gave
an ORDER that VISION PROPERTY LLC which is own by ALLEN INVESTMENT
are to contact all parties who rent, rent to own, live and/or  at
one of their property the tenant do not have to pay rent, attached are
verification that I since that date was sending them payment because
I was not told by them not to pay from that date, also ALLEN INVESTMENTS
who owns Vision Property force me to pay  their old water bills prior
to moving in property, also property was purchased by me and JESSICA
DITTER who I told the both exclude her from contract but they refused,
since that time I have been the only party pay. utilities, rent, sub-
ject to cases filed against me but not DITTER which placed me into
POVERTY and in depth not DITTER, they refused to take her name from
contract.

**WHAT WOULD YOU LIKE THE BUSINESS TO DO TO RESOLVE YOUR COMPLAINT?**

DAMAGES to be paid, all money returned from DECEMBER 1st, 20

to date, take JESSICA DITTERS NAME off contract, return all

money paid for all utilities paid from beginningg.

**HAVE YOU CONTACTED OTHER AGENCIES?** ☐ YES ☐ NO

**IF YES, AGENCIES CONTACTED AND ACTIONS THEY TOOK (IF KNOWN)**
Filed civil case no judgment received and contacted court,

ATTORNEY GENERAL OFFICE STRAW BERRY SQUARE.

---

**Optional Information**

**HOW DID YOU HEAR ABOUT US?**
Received document from Attorney Generals Office in mail on
12/7/2020 at 4:10 P.M.

**WHAT IS YOUR RACE OR ETHNICITY?**

☐ HISPANIC/LATINO                    ☐ ASIAN

☐ WHITE (NOT HISPANIC/LATINO)     ☐ NATIVE AMERICAN

☒ BLACK/AFRICAN AMERICAN (NOT HISPANIC/LATINO)     ☐ BIRACIAL

☐ NATIVE HAWAIIAN/PACIFIC ISLANDER     ☐ OTHER

## PLEASE READ CAREFULLY

The Attorney General cannot act as your private attorney. As a law enforcement agency, the primary function of the Office of Attorney General is to represent the public at large by enforcing laws prohibiting unfair or deceptive practices. The Attorney General, through the Bureau of Consumer Protection, provides a mediation service to consumers where an attempt may be made to mediate your individual consumer complaint if it falls within the jurisdiction of the office. Please be advised that the information you provide will be shared with the party against which you have filed a complaint. Additionally, your complaint may be shared with or referred to other governmental law enforcement or regulatory agencies. Your complaint will also be kept on file with our office and the information contained therein may be used to establish violations of Pennsylvania Law. Attached to this complaint form is an informational sheet which will help you in completion of the complaint form and also will explain in greater detail the mediation process. By signing below, I authorize the Bureau of Consumer Protection to contact the party(ies) against which I have filed a complaint in an effort to reach an amicable resolution. I further authorize the party(ies) against which I have filed a complaint to communicate with and provide information related to my complaint to the Bureau of Consumer Protection. I verify that I have read and understand the informational sheet about this process; and, that the information provided is true and correct to the best of my knowledge, information and belief.

_Charles A Simpson, Jr_      12/14/2020
**YOUR SIGNATURE**                       **DATE**

**Please include copies of all documents regarding your problem.
Be sure to send COPIES, not originals.**





COMMONWEALTH OF PENNSYLVANIA
**OFFICE OF ATTORNEY GENERAL**

BUREAU OF CONSUMER PROTECTION
1251 Waterfront Place, Mezzanine Level
Pittsburgh, Pennsylvania 15222
412-565-5134
January 6, 2021

Chalmers Simpson, Jr.
P.O. Box 5533
Harrisburg, PA  17110

Re:   Vision Property Management, LLC
BCP-20-05-028216

Dear Mr. Simpson:

Your complaint has been received by the Office of Attorney General("Office") and I have reviewed it. Please refer to your File Number BCP-20-05-028216 when corresponding with this office to help us keep accurate and up-to-date records.

If you have not done so already, please provide me with copies of documents that you believe are relevant and support the allegations in your complaint, including: emails, text messages, contracts, estimates, advertising, and other documents. Please do not send originals. The copies can be sent to my attention by email to lukmata@attorneygeneral.gov  or by U.S. Mail to the address noted above. Please include your File Number BCP-20-05-028216 with all future communications with our office. Also, let us know if your address changes.

As you may be aware, the Office has filed a legal action against Vision Property Management, LLC in Common Pleas Court in Allegheny County. We will keep you advised in writing of significant developments as the Commonwealth's legal action progresses; however, because of the ongoing legal action, we will not be mediating your complaint.

Our lawsuit seeks injunctive relief, civil penalties and restitution as authorized by law.

This office cannot act as a private attorney for an individual consumer, so you may wish to consult legal counsel as to your legal rights.

The Office appreciates concerned citizens such as yourself who alert us to this type of activity. Your interest in the protection of the public assists the Commonwealth in its fight against unfair and deceptive business practices.

On behalf of the Office of Attorney General, thank you for bringing this matter to our attention. If you have any questions or concerns, do not hesitate to contact me at the phone number and address listed above.

Very truly yours,

Laura J. Ukmata
Senior Agent
lukmata@attorneygeneral.gov

CHALMERS A. SIMPSON, JR.
P.O. BOX 5533
HARRISBURG, PA. 17110
717-317-4587

1) VISION PROPERTY MANAGEMENT &
2) ALAN INVESTMENTS III LLC

1) CODES 6706
P.O. BOX 488
COLUMBIA, SC. 29202 and

2) 61 Berry Hill Road
Ste. 200
COLUMBIA, SC. 29202

TO: Both owners of Vision Property Management:

On December 1st 2019 the courts ORDERED that you shall notify
TENANTS.

