**CAPITAL REGION WATER**
100 PINE DRIVE
HARRISBURG, PA 17103
Phone: 1-888-510-0606

| ACCOUNT NUMBER | 10017013-0 |
| --- | --- |
| CID: | 130557 |
| BILLING DATE | 01/25/2017 |
| AMOUNT DUE | 194.48 |
| DUE DATE | 2/15/17 |
| AFTER DUE DATE PAY | 194.48 |

K3PA33   JAN 31 2017

**PLEASE RETURN BOTTOM PORTION WITH YOUR PAYMENT**

ALAN INVESTMENTS III LLC
16 BERRYHILL RD
SUITE 200
COLUMBIA SC 29210

www.capitalregionwater.com          1-888-510-0606
CUSTOMER ACCOUNT INFORMATION RETAIN FOR YOUR RECORDS

| CUSTOMER NAME | SERVICE ADDRESS | ACCOUNT NUMBER |
| --- | --- | --- |
| ALAN INVESTMENTS III LLC | 636 CURTIN ST | 10017013-0 |

| METER NUMBER | SERVICE PERIOD FROM | TO | METER READINGS PRIOR | PRESENT | CONSUMPTION | GALLONS USED WATER | SEWER | TYPE OF READINGS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 80904223 | 12/6 | 12/29 | 0 | 0 | 0 | 0 | 0 | Actual |

**RECEIVED**
**MAR 02 2017**
**DAUPHIN CAO**

| | |
| --- | --- |
| Previous Balance | 228.17 |
| Penalty | 0.09 |
| Payments | -40.00 |
| Adjustments | 0.00 |
| Prior Balance | 188.26 |

Prepare for cold weather: Frozen water pipes in your home can lead to costly repairs. Visit capitalregionwater.com/winterprep to learn how to protect your pipes from freezing.

Automatic monthly withdrawal payments (ACH), Customer Portal online payments and Ebill are available online at www.capitalregionwater.com. Credit Card Payments can be made by calling 1-888-510-0606 to speak with one of our Customer Service Representatives. Only cardholder (Actual Name on Card) is authorized to make a credit card payment.

| | |
| --- | --- |
| Ready-to-serve water | 6.22 |
| Water Utilization | 0.00 |
| Sewer Utilization | 0.00 |
| Sewer Maintenance | 0.00 |
| Current Charges | 6.22 |
| Pay This Amount | 194.48 |

PLEASE DETACH & RETURN WITH PAYMENT

| ACCOUNT NUMBER | 10017013-0 |
| --- | --- |
| CID: | 130557 |
| CUSTOMER NAME | ALAN INVESTMENTS III LLC |
| SERVICE ADDRESS | 636 CURTIN ST |
| BILLING DATE | 01/25/2017 |

| AMOUNT NOW DUE | 194.48 |
| --- | --- |
| DUE DATE | 2/15/17 |
| AFTER DUE DATE PAY | 194.48 |

Please make checks payable to: Capital Region Water

☐ Cash     ☐ Check     ☐ Money Order

| AMOUNT PAID | $ |
| --- | --- |

000001001701300001944487

ALAN INVESTMENTS III LLC
16 BERRYHILL RD
SUITE 200
COLUMBIA SC 29210

**Capital Region Water**
**PO Box 826429**
**Philadelphia, PA 19182-6429**

# VISION
## PROPERTY MANAGEMENT

**Property Application Notes / Questions**

| 16 Berryhill Rd. | Email: | applications@VPM3.com | Phone: | 888-455-7932 |
| Columbia, SC 29210 | | | Fax: | 803-403-8303 |

Please use this space to provide any additional information about your application that VPM may need to thoroughly process your information.

There will be three total income combined for the purchase of the property at 636 CURTIN STREET attached will be verification. Alre ady have the workers to repare the property to complete the work. (1) Eletrical. (2) PIP WORK, (3) HOME RESTORATION. (4) HOME DEPOT will come and do an estimate on the kitchen cabnets and tiles for the floors and the carpets, I my self will be complete the LAND-SCAPING and out side flour beds- home will be a recovery home for woman which I have been doing for the past (3) years and to assis the ladies involved to gain employment, job search. child care and other areas. so I will ask that you assist me with the help in processing the application because we would like to complete the home within the next month or so, have contacted HABITATE.

If you have any questions during the application process and unable to reach someone during business hours please feel free to include your questions here as a point of reference for the agent reviewing your application.



**VISION**
PROPERTY MANAGEMENT

Property Application
Cover Sheet

| | | | |
|---|---|---|---|
| 16 Benyhill Rd. | Email: | applications@VPMa.com | Phone: 888-455-7932 |
| Columbia, SC 2D210 | | | Fax: 803-403-8303 |

Please provide information about the property you are applying for below:

Name: **CHALMERS A. SIMPSON, JR.**    Property Code:    **K3PA33**

Date: **9-1-2016**    Property Address: **636 CURTIN STREET**
**HARRISBURG, PA.17110**

How much can you put down?

**$800.00**

## PLEASE FILL OUT THE ENTIRE APPLICATION, LEAVING SECTIONS BLANK WILL ONLY DELAY THE APPLICATION PROCESS

Once this application has been completely filled out please fax or scan and email the complete application, along with copies of all supporting documentation including copies of applicant and co-applicant ID's and Social Security Cards and all proof of income.

If you have any questions during the application process please do not hesistate to call your Property Consultant with your concerns.

Page 1 of Y

RECEIVED 08/29/2016 05:49PM 7172350000

FAMILY FINANCL CENT



[illegible] 2016 05:48PM 7172335000

# Fax Transmission

Vision [illegible]

[illegible]

| | | | |
|---|---|---|---|
| To: | [illegible] | From: | Alex Jones |
| [illegible] | | Phone: | 803403[illegible] |
| [illegible] | | Fax: | 803403[illegible] |
| [illegible] | [illegible] | | |

---

Message:

WJ

17-544269309

A 238052 D 031217
F 1732 11
175442673093 L 006006

$ 32.34

PAY EXACTLY   THIRTY-TWO DOLLARS AND THIRTY-FOUR CENTS

PAY TO THE
ORDER OF   Trash Dept of Public Works # 100 PAYMENT FOR/ACCT. #

P O Box 5500 Harrisburg, Pa. 17110   Chelar H. Suguay Sr.

⑆102100400⑆ 4017544 2693093⑈


← LOAD THIS DIRECTION, THIS SIDE UP

LOAD THIS DIRECTION, THIS SIDE UP →



MONEY ORDER RECEIPT - NON NEGOTIABLE

Trash Dept of Public Works # 10017013

Try the new Western Union Payments service for all your bills
and get guaranteed proof of payment. To learn more and to
search over 10,000 billers, goto WesternUnionPayMyBills.com.

A&T 238052 LOC 006006 DT 031217 A32.34 32DOLLARS AND 34CENTS

* 1 7 5 4 4 2 6 9 3 0 9 *

← LOAD THIS DIRECTION, THIS SIDE UP

LOAD THIS DIRECTION, THIS SIDE UP →



MONEY ORDER RECEIPT - NON NEGOTIABLE

Trash Dept of Public Works # 10017013

Try the new Western Union Payments service for all your bills
and get guaranteed proof of payment. To learn more and to
search over 10,000 billers, goto WesternUnionPayMyBills.com.

