

*OFFICE OF THE CLERK*
*UNITED STATES DISTRICT COURT*
*for the*
*MIDDLE DISTRICT of PENNSYLVANIA*

**U.S. Courthouse and Federal Building**
**228 Walnut Street**
**P.O. Box 983**
**Harrisburg, PA 17108**
Internet Address: **www.pamd.uscourts.gov**

**PETER WELSH**
**Clerk of Court**

**July 9, 2021**

Chalmers A. Simpson, Jr.
636 Curtin Street
Harrisburg, PA   17110

RE:   Simpson v. Vision Property Management, et al/ 1:21-cv-1205, Judge Saporito

Dear Pro Se Plaintiff:

Receipt is acknowledged of the document noted at the foot of this letter, subject as captioned above.

If you have simultaneously filed the proper application to proceed *in forma pauperis*, the matter has been forwarded to the court for consideration. If you have not filed the proper application to proceed *in forma pauperis*, an Administrative Order will be issued to you directing you to do so, together with the forms. Upon receipt of the **COMPLETED** and **SIGNED** forms, your case will then be forwarded to the Court for consideration

Pro Se plaintiffs and petitioners are advised that they have an affirmative obligation to keep the court informed of his or her current address. If the plaintiff/petitioner changes his or her address while the lawsuit is being litigated, the plaintiff/petitioner shall immediately inform the court of the change in writing.

    Sincerely,
    PETER WELSH, Clerk of Court
    By:AAA
    Deputy Clerk

[   ]   Petition for Writ of Habeas Corpus

[ X ]   Complaint

[   ]    Other