UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

CHALMERS A. SIMPSON, JR.,

    Plaintiff,

v.

VISION PROPERTY MANAGEMENT, et al.,

    Defendants.

CIVIL ACTION NO. 1:21-cv-01205

(SAPORITO, M.J.)

## ORDER

On July 8, 2021, the plaintiff, Chalmers A. Simpson, Jr., filed the *pro se* complaint in this action. (Doc. 1.) Based on the allegations of the complaint, the plaintiff and at least one defendant are citizens of Pennsylvania.[1] No federal cause of action is apparent from the face of the complaint, *see generally* 28 U.S.C. § 1331 *et seq.*, and because the plaintiff and at least one defendant are both citizens of Pennsylvania, this Court clearly lacks diversity jurisdiction over the matter, *see* 28 U.S.C. § 1332.

Accordingly, **IT IS HEREBY ORDERED** that the plaintiff shall **SHOW CAUSE** why this action should not be dismissed for lack of

---

[1] One of the three defendants is the Harrisburg Bureau of Code Administration, a department of the City of Harrisburg, Pennsylvania.

- 2 -

subject matter jurisdiction. The plaintiff shall file his response to this Order **within 21 days** after entry of this Order.

Dated: July __12__, 2021

*Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge