IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHALMERS A. SIMPSON, JR.,** | : | Civil No. 1:21-cv-1205 |
| **Plaintiff,** | : | |
| v. | : | |
| **VISION PROPERTY MANAGEMENT, et al.,** | : | |
| **Defendants.** | : | Judge Sylvia H. Rambo |

### **O R D E R**

AND NOW, this 13th day of September, 2021, upon consideration of Plaintiff's motions for an extension of time to file objections to the report and recommendation (Docs. 14 & 15), IT IS HEREBY ORDERED that the motions are granted insofar as Plaintiff shall have until October 19, 2021 to file objections.

> s/Sylvia H. Rambo
> United States District Judge