Exhibit (a)(1)(3)

C-2

1/8/16

## REQUEST FOR CONTINUATION OF HEARING

Reasonable continuances for any hearing may be granted upon cause shown. However, in determining the period of conducting the final hearings, there shall be excluded there from such period of delay at any stage of the proceedings as a result from: (1) the unavailability of the defendant of his attorney; or, (2) any continuance granted at the request of defendant or his attorney; or, (3) reasonable or necessary continuances grated to, or occurrences related to, the Board or its employees. (37 Pa. Code Section 71.5)

---

CLIENT: ______________________ PAROLE NO. ______________________

HEARING DATE: ______________________ LOCATION: ______________________

I request that the ______________________ Hearing be continued

From ______________________ :

( ) To ______________________ (Date and Time)

( ) Until further written notice

(To be rescheduled at request of parolee)

For the following reason(s):

( ) To secure counsel representation.

( ) To further review the case with counsel.

( ) To await outcome of criminal preliminary hearing.

( ) To await disposition of all outstanding criminal charges.

( ) Unavailability of parolee.

( ) Unavailability of agent.

( ) Unavailability of witnesses.

( ) Failure of subpoenaed witnesses to attend.

( ) Other (Specify) ______________________

______________________

______________________

______________________ DATE ______________________
REQUESTOR

______________________ DATE ______________________ DATE
WITNESS HEARING EXAMINER

Exhibit (a)(1)(4)

JM6889

1/26/16

# REQUEST FOR CONTINUATION OF HEARING

Reasonable continuances for any hearing may be granted upon cause shown. However, in determining the period of conducting the final hearings, there shall be excluded there from such period of delay at any stage of the proceedings as a result from: (1) the unavailability of the defendant of his attorney; or, (2) any continuance granted at the request of defendant or his attorney; or, (3) reasonable or necessary continuances grated to, or occurrences related to, the Board or its employees. (37 Pa. Code Section 71.5)

---

CLIENT: Simpson Holmes PAROLE NO. ________

HEARING DATE: 1/25/16 LOCATION: SCI Camp Hill

I request that the Preliminary/Violation Hearing be continued

From 1/25/16 :

(X) To 1/29/16 @ 9am (Date and Time)

( ) Until further written notice

(To be rescheduled at request of parolee)

For the following reason(s):

( ) To secure counsel representation.

( ) To further review the case with counsel.

( ) To await outcome of criminal preliminary hearing.

( ) To await disposition of all outstanding criminal charges.

( ) Unavailability of parolee.

(X) Unavailability of agent.

( ) Unavailability of witnesses.

( ) Failure of subpoenaed witnesses to attend.

(X) Other (Specify) ________

REQUESTOR DATE

WITNESS DATE

HEARING EXAMINER DATE

PBPP-29 (10/06)

Exhibit (1)

# Past Weather in Harrisburg, Pennsylvania, USA — January 2016, day of 25th

Now
81 °F
Sunny.



Feels Like: 80 °F
Forecast: 84 / 62 °F
Wind: 7 mph from North

Location: Capital City Airport
Current Time: Jul 1, 2019 at 4:24:31 pm
Latest Report: Jul 1, 2019 at 2:50 pm
Visibility: 10 mi
Pressure: 29.98 "Hg
Humidity: 38%
Dew Point: 53 °F





Select month: January 2016

## January 2016 Weather in Harrisburg — Graph

*




Saturday, January 30, 2016, 12:00 pm — 6:00 pm

43 / 37 °F
Sunny.

Humidity: 35%
Barometer: 30.01 "Hg
Wind: 6.214 mph

Fri, Jan 1 | Sat, Jan 2 | Sun, Jan 3 | Mon, Jan 4 | Tue, Jan 5 | Wed, Jan 6 | Thu, Jan 7 | Fri, Jan 8 | Sat, Jan 9 | Sun, Jan 10 | Mon, Jan 11 | Tue, Jan 12 | Wed, Jan 13 | Thu, Jan 14 | Fri, Jan 15 | Sat, Jan 16 | Sun, Jan 17 | Mon, Jan 18 | Tue, Jan 19 | Wed, Jan 20 | Thu, Jan 21 | Fri, Jan 22 | Sat, Jan 23 | Sun, Jan 24 | Mon, Jan 25 | Tue, Jan 26 | Wed, Jan 27 | Thu, Jan 28 | Fri, Jan 29 | Sat, Jan 30 | Sun, Jan 31

See weather overview >

## High & Low Weather Summary for January 2016

| | Temperature | Humidity | Pressure |
|---|---|---|---|



Exhibit (2)