After December 1st 2019 when the order went into effect which
you did have information and understanding that you should have
given notice to CHALMERS A. SIMPSON, JR. that he should not send
you both any more money but you failed to contact me by letter
note, certified mail and/or phone calls giving the information
that I should not send your company any other payments but you
failed to contact me timely that this ORDER in Docket NO. GD-19-
014368 had been filed against you company.

I am requesting that you return all payments made from
CHALMERS A. SIMPSON, JR to VISION PROPERTY MANAGEMENT EMMEDIATL
no later than FRIDAY this week, the date of 12/15/2020.

Forward all money to:

CHALMERS A. SIMPSON, JR.
P.O. BOX 5533
HARRISBURG, PA. 17110

ADDRESS CHECK: CHALMERS A. SIMPSON, JR.
501 Maclay Street
Apt 9
HARRISBURG, PA. 17110

CHALMERS A. SIMPSON, JR.

DATED: 12/14/2020

## PROOF OF VERIFICATION OF SERVICE

I, Chalmers A. Simpson, Jr. do hereby and verify that any statements made herein are true and correct to the best of my ability, information and belief; and that any false statements made herein are made subject to the penalties of section 18 Pa. C. S. pursuant to the crimes codes of 4904 related to unsworn falsification to authorities.

Dated: 12/18/20

CHALMERS A. SIMPSON, JR.

## PROOF OF CERTIFICATION OF SERVICE

I, Chalmers A. Simpson, Jr. do hereby and verify that a true and correct copy has been served to:

1. Alan Investment III LLC

   61 Berry Hill, Road

   Ste. 200

   Columbia, SC. 29210

2. Attorney at Law
   Richard A. Squire, Esq.
   Bradley L. Osborne, Esq
   One Jenkintown Station, Suite 104
   115 West Avenue
   Jenkintown, Pa. 19046

Dated: 12/18/20

CHALMERS A. SIMPSON, JR.

P.O. Box 5593

Harrisburg, Pa. 17110

717-317-4587/717-571-3841

Received
12/7/20
4:10 p.m.



COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL

**JOSH SHAPIRO**
**ATTORNEY GENERAL**

December 3, 2020

Chalmers Simpson
Jessica Ditter
(or Current Resident)
636 Curtin Street
Harrisburg, PA  17110

Re:    *Commonwealth of Pennsylvania v. Vision Property Management LLC et. al.*
       <u>GD-19-014368</u>

Dear Consumer:

I am writing with information about the above referenced case – which affects your home that is subject to a Lease with Option to Purchase or Agreement for Deed, mortgage or similar contract with Vision Property Management or one of the many different affiliated companies that it uses to own and lease homes ("Defendants").

You may be aware that the Commonwealth of Pennsylvania filed a lawsuit in October, 2019, against Defendants.  The lawsuit claims that Defendants violated Pennsylvania law in their transactions with consumers, and seeks injunctive relief, restitution for consumers, civil penalties and costs.

The purpose of this letter is to reach out to all consumers who are currently living in homes owned by Defendants, to share some important information, as follows:

1.    *The Court Has Ordered a Temporary Halt to Your Obligation to Pay.*  On December 1, 2020, the Court entered an order stating that no consumers living in any homes owned by any Defendants in Pennsylvania, whether under a Lease with Option to Purchase or Agreement for Deed, mortgage or, similar contract with Defendants should pay any amounts due under any such contract until further order of the Court.  The Court found Defendants in contempt in the above-referenced case, and ordered them to stop collecting payments under such contracts until further order of the Court.  A copy of the order is attached.  Therefore, you should stop paying Defendants; this is a temporary order and we will notify you if this changes.  The Court also ordered that the failure to pay by consumers pursuant to the order shall not be considered, treated or reported as a default of such contracts for any purpose whatsoever.  If you made any payment to Defendants after December 1 that has not been returned, please let us know.

2.    *Local Property Tax Issues.*  It has come to our attention in recent weeks that Defendants might not be paying all local property tax that is due with respect to the homes they own in Pennsylvania, and in some instances this has resulted in homes being put on tax sale lists or even being sold at an upset or judicial tax sale.

Please get in touch with us immediately if you receive any sort of notice concerning taxes on your home or if a tax sale of your home has occurred or is scheduled to occur.  We will try to remedy the situation if

December 3, 2020
Page 2

we hear from you, but it is often difficult to reverse tax sales once they have occurred.

In some instances consumers may choose to pay taxes to avoid a sale of their homes; each situation requires a case-by-case analysis but most important is that you not ignore any tax notice that you receive regarding your home.   Please get in touch with us if you receive any sort of tax notice, and we will try to obtain more information to help you make a decision regarding the best action to take.

3.    *The Court's Existing Injunction.*  Since January 2020, an order has been in place prohibiting Defendants from removing any consumer from their home or from engaging in any legal action against consumers whatsoever.  The Court has also prohibited Defendants from entering into any new contracts or modifying existing contracts, or from selling any homes or assets (with certain limited exceptions for homes that have been vacant for a very long time).  This order will be in place until at least two days after the Court holds a hearing, currently scheduled for February 10, 2021, and it might be further extended.

If any Defendant or other person seeks to modify or cancel your lease contract or Agreement for Deed, or to sell your home, or threatens to sue you, please let us know right away.

4.    *Please Keep Our Office Informed.*  If you have not filed a formal complaint with our office, we would appreciate if you would do so as soon as possible.  By filing a complaint with our office, we will be able to better understand your individual situation, and keep in touch with you.  A complaint can be filed online or in paper format.  Here is the link to file a complaint online: https://www.attorneygeneral.gov/submit-a-complaint/consumer-complaint/, and a hard copy form is also included if you would prefer to complete it by hand and mail it back to us.  Let us know if any of your contact information like a cellphone number changes.

*          *          *

Through filing this lawsuit as lawyers for the Commonwealth of Pennsylvania, we are trying our best to find a workable path forward for you to stay in your home and eventually own it.   We cannot be sure of what this will look like, or whether or not we will be successful.  However, we are making every effort to accomplish this goal, as well as to obtain some recovery for consumers who were treated unfairly by Vision but who were not able to stay in their homes.