A&T 238052 LOC 006006 DT 031217 A32.34 32DOLLARS AND 34CENTS

* 1 7 5 4 4 2 6 9 3 0 9 *

# ᴛE CITY OF HARRISBURG
# MONTHLY UTILITY BILLING

# * * * TENANT'S COPY * * *

| ACCOUNT NUMBER | BILL DATE | DUE DATE | AMOUNT DUE |
|---|---|---|---|
| 10017013-0000(3) | 03/26/2017 | 04/15/2017 | 64.68 |

PROPERTY ADDRESS
**636 CURTIN ST**

PROPERTY OWNER
**ALAN INVESTMENTS III LLC**

100170130000      T            000195

ǁⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱ    U  T02

AMOUNT PAID: $_____

**CHALMERS A SIMPSON**          *TENANT
**PO BOX 5533**
**HARRISBURG PA   17110-0533**

\*161001701300000006468\*

```
* 1 6 1 0 0 1 7 0 1 3 0 0 0 0 0 0 0 6 4 6 8 *
```

Return this copy with payment payable to: City Treasurer - see new payment address

---

# THE   CITY   OF   HARRISBURG
## MONTHLY UTILITY BILLING

| ACCOUNT NUMBER | BILL DATE | DUE DATE | AMOUNT DUE |
|---|---|---|---|
| 10017013-0000(3) | 03/26/2017 | 04/15/2017 | 64.68 |

PROPERTY ADDRESS
**636 CURTIN ST**

PROPERTY OWNER
**ALAN INVESTMENTS III LLC**



| | | |
|---|---|---|
| PREVIOUS AMOUNT BILLED ON 02/26/2017 ........................... | 582.12 | |
| 03/23/2017   PAYMENT | | -549.78 |
| PAST DUE BALANCE REMAINING ................................. | 32.34 | |
|   REFUSE PICK-UP | 13.00 | |
|   REFUSE DISPOSAL | 19.34 | |
| TOTAL NEW CURRENT CHARGES ................................. | 32.34 | |
| TOTAL AMOUNT DUE ........................................ | 64.68 | |

RES

**  PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION  **
YOUR COPY

# CITY OF HARRISBURG
# MONTHLY UTILITY BILLING

## * * * TENANT'S COPY * * *

| ACCOUNT NUMBER | BILL DATE | DUE DATE | AMOUNT DUE |
|---|---|---|---|
| 10017013-0000(3) | 04/26/2017 | 05/15/2017 | 32.34 |

PROPERTY ADDRESS
**636 CURTIN ST**

PROPERTY OWNER
**ALAN INVESTMENTS III LLC**

10017013000      T      000185      **U T02**

AMOUNT PAID: $_____32.34_____

CHALMERS A SIMPSON      ***TENANT**
PO BOX 5533
HARRISBURG PA  17110-0533

*16100170130000000003234*



* 1 6 1 0 0 1 7 0 1 3 0 0 0 0 0 0 0 0 0 3 2 3 4 *

Return this copy with payment payable to: **City Treasurer** - see new payment address

---

## THE  CITY  OF  HARRISBURG
### MONTHLY UTILITY BILLING

| ACCOUNT NUMBER | BILL DATE | DUE DATE | AMOUNT DUE |
|---|---|---|---|
| 10017013-0000(3) | 04/26/2017 | 05/15/2017 | 32.34 |

PROPERTY ADDRESS
**636 CURTIN ST**

PROPERTY OWNER
**ALAN INVESTMENTS III LLC**

| | | |
|---|---|---|
| PREVIOUS AMOUNT BILLED ON 03/26/2017 .......................... | | 64.68 |
| 04/04/2017   PAYMENT | | -32.34 |
| 04/04/2017   PAYMENT | | -32.34 |
| PAST DUE BALANCE REMAINING ............................... | | .00 |
| REFUSE PICK-UP | 13.00 | |
| REFUSE DISPOSAL | 19.34 | |
| TOTAL NEW CURRENT CHARGES ............................... | | 32.34 |
| TOTAL AMOUNT DUE ...................................... | | 32.34 |

RES

```
=====================================
            HARRISBURG
     1425 CROOKED HILL RD
            HARRISBURG
               PA
           17107-9997
           4134840106
   2017    (800)275-8777   5:54 PM
=====================================
=====================================
    t              Sale       Final
   ption            Qty       Price

    Class            1        $0.49


    )omestic)
    COLUMBIA, SC  29202)
    Weight:0 Lb 0.30 0z)
    Expected Delivery Day)
    (Monday 03/13/2017)
 Certified          1        $3.35
     (@@USPS Certified Mail #)
     (7012305000039484147)
 Return             1        $2.75
 Receipt
      →USPS Return Receipt #)
       590940222246193286863)
       1              1       ($0.49)
       e
       ffixed Amount:$0.49)
                             _____
                             $6.10

                             $20.10
                            ($14.00)

    ur tracking number to 28777
      to get the latest status.
    d Message and Data rates may
    You may also visit USPS.com
    acking or call 1-800-222-1811.


    rry? Self-service kiosks offer
    and easy check-out. Any Retail
    ate can show you how.


    ********************************
    EN SOMEONE'S MAILBOX. Greeting
    available for purchase at select
    ffices.
    ********************************

    stamps at usps.com/shop or call
    stamp24. Go to
    om/clicknship to print shipping
    with postage. For other
    ation call 1-800-ASK-USPS.


    ********************************
    ur mail when and where you want
    h a secure Post Office Box. Sign
    a box online at
    :om/poboxes.
```





**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

VISION PROPERTY MANAGEMENT
CODE 6706/P.O. BOX 488
Columbia, SC. 29202



9590 9402 2224 6193 2869 31

2. Article Number (Transfer from service label)

7016 0600 0000 5824 1480

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

Will Hodel

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

488

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

Exhibit (a) (8)

## QUIT-CLAIM DEED

THIS INDENTURE, Made on the _____11_____ day of ___Dez___ A.D. 20 __15__ by and between THE GRANTOR U.S. Bank National Association, successor-in-interest to Bank of America, N.A., successor by merger to LaSalle Bank, N.A., as Trustee for Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2004-4 , By: Ocwen Loan Servicing, LLC, as Attorney-In-Fact , whose mailing address is C/O Ocwen Loan Servicing LLC.1661 Worthington Road Suite #100, West Palm Beach, Florida 33409 party of the first part, and THE GRANTEE Alan Investments III, LLC, party of the second part, whose address is 16 Berryhill Road Suite 200 Columbia, SC 29210 where to mail future tax bills.

WITNESSETH, that the said part of the first part, in consideration of the sum of Nine Thousand One Hundred Fifty Dollars and No Cents and 00/100 ($9,150.00) Dollars, to be paid by the said party of the second part (the receipt of which is hereby acknowledged) does by these presents REMISE, RELEASE AND FOREVER QUIT CLAIM unto the said party of the second part the following described lots, tracts or parcels of land, lying, being and situate in the County of Dauphin and state of PA, to wit :

### SEE ATTACHED EXHIBIT "A"

VPZ- 10-017-013
Commonly known as:636 Curtin Street, Harrisburg, PA 17110

AND BEING the same property  conveyed to the Grantor herein by virtue of that certain Sheriff's Deed, Recorded on: 08/14/2015, Instrument number : 20150020592, among the aforesaid land records.

IN WITNESS WHEREOF, the said party of the first part has hereunto set his hand and seal on the day and year above written

| Deed Prepared by: | Record & Return To: | Sent Tax Bills To: |
|---|---|---|
| PTS – Pennsylvania, Inc. 1000 Abernathy Road NE, Suite 200 Atlanta, GA 30328 | RDS GROUP, LLC 22028 FORD ROAD DRB HTS, MI 48127 | Alan Investments III, LLC 16 Berryhill Road Suite 200 Columbia, SC 29210 |



**VISION**
PROPERTY MANAGEMENT

P.O. Box 488 | Columbia | SC | 29202

<u>**PLEASE DO NOT IGNORE THIS LETTER**</u>

February 15, 2017

Chalmers Simpson Jr, Jessica Ditter
636 Curtin Street
Harrisburg, PA 17110

<u>Property Code:</u>   K3PA33

Dear Chalmers and Jessica:

This letter is to inform you of an outstanding balance due, that you may or may not be aware of, in the amount of $549.78 for an unpaid garbage bill and $194.48 for an unpaid water bill associated with the property located at 636 Curtin Street.

Pursuant to page 2 of the Lease Agreement signed by you on 09/15/2016, you are responsible for payment of this outstanding debt.  Failure to submit payment in full or make mutually agreeable payment arrangements for this debt may result in legal proceedings commencing against you for breach of contract.

Please contact us within fifteen (15) days of the date of this letter to avoid potential negative action.

We accept Visa, MasterCard and Discover payments by phone at (803) 354-5694. A processing fee applies for each payment. If you have questions, please contact me at the number listed above.

Thank you in advance for your cooperation and attention to this matter.