CALENDAR



# 2016 CALENDAR USA FOR US 2013

ManageEngine ServiceDesk Plus

**Best IT HelpDesk Software**

100,000+ Successful IT Help Desks use ServiceDesk Plus to Supercharge their IT Help Desk

## 2016 Calendar (United States)

Calendarpedia
Your source for calendars

**January 2016**

| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

**February 2016**

| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | | | | | |

**March 2016**

| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

**April 2016**

| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

**May 2016**

| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

**June 2016**

| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

**July 2016**

| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

**August 2016**

| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

**September 2016**

| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | |

**October 2016**

| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | | | | | |

**November 2016**

| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | | | |

**December 2016**

| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

© www.calendarpedia.com

Data provided 'as is' without warranty

pennsylvania
BOARD OF PROBATION AND PAROLE

12-22-15 Exhibit (a)(2) C-7

## Offender Rights at Board Hearings

The board conducts several types of hearings. (1) Offenders have specific rights at each hearing, which are given to them verbally and in writing. (2) At all board hearings, offenders have the right to disclosure of evidence in support of the violations charged against them. (3) Offenders have the right to speak, have voluntary witnesses appear on their behalf and present affidavits and other evidence. (4) Offenders have the right to cross-examine adverse witnesses. (5) Offenders have the right to be represented by counsel, if an offender cannot afford counsel one will be appointed. (6) There is no penalty for requesting counsel. Offenders may request a continuance of the hearing for a good cause. (7) The board will send notice of its determination either to the offender or to the counsel who represented the offender at the hearing. (8) The following information contains the rights of the offender at each hearing type:

(1)
**Preliminary Hearing Rights** Hearing 12-24-15 reschedual to 1-8-16 at 9:00am

You have been arrested as a result of the technical parole violation(s) and a preliminary hearing has been scheduled before a hearing examiner to determine whether there is probable cause to believe that you committed the violation(s) charged. If the examiner finds probable cause, the board may schedule a violation hearing to determine whether you should be recommitted as a technical violator.

(2) reschedual to 1-25-16
**Violation Hearing Rights**

The board has scheduled a violation hearing to determine whether you should be recommitted as a technical violator because of the violation(s) charged. You have a right to be heard by a panel.

(3)
**Detention Hearing Rights**

You have been arrested as the result of new criminal charge(s). A detention hearing has been scheduled before a hearing examiner to determine whether you should be detained pending disposition of the criminal charge(s).

(4)
**Revocation Hearing Rights** 120 days

The board has scheduled a revocation hearing to determine whether you should be recommitted as a convicted violator because of the conviction(s) charged. You have a right to be heard by a panel.

(5)
**Rescission Hearing**

You have the right to: 1 speak; 2 have voluntary witnesses appear on your behalf; and (3) present affidavits and other evidence. You have the right to be represented by counsel. You may request a continuance of the hearing for good cause.

(6)
**Notice of Additional Charges**

The board has already detained you on other charges as a result of:

1. Probable cause established as to technical parole violations on or about

[ ]

2. Probable cause established (detention hearing) as a result of new criminal charges on or about

[ ]

3. Prima facie case established on new criminal charges (criminal preliminary hearing) on or about

[ ]

X ______ *Offender Signature* 12-22-15 *Date*

[signature] *Witness Signature* 12-22-15 *Date*

Exhibit (1)(1) Sent to Head of Parole 1/8/16

(14) Parolee was detained on December 12th, 2015.

(15) From December 12th, 13th, 14th, 15th, 16th, 17th, 18th, 19th, 20th, 21st, 22nd, 28th, 29th, 30th, 2015 would be the (14) day.

(16) If you count Monday thru Friday from December 12th, 14th, 15th, 16th, 17th 18th, 21st, 22nd, 23rd, 24th, 28th, 29th, 30th, January 3rd, 2016 will be (14) days.

(17) Failure to hold a Preliminary Hearing within (14) days is grounds for dismissal under Rules 71.2.

18) Pa. R. Crim. P. Rules hold mandatory language and Parolee is entitled to relief under Pa. R. Crim. P. 100.

(19) Pursuant to Pa. R. Crim. P. Rule 540 states as following:

(a) Unless a preliminary hearing is held within (3) to (10) days the Issue Authority will pick a day witch is not less than (3) no more than (10) days.

See Com. V. Lawson, 461 A2d 807 (1983), Com. V. Bernhardt

See Com. V. Donahue, No. 178 EDA (2012).

See Com. V. Coleman, 433 A2d 36 (1981)

(20) Where defendants were released for failure to hold a Preliminary Hearing within (3) to (10) days.