Please contact me (email and phone number below), Senior Agent Laura Ukmata at lukmata@attorneygeneral.gov or (412) 565-5710, or Deputy Attorney General Francesca Iovino at fiovino@attorneygeneral.gov or (412) 592-7346 if you have any questions or information to provide.

Sincerely,

/s/ Susan Apel

Susan Apel
Senior Deputy Attorney General
Office of Attorney General, Bureau of Consumer
1251 Waterfront Place
Pittsburgh, PA 15222
(412) 565-2578
sapel@attorneygeneral.gov

2

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA :
by Attorney General JOSH SHAPIRO :
                                      :
              Plaintiff               :       Case No. GD-19-014368
                                      :
        v.                            :       CIVIL ACTION
                                      :
                                      :       Code: 020-EQUITY
                                      :
VISION PROPERTY MANAGEMENT, LLC, :
VPM HOLDINGS, LLC
ALEX SZKARADEK,
ANTONI SZKARADEK, ACM VISION V, LLC,
ACP 1, LLC, ACP 3, LLC,
Alan Investments III, LLC, ALCA, LLC
Archway Community Properties I, LLC,   :
Archway Community Properties II, LLC,  :
Archway Community Properties III, LLC, :
Archway Community Properties IV, LLC,  :
Avalanche Holdings Company, LLC,       :
AXIS, LLC, BAT Holdings Eight, LLC,    :
BAT Holdings One, LLC, BAT Holdings, LLC, :
BAT Holdings Two, LLC,                 :
BAT Holdings Six, LLC,                 :
BAT Holdings Nine, LLC,                :
Boom SC, LLC, DS NEW, LLC,             :
DSV SPV 1, LLC, DSV SPV 2, LLC,        :
Jolek, LLC, Kaja Holdings 2, LLC,      :
DSV SPV 3, LLC,                        :
Kaja Holdings, LLC, M16S, LP, M17S, LP, :
Mom Haven 14, LP,                      :
National Housing Partners, LLC,        :
Newbridge Capital Funding LLC,         :
One Pine VIII, LLC, PF 1, LLC,         :
PA SEVEN, LLC, Panda, LLC,             :
Pansy, LLC, PENNA, LLC, REO Rancho, LP, :
RV Holdings Seven, LLC, RV Holdings Two, :
LLC, RV Holdings Four, LLC,
RV Holdings Eight, LLC,                :
RV Holdings Three, LLC,                :
RV Holdings Eleven LLC, RVFM 1, LLC,   :

15

RVFM 11 Series, LLC, RVFM 12, LLC,             :
RVFM 13 Series, LLC, RVFM 2, LLC,              :
RVFM 3, LLC, RVFM 4 Series, LLC,               :
RVFM 5, LLC, RVFM 6, LLC,                      :
RVFM 8, LLC, SP 1, LLC,                        :
VPM Realty, LLC

          **Defendants**      :

## ORDER OF COURT

AND NOW, this __1____ day of __December____, 2020, the Court, upon

consideration of the Commonwealth's *Petition for Contempt of Injunctive Order of Court*, it

is hereby **Ordered, Adjudged, and Decreed** that:

1. Defendants are in contempt of the October 28 Order of this Court, because
   Defendants have not made the payments into the Escrow (as defined in and required
   by the October 28 Order) required to be paid on November 4, 2020, and November
   15, 2020;

2. No consumers living in any homes owned by any Defendants in Pennsylvania,
   pursuant to any Lease with Option to Purchase or Agreement for Deed, mortgage, or
   similar contract with any Defendant, should pay any amounts due under any such
   contract, until further order of this Court;

3. Defendants shall not collect any payments under any contract referenced in
   Paragraph #2 above and shall immediately transfer to the Escrow any amounts
   received from consumers pursuant to such contracts after the date hereof, until further
   order of this Court;

4. The orders set forth in Paragraphs #2 and #3 above shall continue until the Court finds that Defendants have returned to compliance with the October 28 Order (by depositing into the Escrow all amounts that are overdue and unpaid under the October 28 Order), thereafter timely paid at least three consecutive payments required by the October 28 Order to be paid into the Escrow, and are in full compliance with all other obligations under the October 28 Order;

5. Defendants shall file a Motion with the Court when Defendants are in full compliance with the conditions of Paragraph #4 above, at which time the Court will schedule a hearing at which the Court will, if compliance has been achieved, again permit Defendants to collect payments from consumers under the contracts referenced in Paragraph #2 above;

6. The Commonwealth and Defendants shall notify consumers as soon as reasonably practicable that such consumers should stop making payments pursuant to Defendants' Consumer Contracts, until further order of this Court (provided that any such notification by Defendants to consumers should be approved in advance by the Commonwealth);

7. All amounts unpaid under the contracts referenced in Paragraph #2 above shall be held in abeyance until further ordered by this Court, and such failure to pay by consumers pursuant to this order of Court shall not be considered, treated, or reported (to credit reporting agencies, or otherwise) as a default of such contracts for any purpose whatsoever;

8. Defendants are also in contempt of the October 28 Order, because Defendants have not filed the Affidavits required by the October 28 Order;

9.  Defendants are hereby ordered to file the Affidavits required by the October 28 Order within five (5) days of the date hereof; and

10. Defendants shall immediately comply with the provisions of the October 28 Order, including by placing into the Escrow all overdue and unpaid amounts required to be placed into Escrow within five (5) days of the date hereof, and like amounts on the 4th and 15th of every month thereafter, as required by the October 28 Order.

BY THE COURT:

*Christine Ward*, J.