Very truly yours,

Kelly Lloyd
Senior Collection Agent
klloyd@vpm3.com

*[handwritten: These are money orders which were paid for water bill you did not know I paid.]*

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

*In the event you have or will receive a discharge in bankruptcy, this notice is NOT intended to be an attempt to collect, recover or offset the indebtedness as your personal liability. If you are represented by an attorney, please refer this letter to such attorney and provide us with such attorney's name, address, and telephone number. To the extent your obligations have been discharged, or are subject to an automatic stay of bankruptcy order under Title 11 of the United States Code, this notice if for compliance and information purposes only.*

*[handwritten: Dated 2/21/17]*                    *[handwritten signature: Chalmers A Simpson, Jr.]*

Exhibit (a)(14)

CHALMERS A. SIMPSON, JR
P.O. BOX 5533
HARRISBURG, PA. 17110
717-317-4587

Alan Investments III LLC
16 Derry Hill Road
Suite 200
Columbia, SC 29210

TO: Alan Investments III LLC

I am contacting you in reference to a letter
I received dated 2-15-17 from Collections Kelly
Lloyd, attached is a copy — I am being
threatend due to bills you failed to pay, if
the amount is not paid in full by 3-31-17
I will file a civil complaint against you.

DATED: 2-21 ,2017

Chalmers A Simpson Jr

CHALMERS A. SIMPSON, JR

CHALMERS A. SIMPSON, JR
P.O. BOX 5533
HARRISBURG, PA. 17110
717-317-4587

Capital Region Water:
100 Pine Drive
Harrisburg, Pa. 17103
1-888-510-0606

TO: Capital Region Water:

I am requesting that any water bill
be created to be sent to P.O. Box 5533
Harrisburg, Pa. 17110 (717) 317-4587 to
Chalmers A. Simpson, Jr. who lives at 636
Curtin Street Harrisburg, Pa. 17110 because I
am the party who pays all bills at location.
— Thank You —

DATED: 3-10- ,2017

CHALMERS A. SIMPSON, JR

**CAPITAL REGION** HARRISBURG, PA 17103
WATER Phone: 1-888-510-0606

| CID: | 130557 |
| BILLING DATE | 01/25/2017 |
| AMOUNT DUE | 194.48 |
| DUE DATE | 2/15/17 |
| AFTER DUE DATE PAY | 194.48 |

PLEASE RETURN BOTTOM PORTION WITH YOUR PAYMENT

K3PA33          JAN 31 2017

ALAN INVESTMENTS III LLC
16 BERRYHILL RD
SUITE 200
COLUMBIA SC 29210

www.capitalregionwater.com          1-888-510-0606
CUSTOMER ACCOUNT INFORMATION RETAIN FOR YOUR RECORDS

| CUSTOMER NAME | SERVICE ADDRESS | ACCOUNT NUMBER |
|---|---|---|
| ALAN INVESTMENTS III LLC | 636 CURTIN ST | 10017013-0 |

| METER NUMBER | SERVICE PERIOD FROM | TO | METER READINGS PRIOR | PRESENT | CONSUMPTION | GALLONS USED WATER | SEWER | TYPE OF READINGS |
|---|---|---|---|---|---|---|---|---|
| 80904223 | 12/6 | 12/29 | 0 | 0 | 0 | 0 | 0 | Actual |

Prepare for cold weather: Frozen water pipes in your home can lead to costly repairs. Visit capitalregionwater.com/winterprep to learn how to protect your pipes from freezing.

Automatic monthly withdrawal payments (ACH), Customer Portal online payments and Ebill are available online at www.capitalregionwater.com. Credit Card Payments can be made by calling 1-888-510-0606 to speak with one of our Customer Service Representatives. Only cardholder (Actual Name on Card) is authorized to make a credit card payment.

| Previous Balance | 228.17 |
|---|---|
| Penalty | 0.09 |
| Payments | -40.00 |
| Adjustments | 0.00 |
| Prior Balance | 188.26 |
| Ready-to-serve water | 6.22 |
| Water Utilization | 0.00 |
| Sewer Utilization | 0.00 |
| Sewer Maintenance | 0.00 |
| Current Charges | 6.22 |
| Pay This Amount | 194.48 |

LEASE DETACH & RETURN WITH PAYMENT

| | 10017013-0 |
| | 130557 |
| | ALAN INVESTMENTS III LLC |
| | 636 CURTIN ST |
| BILL DATE | 01/25/2017 |

| AMOUNT NOW DUE | 194.48 |
| DUE DATE | 2/15/17 |
| AFTER DUE DATE PAY | 194.48 |

Please make checks payable to: Capital Region Water

☐ Cash      ☐ Check      ☐ Money Order

| AMOUNT PAID | $ |

0000010017013000019448 7

ALAN INVESTMENTS III LLC
16 BERRYHILL RD
SUITE 200
COLUMBIA SC 29210

**Capital Region Water
PO Box 826429
Philadelphia, PA 19182-6429**

www.capitalregionwater.com (888) 510-0606          19468

CHALMERS A. SIMPSON, JR
P.O. BOX 5533
HARRISBURG, PA. 17110
717-317-4587

City of Harrisburg, Dept. of
Public Works, Specialists
Maria M. Pace, 1820 Paxton
Street, Harrisburg, Pa. 17104

TO: Maria M. Pace (Specialists):

I spoke to you a couple of weeks
ago, you stated that you place all bills
from the date of 6-28-2016 in my name
as new owner and that I owe #291.06 and
Alan Investments III owed #291.06, please send
verification to me for my records in P.O. Box 5533
Harrisburg, Pa. 17110 ergently please thank you.

DATED: 3-10-,2017

Chalmers A. Simpson, JR.
CHALMERS A. SIMPSON, JR

UTY31DI1 UTY15FAC          UTILITY SYSTEM          03 01 2017   ...
                          BILLING INFORMATION                    TERM: UCFL
                       UTILITY ACCOUNT ACTIVITY                  USER: HBG

```
PROPERTY NUMBER.: 10017013 - 0000 ( 3 )     UNAPPROVED TOTAL:        .00
PROPERTY ADDRESS: 636      CURTIN ST         LAST BILL DUE: 03 18 2017
   PROPERTY OWNER: ALAN INVESTMENTS III LLC                      BALANC
SELECT   DATE   UNAPROVD?  DESCRIPTION       TRANSACTION AMT      REMAINI
(   )                      *** START OF LIST **
(   )  02 26 2017   MONTHLY BILLING                32.34 P          582
(   )  01 26 2017   MONTHLY BILLING                32.34 P          549
(   )  12 26 2016   MONTHLY BILLING                32.34 P          517
(   )  11 26 2016   MONTHLY BILLING                32.34 P          485
(   )  10 26 2016   MONTHLY BILLING                32.34 P          452
(   )  09 26 2016   MONTHLY BILLING                32.34 P          420
(   )  08 26 2016   MONTHLY BILLING                32.34 P          388
(   )  07 26 2016   MONTHLY BILLING                32.34 P          355
(   )  07 01 2016   NEW OWNER  6/28/2016                 P          323
(   )  06 26 2016   MONTHLY BILLING                                 323
(   )  05 26 2016   MONTHLY BILLING                32.34 P          291
```

<PF7> FOR PRIOR HISTORY
S(X)=TRANS ACTIVITY P(X)=PRINT ACTIVITY M=MENU U=WATER INFO R=RETURN
 F7=BKWD F8=FWD R=RDGS Y=COM Z=DR/CR E=EXIT UTY CLEAR=PRES CHGS  C=CORRECT

*you owe $291.06*
*They owe $291.06*



Mayor Eric Papenfuse

**Maria M. Pace**
*Sanitation Billing Specialist*
717 412-4520 Ext 32
City of Harrisburg              E-mail: mpace@cityofhbg.com
Department of Public Works      Office: (717) 693-0000
1820 Paxton Street              Fax: (717) 972-0000
Harrisburg, PA 17104

RECEIVED
MAR 03 2017
DAUPHIN CAO

## PROOF OF SERVICE OF NOTICE OF APPEAL AND RULE TO FILE COMPLAINT

*(This proof of service MUST BE FILED WITHIN TEN (10) DAYS AFTER filing of the notice of appeal. Check applicable boxes.)*

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF   MONTGOMERY                        ; SS

**AFFIDAVIT:**        I hereby (swear) (affirm) that I served

2017CV3404DJ

[X]        a copy of the Notice of Appeal, Common Pleas No. _____, upon the Magisterial District Judge designated therein on

(date of service)  5/5/2017 ,          [ ] by personal service  [X] by (certified) (registered) mail,
Chalmers A. Simpson, Jr.
sender's receipt attached hereto, and upon the appellee, (name)_____ . on

8/5/2017   [ ] by personal service [X]          by (certified) (registered) mail.
sender's receipt attached hereto.