(21) Its a violation of Federal and State Due Process Rights which guarantees

(21) Its a violation of Federal and State Due Process Rights which guarantees Fairness under the Fourteenth Amendment.

(2) (1)

(1) On the grounds that my Due Process Rights were violated which utilized which does guarantee of fairness in the Fourteenth Amendment of the United States Supreme Court which does apply the Sixth Amendment Rights at every level of Federal and State proceedings.

(2) This request is based on the fact of the fundamental fairness which is guaranteed under the Fourteenth Amendment.

(3) The Sixth Amendment guaranteed on 12-24-2015 the right to an Attorney at a state proceedings.

(4) The Sixth Amendment to the States using the Fourteenth Amendment Due Process Clause known as the Incorporation Doctrine.

(5) The Fourteenth Amendment Section I, does state "no person shall be deprived of life, liberty, or property with out Due Process of law which requires fundamental fairness which means that cruel or arbitrary procedures must be avoided at all costs.

(6) The Courts ruled that due process of law is violated if a defendant has been deprived of fundamental fairness

[illegible] are violations of the Fourteenth Amendment under Federal and State law and I ask that all violations to be desmissed and the Parole Detainer should be lifted emmediately. this 8th day of January, 2016

(3)(1) Letter to Director of parole sent on 1/8/16

1/8/16

(1) On December 12th, 2015 I was detained by a Detainer issued by Agent Amy Burrell.

(2) After being detained I had a right to be informed of the accusations I was accused of violating, within 72 hours

(3) On December 22nd, 2015 Parole Agent Bill Hanna informed me of the accusations I were accused of Violating.

(4) One day later a Parole Preliminary Hearing was held before a Hearing Examiner and Agent Amy Burrell on December 24th, 2015.

(5) At the Hearing the Hearing Examiner and Agent Amy Burrell admit that they can not get a Attorney to represent me.

(6) At the Hearing they both conspire to get me to represent my self with out a Attorney.

(7) Instead of continuing the hearing they falsify a legal document stating that I requested a continuance to secure a Attorney and Witnesses.

(8) On January 6th, 2016 Agent Bill Hanna call me to the Parole Office and a second time inform me of the accusation I was accused of.

(9) At that meeting Agent Bill Hanna admits that the Public Defenders Office was closed on December 24th, 2015 thats why I, never had a attorney to represent me and he never contact them.

Examiner and Agent Amy Burrell already new I would not have a Attorney because the Public Defenders Office was closed, which will put the Hearing pass the (14) days under Rule § 71.2. to day January 8th, 2016.

Exhibit (D)(8)

PBPP-340A (10/06)

## HEARING EXAMINER'S FINDING

PBPP18079600550230705

Name: Simpson, Chalmers

Inst. No. 557HV JM 6889 Parole No. 557HV

Place and Date of Hearing SCI Camp Hill 1/29/16

As Per PBPP-340, Notice of Changes and Hearing, Dated 1/26/16

Probable Cause Established on Condition(s) 3A - 2 count

Probable Cause Not Established on Condition(s) ——

Waiver Signed (Date) No Waiver Sign

Requested Full Board X

Waiver Needed

Waived Full Board

Agent to Recheck

DATE 1/29/16

HEARING EXAMINER [signature]

No Hearing Held and Hearing Examiner

12/14/15

Yes.

(c) Monday. On 12-14-15 at 6:30 pm a short heavy nurse was giving out meds, she never gave me my mental health meds or Blood Clot medications. On 12-14-15 at 8:30 pm counselor Arnold said I will receive a grievance and appeal form but I never did.

(d) It's 9:10 pm 12-14-15 I still have not been given any meds for my Blood Clots or Mental Health, my left leg is in serious pain. It's 9:30 pm 12-14-15, short male white officer passing and laundry out, I requested a Appeal Form and Rule Book, his reply was, "we don't have any rule books or appeal forms.

Tuesday It's 4:30 am 12-15-15, I still have not gotten any medication for blood clot or mental health.

(e) At 10:00 pm on 12-14-15 different forms were being passed out and collected, I ask for a appeal form to appeal my misconduct DOC-ADM-802, short white officer stated "this is not a misconduct, your being monitored, you can't appeal this, you just have to wait to be seen by PRC."

(f) Since 12-12-15 I've been deprived of the legal law library, yard, food, illegally detained, yard, paper, mail, phone preveleges, religious services, mail pre'vel eges, shower preveleges, Freedom,

(g) On 12-15-15 at 3:30 pm a short white guard said showers, allowed cell 2 and 3 to shower and no one else, cell 9, 10, 11 were all waiting for showers.
On 12-15 at 5:30 pm I told the short thin white guard I don't have any toilet paper, he said I have to wait to Saturday which is 12-19-15.