RECEIVED
1/12/21
Sent
2/5/21

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL

BUREAU OF CONSUMER PROTECTION
1251 Waterfront Place, Mezzanine Level
Pittsburgh, Pennsylvania 15222
412-565-5134
January 6, 2021

Chalmers Simpson, Jr.
P.O. Box 5533
Harrisburg, PA 17110

Re:    Vision Property Management, LLC
       BCP-20-05-028216

Dear Mr. Simpson:

Your complaint has been received by the Office of Attorney General ("Office") and I have reviewed it. Please refer to your File Number BCP-20-05-028216 when corresponding with this office to help us keep accurate and up-to-date records.

If you have not done so already, please provide me with copies of documents that you believe are relevant and support the allegations in your complaint, including: emails, text messages, contracts, estimates, advertising, and other documents.  Please do not send originals.  The copies can be sent to my attention by email to lukmata@attorneygeneral.gov  or by U.S. Mail to the address noted above.  Please include your File Number BCP-20-05-028216 with all future communications with our office. Also, let us know if your address changes.

As you may be aware, the Office has filed a legal action against Vision Property Management, LLC in Common Pleas Court in Allegheny County.  We will keep you advised in writing of significant developments as the Commonwealth's legal action progresses; however, because of the ongoing legal action, we will not be mediating your complaint.

Our lawsuit seeks injunctive relief, civil penalties and restitution as authorized by law.

This office cannot act as a private attorney for an individual consumer, so you may wish to consult legal counsel as to your legal rights.

The Office appreciates concerned citizens such as yourself who alert us to this type of activity.  Your interest in the protection of the public assists the Commonwealth in its fight against unfair and deceptive business practices.

On behalf of the Office of Attorney General, thank you for bringing this matter to our attention.  If you have any questions or concerns, do not hesitate to contact me at the phone number and address listed above.

Very truly yours,

Laura J. Ukmata
Senior Agent
lukmata@attorneygeneral.gov

CHALMERS A. SIMPSON, JR.
P.O. BOX 5533
HARRISBURG, PA. 17110
717-317-4587

1) VISION PROPERTY MANAGEMENT &
2) ALAN INVESTMENTS III LLC
1) CODES 6706
P.O. BOX 488
COLUMBIA, SC. 29202 and

2) 61 Berry Hill Road
Ste. 200
COLUMBIA, SC. 29202

TO: Both owners of Vision Property Management:

On December 1st 2019 the courts ORDERED that you shall notify TENANTS.

After December 1st 2019 when the order went into effect which you did have information and understanding that you should have given notice to CHALMERS A. SIMPSON, JR. that he should not send you both any more money but you failed to contact me by letter note, certified mail and/or phone calls giving the information that I should not send your company any other payments but you failed to contact me timely that this ORDER in Docket NO. GD-19-014368 had been filed against you company.

I am requesting that you return all payments made from CHALMERS A. SIMPSON, JR to VISION PROPERTY MANAGEMENT IMMEDIATLY no later than FRIDAY this week, the date of 12/15/2020.

Forward all money to:

CHALMERS A. SIMPSON, JR.
P.O. BOX 5533
HARRISBURG, PA. 17110

ADDRESS CHECK: CHALMERS A. SIMPSON, JR.
501 Maclay Street
Apt 9
HARRISBURG, PA. 17110

DATED: 2/5/21

## PROOF OF VERIFICATION OF SERVICE

I, Chalmers A. Simpson, Jr. do hereby and verify that any statements made herein are true and correct to the best of my ability, information and belief; and that any false statements made herein are made subject to the penalties of section 18 Pa. C. S. pursuant to the crimes codes of 4504 related to unsworn falsification to authorities.

Dated: 2/5/21

CHALMERS A. SIMPSON, JR.

## PROOF OF CERTIFICATION OF SERVICE

I, Chalmers A. Simpson, Jr. do hereby and verify that a true and correct copy has been served to:

1. Alan Investment III LLC

   61 Berry Hill, Road

   Ste. 200

   Columbia, SC. 29210

2. Attorney at Law
   Richard A. Squire, Esq.
   Bradley J. Osborne, Esq
   One Jenkintown Station, Suite 104
   115 West Avenue
   Jenkintown, Pa. 19046

Dated: 2/5/21

CHALMERS A. SIMPSON, JR.

P.O. Box 5533

Harrisburg, Pa. 17110

717-317-4587/717-571-3941





COMMONWEALTH OF PENNSYLVANIA
## OFFICE OF ATTORNEY GENERAL

**JOSH SHAPIRO**
ATTORNEY GENERAL

March 31, 2021

Chalmers Simpson
Jessica Ditter
P.O. Box 5533
Harrisburg, PA 17110

Re: *Commonwealth of Pennsylvania v. Vision Property Management LLC et. al.*
   <u>GD-19-014368</u>

Dear Consumer:

I am writing with an update on the above referenced case – which affects your home that is subject to a
Lease with Option to Purchase or Agreement for Deed, mortgage or similar contract with Vision Property
Management or one of the many different affiliated companies that it uses to own and lease homes
("Defendants").

In the letter that you received from our office dated December 3, 2020, I explained that the
Commonwealth of Pennsylvania, Office of Attorney General filed a lawsuit in October, 2019 against the
Defendants. The lawsuit claims that Defendants violated Pennsylvania law in their transactions with
consumers, and seeks injunctive relief, restitution for consumers as permitted by law, civil penalties and
costs.

On March 11, 2021, the Court entered another Order in this case (which is attached). Key points from
that Order, as well as a few other important updates, are set forth below:

1.   *The Court-Ordered Halt of Your Obligation to Pay Continues.*   On December 1, 2020, the Court
entered an Order (that was attached to my December 3 letter) stating that no consumers living in any
homes owned by any Defendants in Pennsylvania, whether under a Lease with Option to Purchase or
Agreement for Deed, mortgage or similar contract with Defendants should pay any amounts due under
any such contract until further order of the Court. The Court also ordered that the failure to pay by
consumers pursuant to the Order shall not be considered, treated or reported as a default of such contracts
for any purpose whatsoever. In the March 11, 2021 Order, the Court affirmed that the halt on collection
of consumer payments remains in effect.