(SWORN) (AFFIRMED) AND SUBSCRIBED BEFORE ME
THIS  5th  DAY OF May , 2017

_____
Signature of official before whom affidavit was made

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
PATRICIA A. MILLER, Notary Public
Jenkintown Borough, Montgomery County
My Commission Expires March 20, 2019

Notary Public
_____
Title of official

My commission expires on_____, 20____

_____
Signature of affiant
Bradley J. Osborne, Esquire

AOPC 312A-05

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF DAUPHIN



# NOTICE OF
# JUDGMENT/TRANSCRIPT CIVIL
# CASE

Chalmers  Simpson
v.
ALAN INVESTMENTS III LLC

| | |
|---|---|
| Mag. Dist. No: | MDJ-12-1-02 |
| MDJ Name: | Honorable Barbara W. Pianka |
| Address: | 2967 A N 7th Street<br>Harrisburg, PA  17110 |
| Telephone: | 717-238-3388 |

Chalmers Simpson
PO Box 5533
Harrisburg, PA  17110

Docket No:   MJ-12102-CV-0000030-2017
Case Filed:   3/15/2017

---

## Disposition Summary  (cc - Cross Complaint)

| Docket No | Plaintiff | Defendant | Disposition | Disposition Date |
|---|---|---|---|---|
| MJ-12102-CV-0000030-2017 | Chalmers Simpson | ALAN INVESTMENTS III LLC | Default Judgment for Plaintiff | 04/21/2017 |

### Judgment Summary

| Participant | Joint/Several Liability | Individual Liability | Amount |
|---|---|---|---|
| ALAN INVESTMENTS III LLC | $0.00 | $3,000.00 | $3,000.00 |
| Chalmers Simpson | $0.00 | $0.00 | $0.00 |

### Judgment Finding  (*Post Judgment)

In the matter of Chalmers Simpson vs. ALAN INVESTMENTS III LLC on MJ-12102-CV-0000030-2017, on 4/21/2017 the judgment was awarded as follows:

| Judgment Component | Joint/Several Liability | Individual Liability | Deposit Applied | Amount |
|---|---|---|---|---|
| Civil Judgment | 0.00 | $3,000.00 | | $3,000.00 |
| | | | Grand Total: | $3,000.00 |

---

   ANY PARTY HAS THE RIGHT TO APPEAL WITHIN 30 DAYS AFTER THE ENTRY OF JUDGMENT BY FILING A NOTICE OF APPEAL WITH THE PROTHONOTARY/CLERK OF COURT OF COMMON PLEAS, CIVIL DIVISION.  YOU MUST INCLUDE A COPY OF THIS NOTICE OF JUDGMENT/TRANSCRIPT FORM WITH YOUR NOTICE OF APPEAL.
   EXCEPT AS OTHERWISE PROVIDED IN THE RULES OF CIVIL PROCEDURE FOR MAGISTERIAL DISTRICT JUDGES, IF THE JUDGMENT HOLDER ELECTS TO ENTER THE JUDGMENT IN THE COURT OF COMMON PLEAS, ALL FURTHER PROCESS MUST COME FROM THE COURT OF COMMON PLEAS AND NO FURTHER PROCESS MAY BE ISSUED BY THE MAGISTERIAL DISTRICT JUDGE.
   UNLESS THE JUDGMENT IS ENTERED IN THE COURT OF COMMON PLEAS, ANYONE INTERESTED IN THE JUDGMENT MAY FILE A REQUEST FOR ENTRY OF SATISFACTION WITH THE MAGISTERIAL DISTRICT JUDGE IF THE JUDGMENT DEBTOR PAYS IN FULL, SETTLES, OR OTHERWISE COMPLIES WITH THE JUDGMENT.

4-21-17

Date

Magisterial District Judge Barbara W. Pianka

I certify that this is a true and correct copy of the record of the proceedings containing the judgment.

Date

Magisterial District Judge

COMMONWEALTH OF PENNSYLVANIA

| | |
|---|---|
| COURT OF COMMON PLEAS<br><br>Judicial District, County Of Dauphin | NOTICE OF APPEAL<br><br>FROM<br><br>MAGISTERIAL DISTRICT JUDGE JUDGMENT<br><br>COMMON PLEAS No. 2017 CV 3404 DJ |

## NOTICE OF APPEAL

Notice is given that the appellant has filed in the above Court of Common Pleas an appeal from the judgment rendered by the Magisterial District Judge on the date and in the case referenced below.

| NAME OF APPELLANT<br>ALAN INVESTMENTS III LLC | MAG. DIST. NO.<br>12-01-02 | NAME OF MDJ<br>Barbara W. Painka | | |
|---|---|---|---|---|
| ADDRESS OF APPELLANT<br>61 Berry Hill Road Ste 200 | CITY<br>Columbia | STATE<br>SC | | ZIP CODE<br>29210 |

| DATE OF JUDGMENT<br>April 21, 2017 | IN THE CASE OF (Plaintiff)<br>Chalmers A. Simpson, Jr. v. ALAN INVESTMENTS III LLC (Defendant) |
|---|---|
| DOCKET No.<br>MJ-12102-CV-0000030-2017 | SIGNATURE OF APPELLANT OR ATTORNEY OR AGENT |

| | |
|---|---|
| This block will be signed ONLY when this notation is required under Pa. R.C.P.M.D.J. No. 1008.<br>This Notice of Appeal, when received by the Magisterial District Judge, will operate as a SUPERSEDEAS to the judgment for possession in this case.<br><br>_Signature of Prothonotary or Deputy_ | If appellant was Claimant (see Pa. R.C.P.M.D.J. No. 1001(6) in action before a Magisterial District Judge, A COMPLAINT MUST BE FILED within twenty<br><br>(20) days after filing the NOTICE of APPEAL |

## PRAECIPE TO ENTER RULE TO FILE COMPLAINT AND RULE TO FILE

(This section of form to be used ONLY when appellant was DEFENDANT (see Pa.R.C.P.M.D.J. No. 1001(7) in action before a Magisterial District Judge. IF NOT USED, detach from copy of notice of appeal to be served upon appellee.

**PRAECIPE: To Prothonotary**

Enter rule upon  Chalmers A. Simpson, Jr.                                    appellee(s), to file a complaint in this appeal
                        *Name of appellee(s)*

(Common Pleas No.  2017 CV 3404 DJ  ) within twenty (20) days after service of rule or suffer entry of judgment of non pros.

                                                                    _Signature of appellant or attorney or agent_

**RULE: To**   Chalmers A. Simpson, Jr.      , appellee(s)
                     *Name of appellee(s)*

(1) You are notified that a rule is hereby entered upon you to file a complaint in this appeal within twenty (20) days after the date of service of this rule upon you by personal service or by certified or registered mail.

(2) If you do not file a complaint within this time, a JUDGMENT OF NON PROS MAY BE ENTERED AGAINST YOU.

(3) The date of service of this rule if service was by mail is the date of the mailing.

Date: 5-1  20 -17                                                _Signature of Prothonotary or Deputy_

**YOU MUST INCLUDE A COPY OF THE NOTICE OF JUDGMENT/TRANSCRIPT FORM WITH THIS NOTICE OF APPEAL.**
The appellee and the magisterial district judge in whose office the judgment was rendered must be served with a copy of this Notice pursuant to Pa.R.C.P.M.D.J. 1005(A).

AOPC 312-05

## Exhibit A

## Disclosure of Information on Lead-Based Paint and/or Lead-Based Paint Hazards

**Lead Warning Statement**

*Every purchaser of any interest in residential real property on which a residential dwelling was built prior to 1978 is notified that such property may present exposure to lead from lead-based paint that may place young children at risk of developing lead poisoning. Lead poisoning in young children may produce permanent neurological damage, including learning disabilities, reduced intelligence quotient, behavioral problems, and impaired memory. Lead poisoning also poses a particular risk to pregnant women. The seller of any interest in residential real property is required to provide the buyer with any information on lead-based paint hazards from risk assessments or inspections in the seller's possession and notify the buyer of any known lead-based paint hazards. A risk assessment or inspection for possible lead-based paint hazards is recommended prior to purchase.*

**Seller's Disclosure**

(a) Presence of lead-based paint and/or lead-based paint hazards (check (i) or (ii) below):

    (i) _____ Known lead-based paint and/or lead-based paint hazards are present in the housing (explain)

    _____

    (ii) _[X]_ Seller has no knowledge of lead-based paint and/or lead-based paint hazards in the housing.