(h) Wensday On 12-16-15 at 11:00 Brown Nurse gave me examination said I need to keep taking Blood Clot meds, Doctor never put on system I had Blood clots in left Leg.

(5)

(3)

(Saturday) (I) From 12/12/15 thru 12/16/15 I was denied my medication.

(J) On 12/17/15 I was give (2) Blood Clot Pill.

(K) On 12/18/15 I was given (1) Blood Clot Pill still I have not gotten my mental health medication, last time I had mental health medication was 12-19-15 Saturday.

(L) On 12-15-15 my middle & my chest started to hurt, on 12-16-15 the pain got worst, on 12-17-15 I sent a medical slip in (no reply).

(M) On 12-18-15 I sent a medical slip then a request slip, (no reply).

(N) On 12-19-15 I contacted the officer in the bubble, he contacted medical (1) hour later I was alowd to go to medical. medical checked my pulse and temprature - I was sent back still In pain I told them I need to be checked out I have a blood clot in my chest, oriental doctor would not check blood.

(O) On 12-22-15 I received (2) Telephone list and (2) Phone list I submitted to authorized personnel back, I sent them in on 12-18-15, the phone list were not accepted because I have no Pin # to make calls.

(4)

(P) I arrived on 12-12-15 since than I have not received a Pin# to make calls to my attorney, family or other places.

(Q) Since I arrived on 12-12-15 I have been denied the right to attend Law Library.

(R) From 12-14-15 to 12-24-15 I have been trying to get a Power Of Attorney Form Notorized and have been unsuccessful. I was injeopardy of losing my home, paying my rent, UGI Bill, PPL Bill, getting my vehicle out of C.A. Smith Towing (717) 238-8000 U.S. South 3rd Street, Lemoyne, Pa. 17043. which was towed on 12-12-15 a 1996 Toyota Paseo. I was unable to retrieve due to Parole Agent issued a warrant detainer and the staff at SCI Camp Hill refused to set up a date to have me Notorize a Power of Attorney Form.

(S) On 12-23-15 I received a reply from Major J. Horner that stated I should contact Counselor M. Nogin and Unit Manager M. Witherite about getting my Power Of Attorney Notorized, and to submit a request. Since 12-16-15 to 12-24-15 I have been told by all staff there are not Grievance or any request to contact any one.

(T) On 12-24-15 I was called to the Parole Office, on my way I met Unit Manager M. Witherite who stated he would call me today.

(5)

(i) On 12-12-15 I sent a DC-138A Cash Slip to have $40.00 sent to my Postal Clerk at N. 7th Street Harrisburg, Pa. 17110 to pay for my P.O. Box 5533.

(v) On 12-23-15 I received the DC-138A Cash slip back stamped Insufficient Balance - on 12-12-15 I arrived here with $129.03, since than I have been denied the right to send my own money to pay my bills at home.

(w) On 12-24-15 I had a Parole Preliminary Hearing, the hearing Examiner when I arrived stated there was no Attorney available but I can represent my self, when I stated I need a Attorney he ask me to sign a continuance, I stated I also need my Witnesses, Parole Agent Amy Burrell stated "your not allowed witnesses," I stated that I have a right to have witnesses at all (7) hearings as the Board Hearings stated "I showed that on the papers I was given by Bill Hanna Parole office at SCI Camp Hill.

(x) Hearing Examiner stated that Amy Burrell was a witness to me not signing the paper for a continuance, since they failed to secure an Attorney for me and I was not served in a timely mannor I should not have had to sign a request for a continuance.

(6)

(Y) On 12-24-15 the Hearing Examiner and Amy Burrell gave false reports when they both signed a legal document which stated that client Chalmers A. Simpson, Jr. need time to secure counsel, when they failed to have a attorney present to represent me at my hearing. The hearing was continued until January 8th, 2016 by Witness Amy Burrell and Hearing Examiner.

(Z) Unit Manager M. Witherite stated he would call me on 12-24-15, and never did.

(Z1) On 12-24-15 a copy of a request sent back on 12/12/15 I wrote the Dept. Superintendent and the Superintendent about having my Power OP Attorney Notorized response was to contact Unit Team - it is now 12-24-15 no response given by Unit Manager or Counselor.

(Z2) It is now 12-27-15 and I am still unable to contact any one because I have no Pin No. to make phone calls, I explained that to a Tall White Sergent at 10:00 am, he told me to go lock up when I went to the bobble up front.

(Z3)