2.   *When Payments Resume, You Will Only Have to Pay the Current Month's Rent, Not Amounts That
Were Not Paid Because of the Court's December 1 Order.*   In the March 11 Order, the Court also found
that when and if the Court orders collections to resume in the future, consumers will <u>not</u> be required to
pay a lump sum amount to "make up" the payments that were not collected under the December 1 Order.
Instead, those amounts will be added on to the end of your term.

March 31, 2021
Page Two

We will provide written notice when the Court orders that payments should resume, which could happen within the next several months.

3. _Letter Regarding Payments to Statebridge Company._ Many consumers received a notice from Defendants/U.S. Home Rentals in early March telling them that their payments will, after March 15, be collected by Statebridge Company of Greenwood Village, Colorado. This letter should **not** have been sent to Pennsylvania consumers because at the present time, Defendants are not permitted to be collecting money from Pennsylvania consumers. We will notify you when payments are to resume, and that notification will specify where payments should be made.

4. _Local Property Tax Issues._ We continue to work on the issue of outstanding and unpaid property taxes. Most Pennsylvania homes owned by Defendants have outstanding 2019, 2020 and 2021 property taxes.

Please get in touch with us immediately if you receive any sort of notice concerning taxes on your home or if a tax sale of your home has occurred or is scheduled to occur. We will try to remedy the situation if we hear from you, but it is often difficult to reverse tax sales once they have occurred.

In some instances consumers may choose to pay taxes to avoid a sale of their homes; each situation requires a case-by-case analysis but most important is that you not ignore any tax notice that you receive regarding your home. Please get in touch with us if you receive any sort of tax notice, and we will try to obtain more information to help you make a decision regarding the best action to take.

5. _The Court's Existing Injunction Has Been Continued._ Since January 2020, an Order has been in place prohibiting Defendants from engaging in any legal action against consumers whatsoever. The Court has also prohibited Defendants from entering into any new contracts or modifying existing contracts, or from putting liens on, or selling any homes (with certain limited exceptions for homes that have been vacant for a very long time). This Order was extended by the Court on February 10, 2021, and at that time the Court scheduled a hearing for June 15, 2021 at which time it might be further extended. If you are aware of any instance where Defendants have not complied with these rules, or if any Defendant threatens to sue you, please let us know right away.

6. _Defendants Violated the Injunction by Putting Mortgages on Some Homes._ In January, we learned that Defendants had violated the Order described in #5 above by causing a lender, DLP Lending Fund LLC, to put mortgages on 90 homes in Pennsylvania. DLP Lending Fund LLC immediately agreed to release all such mortgages after we informed them that the mortgages violate the Order described in #5 above. If for any reason you believe that a mortgage has been placed on your home that has not been released, please let us know right away.

7. _Please Keep Our Office Informed._ If you have not filed a formal complaint with our office, we would appreciate if you would do so as soon as possible. By filing a complaint with our office, we will be able to better understand your individual situation, and keep in touch with you. A complaint can be filed online or in paper format. Here is the link to file a complaint online: https://www.attorneygeneral.gov/submit-a-complaint/consumer-complaint/, and a hard copy form is also included if you would prefer to complete it by hand and mail it back to us. Let us know if any of your contact information like a cellphone number changes.

\*        \*        \*

2

March 31, 2021
Page Three

Through filing this lawsuit as lawyers for the Commonwealth of Pennsylvania, Office of Attorney General we are trying our best to find a workable path forward for you and other similarly situated consumers to stay in your home and eventually own it.   We cannot be sure of what this will look like, or whether or not we will be successful.  However, we are making every effort to accomplish this goal, as well as to obtain some recovery for consumers who were treated unfairly by Vision but who were not able to stay in their homes.

Please contact me (email and phone number below), Senior Agent Laura Ukmata at lukmata@attorneygeneral.gov or (412) 565-5710, or Deputy Attorney General Francesca Iovino at fiovino@attorneygeneral.gov or (412) 592-7346 if you have any questions or information to provide.

Sincerely,

/s/ Susan Apel

Susan Apel
Senior Deputy Attorney General
Office of Attorney General, Bureau of Consumer
1251 Waterfront Place
Pittsburgh, PA 15222
(412) 565-2578
sapel@attorneygeneral.gov

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA:       **CIVIL ACTION**
by Attorney General JOSH SHAPIRO,

        Plaintiff,                Case No. GD-19-014368

     **v.**                   CODE 020--EQUITY

VISION PROPERTY MANAGEMENT, LLC,
VPM HOLDINGS, LLC,
ALEX SZKARADEK,
ANTONI SZKARADEK, ACM Vision V, LLC,:
ACP 1, LLC, ACP 3, LLC,
Alan Investments III, LLC, ALCA, LLC,
Archway Community Properties I, LLC,
Archway Community Properties II, LLC,
Archway Community Properties III, LLC,
Archway Community Properties IV, LLC,
Avalanche Holdings Company, LLC,
AXIS, LLC, BAT Holdings Eight, LLC,
BAT Holdings One, LLC, BAT Holdings, LLC,:
BAT Holdings Two, LLC,
BAT Holdings Six, LLC,
BAT Holdings Nine, LLC,
Boom SC, LLC, DS NEW, LLC,
DSV SPV 1, LLC, DSV SPV 2, LLC,
Jolek, LLC, Kaja Holdings 2, LLC,
DSV SPV 3, LLC
Kaja Holdings, LLC, M16S, LP, M17S, LP,
Mom Haven 14, LP,
National Housing Partners, LLC,
Newbridge Capital Funding LLC,
One Pine VIII, LLC, PF 1, LLC,
PA SEVEN, LLC, Panda, LLC,
Pansy, LLC, PENNA, LLC, REO Rancho, LP,:
RV Holdings Seven, LLC, RV Holdings Two,
LLC, RV Holdings Four, LLC,
RV Holdings Eight, LLC,
RV Holdings Three, LLC,
RV Holdings Eleven LLC, RVFM 1, LLC,
RVFM 11 Series, LLC, RVFM 12, LLC,
RVFM 13 Series, LLC, RVFM 2, LLC,
RVFM 3, LLC, RVFM 4 Series, LLC,
RVFM 5, LLC, RVFM 6, LLC,

RVFM 8, LLC, SP 1, LLC,
VPM Realty, LLC,

      Defendants.