(b) Records and reports available to the seller (check (i) or (ii) below):

    (i) _____ Seller has provided the purchaser with all available records and reports pertaining to lead-based paint and/or lead-based paint hazards in the housing (list documents below).

    _____

    (ii) _[X]_ Seller has no reports or records pertaining to lead-based paint and/or lead-based paint hazards in the housing.

**Purchaser's Acknowledgment** (initial)

initial > (c) _CY J_ Purchaser has received copies of all information listed above.

initial > (d) _CS_ Purchaser has received the pamphlet *Protect Your Family from Lead in Your Home.*

(e) Purchaser has checked (i) or (ii) below:

    (i) _____ received a 10-day opportunity (or mutually agreed upon period) to conduct a risk assessment or inspection for the presence of lead-based paint and/or lead-based paint hazards; or

Choose One >

    (ii) _CO JJ_ waived the opportunity to conduct a risk assessment or inspection for the presence of lead-based paint and/or lead-based paint hazards.

**Agent's Acknowledgment** (initial)

(f) _____ Agent has informed the seller of the seller's obligations under 42 U.S.C. 4852d and is aware of his/her responsibility to ensure compliance.

**Certification of Accuracy**

The following parties have reviewed the information above and certify, to the best of their knowledge, that the information they have provided is true and accurate.

| | | | |
|---|---|---|---|
| Seller _____ Date _9/15/16_ | | Seller _____ Date _9/15/16_ | |
| Purchaser | Date | Purchaser | Date |
| | | | |
| Agent | Date | Agent | Date |

# Exhibit C - Plan of Action (POA)

Exhibit (a)(2)

**VISION**
PROPERTY MANAGEMENT

**Property Address:** | 636 Curtin Street Harrisburg, PA 17110

### GENERAL

| | Landlord Disclosure/Inspection | Tenant Diligence / Inspection | Responsibility to Cure | Weeks to Complete |
|---|---|---|---|---|
| Code Violations: | ○ Yes ○ No ● Unknown | ○ Yes ● No ○ Unknown | ○ Landlord ● Tenant | 0 |
| Asbestos: | ○ Yes ○ No ● Unknown | ○ Yes ● No ○ Unknown | ○ Landlord ● Tenant | 0 |
| Lead Based Paint: | ○ Yes ○ No ● Unknown | | | |
| Condemned: | ○ Yes ○ No ● Unknown | | | |
| Demo List: | ○ Yes ○ No ● Unknown | | | |

**Itemized Description of Responsibilities:**

CM was told the house needs to be "registered."

### UTILITIES

| | Landlord Disclosure/Inspection | Tenant Diligence / Inspection | Responsibility to Cure | Weeks to Complete |
|---|---|---|---|---|
| Electricity on to Meter: | ○ Yes ○ No ● Unknown | ● Yes ○ No ○ Unknown | ○ Landlord ● Tenant | 0 |
| Water to House/Meter: | ○ Yes ○ No ● Unknown | ● Yes ○ No ○ Unknown | ○ Landlord ● Tenant | 0 |
| Gas to House/Meter: | ○ Yes ○ No ● Unk ○ N/A | ● Yes ○ No ○ Unk ○ N/A | ○ Landlord ● Tenant | 0 |

**Itemized Description of Responsibilities:**

Contacted UGI will have personalized certify gas
personal perform inspection, PPL already aproved
electrical electricity on, Uncle will performed all
plumming and window work, he is certify in
Hasmatic and plumbing and electrical work

### PROPERTY EXPENSES

| | Landlord Disclosure | Tenant Diligence | Responsibility to Cure | Weeks to Complete |
|---|---|---|---|---|
| Electric: | ○ Yes ○ No ● Unknown | ○ Yes ● No ○ Unknown | ○ Landlord ● Tenant | 0 |
| Gas: | ○ Yes ○ No ● Unknown | ○ Yes ● No ○ Unknown | ○ Landlord ● Tenant | 0 |
| Water: | ○ Yes ○ No ● Unknown | ○ Yes ● No ○ Unknown | ○ Landlord ● Tenant | 0 |
| Sewer/Septic: | ○ Yes ○ No ● Unknown | ○ Yes ● No ○ Unknown | ○ Landlord ● Tenant | 0 |
| HOA: | ○ Yes ○ No ● Unknown | ○ Yes ● No ○ Unknown | ○ Landlord ● Tenant | 0 |
| Taxes: | ○ Yes ○ No ● Unknown | ○ Yes ● No ○ Unknown | ○ Landlord ● Tenant | 0 |
| Liens: | ○ Yes ○ No ● Unknown | ○ Yes ● No ○ Unknown | ○ Landlord ● Tenant | 0 |
| Rent/Occupancy Permits: | ○ Yes ○ No ● Unknown | ○ Yes ● No ○ Unknown | ○ Landlord ● Tenant | 0 |
| Inspections: | ● Yes ○ No ○ Unknown | ● Yes ○ No ○ Unknown | ○ Landlord ● Tenant | 0 |
| Fines & Penalties: | ● Yes ○ No ○ Unknown | ● Yes ○ No ○ Unknown | ○ Landlord ● Tenant | 0 |

**Itemized Description of Responsibilities:**

Unable to get any information on water
Code enforcement will do an inspection
$401.93 Garbage Bill

meeting with Water Company on Monday 19th
of September, 2016.

# Exhibit C - Plan of Action (POA)

VISION PROPERTY MANAGEMENT

| MAJOR ITEMS: | Landlord Disclosure | Tenant Diligence | Responsibility to Cure | Weeks to Complete |
|---|---|---|---|---|
| Roof Replacement: | ○ Yes ○ No ◉ Unknown | ○ Yes ◉ No ○ Unknown | ○ Landlord ◉ Tenant | 0 |
| Electrical Upgrade: | ○ Yes ○ No ◉ Unknown | ○ Yes ◉ No ○ Unknown | ○ Landlord ◉ Tenant | 0 |
| Plumbing Upgrade: | ○ Yes ○ No ◉ Unknown | ○ Yes ◉ No ○ Unknown | ○ Landlord ◉ Tenant | 0 |
| HVAC Upgrade: | ○ Yes ○ No ◉ Unknown | ◉ Yes ○ No ○ Unknown | ○ Landlord ◉ Tenant | 1 day |
| Structural Repair: | ○ Yes ○ No ◉ Unknown | ○ Yes ◉ No ○ Unknown | ○ Landlord ◉ Tenant | 0 |
| Septic Repair/Replace: | ○ Yes ○ No ◉ Unknown | ○ Yes ◉ No ○ Unknown | ○ Landlord ◉ Tenant | 0 |
| Well Repair/Replace: | ○ Yes ○ No ◉ Unknown | ○ Yes ◉ No ○ Unknown | ○ Landlord ◉ Tenant | 0 |
| Mold Remediation: | ○ Yes ○ No ◉ Unknown | ○ Yes ◉ No ○ Unknown | ○ Landlord ◉ Tenant | 0 |
| Other (Define Below): | ○ Yes ○ No ◉ Unknown | ○ Yes ◉ No ○ Unknown | ○ Landlord ◉ Tenant | 0 |

**Itemized Description of Responsibilities:**

Needs A/C; CM has a unit he would put in (window unit)

Nephew builds houses and Uncle certified HVAC and electrical.  They inspected the house with him.