## ORDER OF COURT

AND NOW, this 11<u>th</u> day of March, 2021, after consideration of the PETITION FOR

CONTEMPT AND APPOINTMENT OF RECEIVER FOR PENNSYLVANIA HOMES, filed

by the Commonwealth, and the Consent Motion regarding such Petition filed by the

Commonwealth and Counsel for Certain Defendants, it is hereby ORDERED, DECREED, AND

ADJUDGED that:

1. This Order of Court refers to prior Orders entered by the Court in this case by the date of

   such Orders.  Existing injunctive orders are dated January 7, 2020, January 15, 2020,

   February 18, 2-2-, October 28, 2020, December 1, 2020, and February 10, 2021

   (collectively, the "Injunctive Orders").  The February 18, 2020 Order incorporates the

   prior Orders, and the October 28, 2020 Order and the February 10, 2021 Order continue

   the February 18 Order.

2. Defendants are in violation of the February 18, 2020 Injunctive Order (as continued by

   the October 28, 2020 and February 10, 2021 Orders), because Defendants have not made

   the payments into Escrow (as defined in the Injunctive Orders) totaling $60,000 per

   month required by such Orders.   In particular, Defendants collected payments from

   Pennsylvania consumers in November, 2020, but failed to put the $60,000 required to be

   placed in Escrow (as defined in the Injunctive Orders).

3. Defendants are in violation of the February 18, 2020 Order (as continued by the October

   28 Order and February 10, 2021 Order), because Defendants have encumbered and

   transferred real property in spite of the fact that all encumbrances and transfers of

Pennsylvania real property are prohibited by such Order. In particular, Defendants caused DLP Lending Fund LLC to place mortgages on approximately 90 homes in Pennsylvania owned by defendants, in violation of such Orders. Furthermore, Defendants transferred at least 12 Pennsylvania properties from one Defendant to another in violation of the Injunctive Orders.

4. Defendants are in violation of the February 18, 2020 Order (as continued by the October 28, 2020 Order and February 10, 2021 Order) because Defendants have not notified the Commonwealth of tax foreclosure sales as required by those orders, and because Defendants have not paid real property taxes (i.e., county, school, and/or municipal) when due as required by the October 28, 2020 Order. In particular, Defendants have not paid real property tax due in 2018 on at least 50 Pennsylvania homes, real property tax due in 2019 on at least 177 homes, or real property tax due in 2020 on virtually any homes in Pennsylvania, even though required to do so pursuant to the terms of "Lease with Option to Purchase," "Agreement for Deed" land installment contracts, mortgages, and similar agreements with Pennsylvania consumers ("Consumer Contracts") and the October 28, 2020 Order (as continued by the February 10, 2021 Order).

5. Defendants have retained LERETA Tax & Flood Services, a third-party tax certification service to complete and provide current tax certifications within 30-45 days hereof. All certifications and information received from such third-party will be provided to the Commonwealth within 5 business days of receipt by Defendants. Additionally, Defendants shall provide all other data in their possession showing the details and amounts of real property taxes outstanding relating to homes owned by Defendants in Pennsylvania within 5 business days hereof.

6. Defendants are in violation of the February 18, 2020 Order (as continued by the October 28, 2020 Order and February 10, 2021 Order) for failure to provide financial information to the Commonwealth as required by Section (C)(5) of the February 18 Order, and Defendants shall rectify such failure by providing all reports required by Section (C)(5) of the February 18 Order to the Commonwealth by March 31, 2021.

7. Defendants are in violation of the October 28, 2020 Order and the December 1, 2020 Order, because Defendants have not filed the Affidavits required by the October 28, 2020 Order and the December 1, 2020 Order. Defendants shall file such Affidavits within ten days of the date of this Order (qualified as necessary to make all statements therein accurate).

8. The Plaintiff and Defendants stipulate to mediation to facilitate settlement communications between the parties with the objective to reach a global resolution of the matter, on such terms as they mutually agree ("Mediation"), provided that Plaintiff is not required to pay for such Mediation. There shall be no stay of the litigation during the pendency of the Mediation.

9. The hearing on Petition for Appointment of a Receiver filed by the Commonwealth on January 14, 2021 shall be continued until such time as Defendants shall file a Motion with the Court to resume collecting consumer payments under Consumer Contracts (other than any Consent Motion referenced in Paragraph 12 below), and shall be considered by the Court in conjunction with any such Motion to resume collecting consumer payments. Plaintiff may at its discretion move the Court to schedule a hearing on the Petition for Appointment of a Receiver at any future time that Plaintiff deems such appointment to be prudent.

10. Many Pennsylvania consumers recently received a communication from Defendants that Statebridge Company of Greenwood Village, Colorado has been substituted to collect consumer lease payments on behalf of certain Defendants, notwithstanding that Defendants are currently prohibited from collecting from Pennsylvania consumers pursuant to the December 1, 2020 Order.  Within 5 days of the date hereof, Defendants shall notify all Pennsylvania consumers (after providing a copy of the proposed notification to the Commonwealth for comment) that such notification regarding Statebridge Company does not apply to Pennsylvania consumers until and unless the Attorney General's Office notifies them that an order has been entered by the Court requiring Pennsylvania consumers to again commence payments under Consumer Contracts.