| MINOR ITEMS: | Landlord Disclosure | Tenant Diligence | Responsibility to Cure | Weeks to Complete |
|---|---|---|---|---|
| Roof Repair: | ○ Yes ○ No ◉ Unknown | ○ Yes ◉ No ○ Unknown | ○ Landlord ◉ Tenant | 0 |
| Electrical Repair: | ○ Yes ○ No ◉ Unknown | ○ Yes ◉ No ○ Unknown | ○ Landlord ◉ Tenant | 0 |
| Plumbing Repair: | ○ Yes ○ No ◉ Unknown | ◉ Yes ○ No ○ Unknown | ○ Landlord ◉ Tenant | 1 day |
| HVAC Repair: | ○ Yes ○ No ◉ Unknown | ○ Yes ◉ No ○ Unknown | ○ Landlord ◉ Tenant | 0 |
| Mold Remediation: | ◉ Yes ○ No ○ Unknown | ○ Yes ◉ No ○ Unknown | ○ Landlord ◉ Tenant | 0 |
| Debris Removal: | ○ Yes ○ No ◉ Unknown | ○ Yes ◉ No ○ Unknown | ○ Landlord ◉ Tenant | 0 |
| General Exterior Repairs: | ◉ Yes ○ No ○ Unknown | ○ Yes ◉ No ○ Unknown | ○ Landlord ◉ Tenant | 1 day |
| General Interior Walls: | ○ Yes ○ No ◉ Unknown | ○ Yes ◉ No ○ Unknown | ○ Landlord ◉ Tenant | 0 |
| General Interior Floors: | ○ Yes ○ No ◉ Unknown | ◉ Yes ○ No ○ Unknown | ○ Landlord ◉ Tenant | 0 |
| General Interior Ceilings: | ◉ Yes ○ No ○ Unknown | ◉ Yes ○ No ○ Unknown | ○ Landlord ◉ Tenant | 1 day |
| Smoke Detectors Missing: | ○ Yes ○ No ◉ Unknown | ○ Yes ◉ No ○ Unknown | ○ Landlord ◉ Tenant | 0 |
| Pests/WDO Remediation: | ○ Yes ○ No ◉ Unknown | ○ Yes ◉ No ○ Unknown | ○ Landlord ◉ Tenant | 0 |
| Other (Define Below): | ○ Yes ○ No ◉ Unknown | ○ Yes ◉ No ○ Unknown | ○ Landlord ◉ Tenant | 0 |

**Itemized Description of Responsibilities:**

Downspout is missing.  Vines growing up on the side of the house that will have to be pulled off.  Front window is boarded.  Nephew will put in new windows

Pipe needed under the sink in the kitchen; CM already purchased this.  Uncle will be doing this for him.  Water ran from this leak down to the basement.  CM stated he did see stains from the water but is positive it is not mold.
Ceiling/drywall came down.  Nephew will re-do this.

Needs deep clean and cosmetic work.  Livable within 1-2 weeks.  Nephew and uncle will be making repairs with him.  Has most of the material already.

## TENANT CERTIFICATION

*I hereby certify that I have physically performed a visual inspection of the above noted property, performed the required due diligence as requested, and agree that all "responsibilities to cure" assigned to me will be completed within ___2___ week (s) from execution of the Lease to Own Agreement by either myself or a licensed and insured contractor. I also agree to assume responsibility for all items and issues marked as "Unknown" by Landlord, will obtain all required building permits, and will pay for all associated permit fees.*

### FOR INTERNAL USE ONLY
☒ Tenant agrees to take physical possession of the referenced property upon receipt of first month payment and the Option Agreement Fee.
☐ Major Repairs are required, and the Tenant has agreed to not take physical occupancy until authorized by the Landlord.
☒ Monthly rent payments from Tenant will resume on  10 / 15 / 2016

| TENANT: | LANDLORD: |
|---|---|
| Signature: *Chalmers A Simpson Jr* | Signature: |
| Print Tenant Name: Chalmers A. Simpson, Jr | Print Landlord Name: |
| Date: 9  45116 | Date:   /   / |

Exhibit (a)(3)



**CAPITAL REGION WATER**
100 PINE DRIVE
HARRISBURG, PA 17103
Phone: 1-888-510-0606

| ACCOUNT NUMBER | 10017013-0 |
|---|---|
| CID | 130557 |
| BILLING DATE | 11/21/2016 |
| AMOUNT DUE | 178.30 |
| DUE DATE | 12/15/16 |
| AFTER DUE DATE PAY | 180.88 |

**PLEASE RETURN BOTTOM PORTION WITH YOUR PAYMENT**

ALAN INVESTMENTS III LLC
16 BERRYHILL RD
SUITE 200
COLUMBIA SC 29210

DEC - 1 2016
178.35

www.capitalregionwater.com
**CUSTOMER ACCOUNT INFORMATION RETAIN FOR YOUR RECORDS**
1-888-510-0606

| CUSTOMER NAME | SERVICE ADDRESS | ACCOUNT NUMBER |
|---|---|---|
| ALAN INVESTMENTS III LLC | 636 CURTIN ST | 10017013-0 |

| METER NUMBER | SERVICE PERIOD | | METER READINGS | | CONSUMPTION | GALLONS USED | | TYPE OF READINGS |
|---|---|---|---|---|---|---|---|---|
| | FROM | TO | PRIOR | PRESENT | | WATER | SEWER | |
| | 10/5 | 11/3 | | | | | | |

| | |
|---|---|
| Previous Balance | 169.54 |
| Penalty | 2.54 |
| Payments | 0.00 |
| Adjustments | 0.00 |
| Prior Balance | 172.08 |
| Ready-to-serve water | 6.22 |
| Current Charges | 6.22 |
| Pay This Amount | 178.30 |

Prepare for cold weather. Frozen water pipes in your home can lead to costly repairs. Visit capitalregionwater.com/winterprep to learn how to protect your pipes from freezing.

CRW rates effective 1/1/16. Ready to Serve varies by tap size starting @ $6.22 mth. Water $7.88/1,000 gal, Sewer $5.26/1,000 gal; Sewer Maint $.79/1,000 gal.

The Staff at Capital Region Water wishes you and your family a Safe and Happy Holiday Season.

```
TREBPRS5                    CITY TREASURER          DATE: 2016/09/06
TRES5DI                   CITY OF HARRISBURG        TIME: 09:36:48
                          DUPLICATE TAX BILL        USER: HBG JEO1
```

PROPERTY NUMBER: 10017013-3                 ADDRESS: 636      CURTIN ST
                                                     HARRISBURG      PA 17110
TYPE OF TAX : CITY REAL ESTATE             --OWNERS AT TIME OF BILLING--
YEAR OF TAX : 2016                          U.S. BANK NA
DATE OF BILL: 01/15/2016
NAME OF PAYEE:

```
                          MILLEAGE          APPRAISAL
                LAND      .0309700            6,600
        IMPROVEMENTS      .0051600           31,200

        DISCOUNT            FLAT             PENALTY              BALANCE DUE
         358.08            365.39            401.93                 401.93
DUE BY:03/15/2016      05/15/2016          12/31/2016
```

---- MAILING ADDRESS ----
U.S. BANK NATIONAL ASSOCIATION
1661      WORTHINGTON RD         C/O OCWEN LOAN SERVI
WEST PALM BEACH FL  33409-6493

```
TREBPRS5                    CITY TREASURER          DATE: 2016/09/06
TRES5DI                   CITY OF HARRISBURG        TIME: 09:36:48
                          DUPLICATE TAX BILL        USER: HBG JEO1
```

PROPERTY NUMBER: 10017013-3                 ADDRESS: 636      CURTIN ST
                                                     HARRISBURG      PA 17110
TYPE OF TAX : CITY REAL ESTATE             --OWNERS AT TIME OF BILLING--
YEAR OF TAX : 2016                          U.S. BANK NA
DATE OF BILL: 01/15/2016
NAME OF PAYEE:

```
                          MILLEAGE          APPRAISAL
                LAND      .0309700            6,600
        IMPROVEMENTS      .0051600           31,200

        DISCOUNT            FLAT             PENALTY              BALANCE DUE
         358.08            365.39            401.93                 401.93
DUE BY:03/15/2016      05/15/2016          12/31/2016
```

---- MAILING ADDRESS ----
U.S. BANK NATIONAL ASSOCIATION
1661      WORTHINGTON RD         C/O OCWEN LOAN SERVI
WEST PALM BEACH FL  33409-6493

```
TREBPRS5                    CITY TREASURER              DATE: 2016/09/06
TRES5DI                     CITY OF HARRISBURG          TIME: 09:36:59
                            DUPLICATE TAX BILL          USER: HBG JEO1
```

PROPERTY NUMBER: 10017013-3                    ADDRESS: 636      CURTIN ST
                                                        HARRISBURG    PA 17110
TYPE OF TAX : HARRISBURG SCHOOL DISTRICT     --OWNERS AT TIME OF BILLING--
YEAR OF TAX : 2016                             ALAN INVESTMENTS III LLC
DATE OF BILL: 07/18/2016
NAME OF PAYEE:

|  | MILLEAGE | APPRAISAL |
|---|---|---|
| LAND | .0278000 | 6,600 |
| IMPROVEMENTS | .0278000 | 31,200 |

| DISCOUNT | FLAT | PENALTY | BALANCE DUE |
|---|---|---|---|
| 598.60 | 610.82 | 671.90 | 598.60 |
| DUE BY:09/18/2016 | 11/18/2016 | 12/30/2016 | |

```
---- MAILING ADDRESS ----
ALAN INVESTMENTS III LLC
16        BERRYHILL RD          STE 200
COLUMBIA       SC  29210
```

```
TREBPRS5                    CITY TREASURER              DATE: 2016/09/06
TRES5DI                     CITY OF HARRISBURG          TIME: 09:36:59
                            DUPLICATE TAX BILL          USER: HBG JEO1
```