11. Defendants have not been collecting payments under the Consumer Contracts since December 1, 2020, because such collections are prohibited under the Court's December 1, 2020 Order, and such December 1, 2020 Order remains in effect.  When and if the Court orders collections to resume in the future, no consumer shall be required to pay any of these amounts that have not been collected in a lump sum.  Instead, the term of all Consumer Contracts that are subject to the Court's December 1, 2020 Order shall be extended by a period of time equal to the period of time that the moratorium that is the subject of the Court's December 1, 2020 Order is in effect, and all payments that were not made under Consumer Contracts as a result of the Court's December 1, 2020 Order shall be made on a monthly basis during such extended term (in lieu of other rent or payments).  Consumers shall not be required to pay a lump sum amount to "make up" the payments that were not collected under the December 1 Order.

12. The parties agree to work together to draft and present a Consent Motion to the Court to modify the December 1, 2020 Order to resume consumer payments under a mutually agreeable arrangement whereby payments will be made directly by consumers into Escrow or other mutually acceptable repository.

13. Defendants shall, as of and after the date hereof, provide a copy of all communications (regarding any subject matter whatsoever, and regardless of the medium of delivery) to or with any Pennsylvania consumer by Defendants or their agents relating to the Consumer Contracts to the Commonwealth's undersigned attorney.   Such copy will be delivered simultaneous with delivery of such communications to Pennsylvania consumers.

14. Defendants shall respond to the Commonwealth's First Set of Interrogatories and Document Requests served on Defendants on April 21, 2020, without objection, on or before April 15, 2021.

15. This Order shall be without prejudice to any party's right to ask the Court to enforce any provision of any Injunctive Order or any other order of the Court at any time (provided that Plaintiff may not ask the Court to enforce any provision that is specifically addressed in this Order before giving Defendants the time allotted herein to correct the existing violation of such provision).


BY THE COURT,


_Christine Ward_____ J

Christine A. Ward

Attorney General

**UNITED STATES**
**POSTAL SERVICE**

4/3/21

UPTOWN
2347 N 7TH ST
HARRISBURG, PA 17110-9998
(800)275-8777

7/2021                                        04

-------------------------------------------

uct                    Qty    Unit
                              Price

-------------------------------------------

t-Class Mail@     1
e Envelope
   Jenkintown, PA 19046
   Weight: 0 lb 5.00 oz
   Estimated Delivery Date
      Sat 04/10/2021

First-Class Mail@   1              $1.80
Large Envelope
   Columbia, SC 29202
   Weight: 0 lb 4.80 oz
   Estimated Delivery Date
      Mon 04/12/2021

   -Class Mail@     1              $1.8
   Envelope
   :olumbia, SC 29202
   Weight: 0 lb 4.70 oz
   Estimated Delivery Date
      Mon 04/12/2021

-------------------------------------------
d Total:                           $5
-------------------------------------------
                                   $
go                                 -$
-------------------------------------------


***********************************
'S is experiencing unprecedented vo
   increases and limited employee
   availability due to the impacts c
XOVID-19. We appreciate your patier
***********************************

         Preview your Mail
         Track your Packages
         Sign up for FREE @
   https://informeddelivery.usps.com

Earn rewards on your business accour
   purchases of Priority Mail labels
   with the USPS Loyalty program by
      using Click and Ship. Visit
   www.usps.com/smallbizloyalty
            for more info.

   NOW HIRING - JOIN OUR TEAM!
   $15.00 to $18.62 per hour
         depending on position
APPLY ONLINE at www.usps.com/career
         Use Keyword Search
   "Type City of Interest within PA"

All sales final on stamps and postag
Refunds for guaranteed services only
      Thank you for your business.

   Tell us about your experience.
 to: https://postalexperience.com/Po
   scan this code with your mobile devi



**Filed on**
**HJ 3/21**

# Consumer Complaint Form
### Attorney General Josh Shapiro

Bureau of Consumer Protection
1251 Waterfront Place,
Mezzanine Level
Pittsburgh, PA 15222

1-800-441-2555 – PA ONLY
1-717-787-9707

consumers@attorneygeneral.gov
www.attorneygeneral.gov

☐ Please check if you or an immediate family member is a member of the military or a veteran.

☒ Please check if you are age 60 or older.

## Your information
Fields marked with (*) are required CHALMERS A SIMPSON, JR

CHALMERS A SIMPSON, JR
**NAME***

PO BOX 5533
**STREET ADDRESS***

HARRISBURG, PA 17110
**CITY***                                    **STATE***

17110                                    DAUPHIN
**5-DIGIT ZIP CODE***              **COUNTY***

717-317-4587                     717-571-3841
**BEST PHONE NUMBER***        **ALTERNATIVE PHONE NUMBER**

NONE                                              65
**EMAIL** By providing your email address, you agree to receive email    **AGE**
communications from the Pennsylvania Office of Attorney General.

## Complaint information
Fields marked with (*) are required.

VISION PROPERTY MANAGEMENT/ALAN INVESTMENTS III LLC
**BUSINESS NAME***

WALTER ROESCH/KELLY LLOYD/JASON ALLEN OF ALAN INVEST, III
**PERSON TO WHOM YOU SPOKE**

PO BOX 488/    61 BERRY HILL ROAD STE 200
**BUSINESS ADDRESS**

COLUBIA, SC 29202/    COLOMBIA, SC  29202
**CITY***                                    **STATE**

1-888-466-7932/        1-443-919-7700
**5-DIGIT ZIP CODE**                **BUSINESS PHONE NUMBER**

RENT TO OWN HOME AT 636 CURTIN STREET HARRISBURG, PA 17110
PRODUCT OR SERVICE PURCHASED

10/22/2016                                    UNKNOWN
DATE PURCHASED                               PURCHASED PRICE

FORM OF PAYMENT:

                                              MONEY ORDERS
[ ] CREDIT CARD   [ ] ATM/DEBIT CARD   [ ] PREPAID CARD [X] OTHER

WHERE AND HOW DID YOU SIGN THE CONTRACT (IF APPLICABLE):

[X] HOME (PAPER CONTRACT)          [X] HOME (OVER THE PHONE)
[X] HOME (ELECTRONIC SIGNATURE)    [ ] BUSINESS LOCATION
[X] OTHER  CAREER LINK FAX DOCUMENTS
          WHERE AND HOW DID YOU SIGN THE CONTRACT?