PROPERTY NUMBER: 10017013-3                    ADDRESS: 636      CURTIN ST
                                                        HARRISBURG    PA 17110
TYPE OF TAX : HARRISBURG SCHOOL DISTRICT     --OWNERS AT TIME OF BILLING--
YEAR OF TAX : 2016                             ALAN INVESTMENTS III LLC
DATE OF BILL: 07/18/2016
NAME OF PAYEE:

|  | MILLEAGE | APPRAISAL |
|---|---|---|
| LAND | .0278000 | 6,600 |
| IMPROVEMENTS | .0278000 | 31,200 |

| DISCOUNT | FLAT | PENALTY | BALANCE DUE |
|---|---|---|---|
| 598.60 | 610.82 | 671.90 | 598.60 |
| DUE BY:09/18/2016 | 11/18/2016 | 12/30/2016 | |

```
---- MAILING ADDRESS ----
ALAN INVESTMENTS III LLC
16        BERRYHILL RD          STE 200
COLUMBIA       SC  29210
```

**COMMONWEALTH OF PENNSYLVANIA**
**COUNTY OF: DAUPHIN**

**CIVIL COMPLAINT**

| | |
|---|---|
| Magisterial District Number: 12-1-02 | |
| MDJ Name: Hon. Barbara W. Painka | |
| Address: 2967 N. 7th Street <br> Harrisburg, Pa. 17110 | |
| Telephone: (717) 238-3388 | |

**PLAINTIFF:**     NAME and ADDRESS

CHALMERS A. SIMPSON, JR.
P.O. Box 5533
Harrisburg, Pa. 17110

**VS.**

**DEFENDANT:**     NAME and ADDRESS

ALAN INVESTMENTS III LLC
61 Berry Hill Road Ste. 200
Columbia, SC. 29210

Docket No.:

Date Filed:

| | AMOUNT | DATE PAID |
|---|---|---|
| FILING COSTS | $ | |
| POSTAGE | $ | |
| SERVICE COSTS | $ | |
| CONSTABLE ED. | $ | |
| TOTAL | $ 0.00 | |

*Social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.*

Pa.R.C.P.M.D.J. No. 206 sets forth those costs recoverable by the prevailing party.

**TO THE DEFENDANT:** The above named plaintiff(s) asks judgment against you for $3,000.00 _____ together with costs upon the following claim (Civil fines must include citation of the statute or ordinance violated):

On November of 2016 plaintiff was sent a copy of a Trash Bill which was a balance owed by defendants, plaintiff made contact with the owners which stated that defendants never owned any property in Harrisburg Pennsylvania which was located at 636 Curtin Street, further investigation by plaintiff revealed that defendants were the old owners of the property. Plaintiff on 3-1-2017 made contact with Specialist Maria M. Pace of Department of Public Works verified that a balance was owed by defendants prior to plaintiff renting property at 636 Curtin Street. On Febuary 28th, 2017 Vision Property Manager threatened plaintiff and attempted to collect a out standing balance which should have been paid by defendants who refused to handle their bills prior to plaintiff renting the property. When plaintiff first contacted the water company who stated that they will not turn the water on unless plaintiff pay the bill, plaintiff was forced to pay that bill as well as the trash bill in order to have shower..bath and any water, defendants failure to pay their bills prior to plaintiff being apart of the property is ignorant and the have forced plaintiff into paying money that plaintiff does not have nor can plaintiff afford to pay these out standing balances which should have been payed prior to plaintiff renting property, wherefore plaintiff request that a judgement be awarded in the amount listed plus damages and fees.

I, Chalmers A. Simpson, Jr. _____ verify that the facts set forth in this complaint are true and correct to the best of my knowledge, information, and belief. This statement is made subject to the penalties of Section 4904 of the Crimes Code (18 PA. C.S. § 4904) related to unsworn falsification to authorities.

3-1-2017

*(Signature of Plaintiff or Authorized Agent)*

The plaintiff's attorney shall file an entry of appearance with the magisterial district court pursuant to Pa.R.C.P.M.D.J. 207.1.

**IF YOU INTEND TO ENTER A DEFENSE TO THIS COMPLAINT, YOU SHOULD NOTIFY THIS OFFICE IMMEDIATELY AT THE ABOVE TELEPHONE NUMBER. YOU MUST APPEAR AT THE HEARING AND PRESENT YOUR DEFENSE. UNLESS YOU DO, JUDGMENT MAY BE ENTERED AGAINST YOU BY DEFAULT.**

If you have a claim against the plaintiff which is within the magisterial district judge jurisdiction and which you intend to assert at the hearing, you must file it on a complaint form at this office at least five days before the date set for the hearing.

If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation.

AOPC 308A-11

(a) (10)

**COMMONWEALTH OF PENNSYLVANIA**
**COUNTY OF: DAUPHIN**

**CIVIL COMPLAINT**

Magisterial District Number:   12-1-02

MDJ Name: Hon. Barbara W. Painka

Address: 2967 N. 7th Street
Harrisburg, Pa. 17110

Telephone:  ( 717 )  238-3388

**PLAINTIFF:**   NAME and ADDRESS

CHALMERS A. SIMPSON, JR.
P.O. Box 5533
Harrisburg, Pa. 17110

**VS.**

**DEFENDANT:**   NAME and ADDRESS

ALAN INVESTMENTS III LLC
61 Berry Hill Road Ste. 200
Columbia, SC. 29210

Docket No.: CV-3017
Date Filed: 3/15/17

|  | AMOUNT | DATE PAID |
|---|---|---|
| FILING COSTS | $ | |
| POSTAGE | $ | |
| SERVICE COSTS | $ | |
| CONSTABLE ED. | $ | |
| TOTAL | $ 0.00 | |

*Social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.*

Pa.R.C.P.M.D.J. No. 206 sets forth those costs recoverable by the prevailing party.

**TO THE DEFENDANT:** The above named plaintiff(s) asks judgment against you for $3,000.00 _____ together with costs upon the following claim (Civil fines must include citation of the statute or ordinance violated):

On November of 2016 plaintiff was sent a copy of a Trash Bill which was a balance owed by defendants, plaintiff made contact with the owners which stated that defendants never owned any property in Harrisburg Pennsylvania which was located at 636 Curtin Street, further investigation by plaintiff revealed that defendants were the old owners of the property. Plaintiff on 3-1-2017 made contact with Specialist Maria M. Pace of Department of Public Works verified that a balance was owed by defendants prior to plaintiff renting property at 636 Curtin Street. On Febuary 28th, 2017 Vision Property Manager threatened plaintiff and attempted to collect a out standing balance which should have been paid by defendants who refused to handle their bills prior to plaintiff renting the property. When plaintiff first contacted the water company who stated that they will not turn the water on unless plaintiff pay the bill, plaintiff was forced to pay that bill as well as the trash bill in order to have shower, bath and any water, defendants failure to pay their bills prior to plaintiff being apart of the property is ignorant and the have forced plaintiff into paying money that plaintiff does not have nor can plaintiff afford to pay these out standing balances which should have been payed prior to plaintiff renting property, wherefore plaintiff request that a judgement be awarded in the amount listed plus damages and fees.

I, Chalmers A. Simpson, Jr. _____ verify that the facts set forth in this complaint are true and correct to the best of my knowledge, information, and belief. This statement is made subject to the penalties of Section 4904 of the Crimes Code (18 PA. C.S. § 4904) related to unsworn falsification to authorities.

3-1- 2017

_Chalmers A Simpson JR_
(Signature of Plaintiff or Authorized Agent)

The plaintiff's attorney shall file an entry of appearance with the magisterial district court pursuant to Pa.R.C.P.M.D.J. 207.1.

**IF YOU INTEND TO ENTER A DEFENSE TO THIS COMPLAINT, YOU SHOULD NOTIFY THIS OFFICE IMMEDIATELY AT THE ABOVE TELEPHONE NUMBER. YOU MUST APPEAR AT THE HEARING AND PRESENT YOUR DEFENSE. UNLESS YOU DO, JUDGMENT MAY BE ENTERED AGAINST YOU BY DEFAULT.**

If you have a claim against the plaintiff which is within the ...