[X] PLEASE CHECK IF YOU ARE OR HAVE EVER BEEN INVOLVED IN A LEGAL ACTION
    RELATED TO THIS COMPLAINT. IF SO, PLEASE SUMMARIZE IN TWO SENTENCES
    THE RESULT OF THE LEGAL ACTION.

    SEE ATTACHED DOCUMENTS

PLEASE EXPLAIN YOUR COMPLAINT: Try to be brief, but be sure to tell WHAT happened, WHEN it happened and
WHERE it happened. Be specific about any oral statements the business made to you, ESPECIALLY those that influenced you
to deal with the company, including how you heard about the company. Describe events in the order in which they happened.

On 1/12/21 DOCUMENTS attached was  received from LAURA J UKMATA

SENIOR AGENT, on 2/5/21 I sent copies attached to the defendants

through certified mail attached is verification of documents sent

dated for 2/5/21, since than know reply has been given for the

money paid to them to be returned, again on 12/7/20 at 4:10 pm

was received from SUSAN APEL SENIOR DEPUTY ATTORNEY GENERAL, on

2/10/21 sent copy to VISION PROPERTY MANAGEMENT AND ON 2/9/21  I

sent copy to ATTORNEY FOR VISION PROPERTY MANAGEMENT, on 12/14/20

sent letter requesting payments to be returned, see attached, no

reply has been given, signed certified mail will verify that defe

ndants did receive all information, on 1/15/21 contacted TRASH

COMPANY for verification that ALAN INVESTMENTS OWNS VISION and

is part of company which refused to return money, see UTILITY

ACCOUNT ACTIVITY ATTACHED:

...... WOULD YOU LIKE THE BUSINESS TO DO TO RESOLVE YOUR COMPLAINT?

DAMAGES TO BE PAID FOR VIOLATION OF CONTRACT, CONTRACT

was issued in two names, VISION PROPERTY REFUSED TO TAKE

JESSICA DITTERS NAME FROM CONTRACT, DEFENDANT ALLOWED ME TO
BE ONLY PARTY MAKE PAYMENTS, WHEN BOTH PARTYS ARE RESPONSIBLE
FOR EVERY BILL, JESSICA NEVER LIVED AT PROPERTY, SHE LEFT TOW

HAVE YOU CONTACTED OTHER AGENCIES? [X] YES   [ ] NO

IF YES, AGENCIES CONTACTED AND ACTIONS THEY TOOK (IF KNOWN)

REQUESTED NAME JESSICA DITTERS NAME TAKEN OFF CONTRACT THEY HA
HAVE REFUSED, CONTRACT CONSISTED OF TWO NAMES, I WAS LEFT PAYING
ALL BILLS AT PROPERTY, WATER, TRASH, PPL, UGI, FIXED ANY ALL OF

DAMAGES AT PROPERTY AS CONTRACT STATED, BUT BOTH PARTYS ON CON.. .
TRACT WAS RESPONSIBLE FOR BILLS AND DAMAGES AT PROPERTY WHICH
DID PLACE ME IN PROVERTY BECAUSE I WAS ONLY PARTY FIX THINGS AND
PAYED RENTAL PAYMENT, FILED COMPLAINTS, CONTACTED COURTS, CONTACT
ATTORNEY GENERALS OFFICE STRAW BERRY SQUARE:

Optional Information

HOW DID YOU HEAR ABOUT US?

RECEIVED DOCUMENTS FROM ATTORNEY GENERALS OFFICE IN MAIL ON 12/7/
2020 AT 4:10 PM and 4/2/2021 AND FILED SECOND COMPLAINT 4/3/2021

WHAT IS YOUR RACE OR ETHNICITY?

[ ] HISPANIC/LATINO
[ ] WHITE (NOT HISPANIC/LATINO)
[X] BLACK/AFRICAN AMERICAN (NOT HISPANIC/LATINO)
[ ] NATIVE HAWAIIAN/PACIFIC ISLANDER
[ ] ASIAN
[ ] NATIVE AMERICAN
[ ] BIRACIAL
[ ] OTHER

PLEASE READ CAREFULLY

The Attorney General cannot act as your private attorney. As a law enforcement agency, the primary function of the Office of Attorney General is to represent the public at large by enforcing laws prohibiting unfair or deceptive practices. The Attorney General, through the Bureau of Consumer Protection, provides a mediation service to consumers where an attempt may be made to mediate your individual consumer complaint if it falls within the jurisdiction of the office. Please be advised that the information you provide will be shared with the party against which you have filed a complaint. Additionally, your complaint may be shared with or referred to other governmental law enforcement or regulatory agencies. Your complaint will also be kept on file with our office and the information contained therein may be used to establish violations of Pennsylvania Law. Attached to this complaint form is an informational sheet which will help you in completion of the complaint form and also will explain in greater detail the mediation process. By signing below, I authorize the Bureau of Consumer Protection to contact the party(ies) against which I have filed a complaint in an effort to reach an amicable resolution. I further authorize the party(ies) against which I have filed a complaint to communicate with and provide information related to my complaint to the Bureau of Consumer Protection. I verify that I have read and understand the informational sheet about this process; and, that the information provided is true and correct to the best of my knowledge, information and belief.

*Chalvess A Simpson sr*                            4/3/2021

YOUR SIGNATURE                                     DATE

Please include copies of all documents regarding your problem.
Be sure to send COPIES, not originals.