(6) (9)

THIS INSTRUMENT IS BEING RECORDED AS AN ACCOMMODATION ONLY, with no Representation as to its effect upon title, NO TITLE INSURANCE ISSUED!

U.S. Bank National Association, successor-in-interest to Bank of America, N.A., successor by merger to LaSalle Bank, N.A., as Trustee for Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2004-4 , By: Ocwen Loan Servicing, LLC, as Attorney-In-Fact

Witness        Chris Heinichen

By: _____ Jose Manrique

Title: _____ Contract Management Coordinator

By: Ocwen Loan Servicing, LLC, as Attorney-In-Fact

## ACKNOWLEDGEMENT

**STATE OF FLORIDA**

**COUNTY OF PALM BEACH**

I certify that on this ___11___ day of ___Dec___, 20_15_, before me, the subscriber, a Notary Public of the State aforesaid, personally appeared ___Jose Manrique___

Title: ___Contract Management Coordinator___ of Ocwen Loan Servicing, LLC, Attorney-in-Fact for U.S. Bank National Association, successor-in-interest to Bank of America, N.A., successor by merger to LaSalle Bank, N.A., as Trustee for Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2004-4 whose name is subscribed to the within instrument , and acknowledged the foregoing deed to be his/her act under the authority of the Grantor and also certify, under penalties of perjury, that he/she is duly authorized to execute same and that the consideration recited herein is true and correct.

Shikundra Lidell

Notary Public

Notary Public State of Florida
Shikundra Lidell
My Commission FF 121357
Expires 05/09/2018

My term expires: _____

I, ___APRIL LUCAS___ hereby certify that the tax mailing address of the above Grantees is:

16 Berryhill Road, Suite 200
Columbia, SC 29210

Personally Known To Me

BY: _____

POA Recorded simultaneously herewith

(a) (12)

James M. Zugay, Esq.
Recorder of Deeds
(717) 780-6560
jzugay@dauphinc.org

Candace E. Meck
*First Deputy*
www.dauphinc.org/deeds

# Dauphin County



## Recorder of Deeds

Harrisburg, Pennsylvania

## CERTIFIED END PAGE

*Location:*
Dauphin County Courthouse
Room 102
101 Market Street
Harrisburg, PA 17101

INSTRUMENT #: 201600015920
RECORD DATE: 6/28/2016 3:49:51 PM
RECORDED BY: SKREVSKY
DOC TYPE: DEED HBG
AGENT: RDS GROUP, LLC
DIRECT NAME: U.S. BANK NATIONAL ASSOCIATION, TR BY AIF
INDIRECT NAME: ALAN INVESTMENTS III, LLC

ACT 8 OF 1998: $5.00

COMMONWEALTH OF PA: $91.50
MUNICIPALITY: $45.75 HARRISBURG CITY
SCHOOL DISTRICT: $45.75 HARRISBURG
AOPC: $35.50
AFFORDABLE HOUSING: $13.00

UPICount: 1
UPIFee: 20
UPIList: 10-017-013-000-0000

I Certify This Document To Be Recorded
In Dauphin County, Pennsylvania.



James M. Zugay, *Recorder of Deeds*

# THIS IS A CERTIFICATION PAGE

# PLEASE DO NOT DETACH
## THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT

Case 1:21-cv-01205-SHR  Document 7  Filed 07/08/21  Page 30 of 32

```
UTY10MI4 UTY10DI4 UTY15FAC       UTILITY SYSTEM           01 03 2017  10:05:39
H  STATUS DATE:              STATUS CODE:                          TERM: UCFLPWC9
   TOTAL PPL DUE:               DELQ PPL DUE:                      USER: HBG MMP1
PROPERTY NUMBER.:   10017013 - 0000 ( 3 )                                 RO
PROPERTY ADDRESS:  636       CURTIN ST        OWNER: ALAN INVESTMENTS III LLC
TOTAL CHARGES DUE:            517.44 TOTAL PENALTIES DUE:                 .00
SELECT            CURR CHG   DELINQ CHG   CURR PEN   DELINQ PEN      TOTAL
( _ ) REFUSE         13.00       194.99        .00         .00      207.99
( _ ) DISPOSAL       19.34       290.11        .00         .00      309.45
(   )                  .00          .00        .00         .00         .00
(   )                  .00          .00        .00         .00         .00
(   )                  .00          .00        .00         .00         .00
(   )                  .00          .00        .00         .00         .00
(   )                  .00          .00        .00         .00         .00
(   )                  .00          .00        .00         .00         .00
(   )                  .00          .00        .00         .00         .00
(   )                  .00          .00        .00         .00         .00
(   )                  .00          .00        .00         .00         .00
(   )                  .00          .00        .00         .00         .00
                     32.34       485.10        .00         .00      517.44
TOTAL DUE:          517.44 TOTAL WITH CREDITS:          517.44
                                             LAST PAYMENT:  10 07 2015
S(X)=DETAIL    W=RDGS  Y=COM  Z=DR/CR  U=WATER/TRASH  F12=PROP SEARCH
M=MENU  E=EXIT UTY  H=HIST  C=COLLECTIONS   P=PAYMENT PLAN INFO
```

Case 1:21-cv-01205-SHR   Document 7   Filed 07/08/21   Page 31 of 32

Exhibit (a)(3)

===============================================================================

PROPERTY NUMBER.:  10017013 - 0000 ( 3 )      UNAPPROVED TOTAL:           .00
PROPERTY ADDRESS:  636      CURTIN ST          LAST BILL DUE: 01 15 2017
   PROPERTY OWNER:  ALAN INVESTMENTS III LLC                         BALANCE
SELECT   DATE   UNAPROVD?  DESCRIPTION      TRANSACTION AMT         REMAINING
(  )                  *** START OF LIST **
(  )  12 26 2016        MONTHLY BILLING          32.34 P            517.44
(  )  11 26 2016        MONTHLY BILLING          32.34 P            485.10
(  )  10 26 2016        MONTHLY BILLING          32.34 P            452.76
(  )  09 26 2016        MONTHLY BILLING          32.34 P            420.42
(  )  08 26 2016        MONTHLY BILLING          32.34 P            388.08
(  )  07 26 2016        MONTHLY BILLING          32.34 P            355.74
(  )  07 01 2016        NEW OWNER  6/28/2016           P            323.40
(  )  06 26 2016        MONTHLY BILLING          32.34 P            323.40
(  )  05 26 2016        MONTHLY BILLING          32.34 P            291.06
(  )  04 26 2016        MONTHLY BILLING          32.34 P            258.72
(  )  03 26 2016        MONTHLY BILLING          32.34 P            226.38

===============================================================================

<PF7> FOR PRIOR HISTORY
S(X)=TRANS ACTIVITY P(X)=PRINT ACTIVITY M=MENU U=WATER INFO R=RETURN
  F7=BKWD F8=FWD W=RDGS Y=COM Z=DR/CR E=EXIT UTY CLEAR=PRES CHGS  C=COLLECTIONS

```
PRO30M                   C A P I T O L   A R E A        DATE: 01/03/17
PRO30DU                     PROPERTY SYSTEM             TIME: 09:53:08
            PROPERTY MAILING ADDRESS TYPE - UPDATE / DELETE   CONT: HBG RZN1
===============================================================================
PROPERTY NO: 10017013 3  636      CURTIN ST     HARRISBURG      PA 171102424
 OWNER NAME: ALAN INVESTMENTS III LLC                        ID-NO: 063127
       ADDR: 16        BERRYHILL RD   COLUMBIA        SC 292100000
===============================================================================
     DELETE:      (Y/N)    BOTH TAX & UTILITY MAILING
       TYPE: B
       NAME: ALAN INVESTMENTS III LLC                        ID-NO: 065721
    ADDRESS: 16        BERRYHILL RD                 =================
            STE 200                               | ADD: DAT1 160701
            COLUMBIA         SC  292100000         | UPD:
===============================================================================
     DELETE:      (Y/N)
       TYPE:
       NAME:                                              ID-NO:
    ADDRESS:                                       =================
                                                  | ADD:
                                                  | UPD:
===============================================================================
FUNCTIONS: I=INQ  U=UPD  L=MAIL REC UPD  A=ADD NEW ADDR   C=CLEAR M=MENU E=EXIT
```