

Exhibit (b)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHALMERS A. SIMPSON, JR.   :   CIVIL ACTION
                           :
         V.                :   Judge Sylvia H. Rambo
                           :
VISION PROPERTY MANAGEMENT :   NO. 1:21-CV-1205
et al.

RE: CHALMERS A. SIMPSON, JR. V. VISION PROPERTY MANAGEMENT;
    NO. 1:21-CV-1205

TO: CLERK OF COURTS:

Please forward copy of EXHIBITS (b)(1) as evidence with the MOTION FOR RECONSIDERATION WHICH HAS BEEN FILED on 12/1/2021.

Dated: 12/1/2021

*[signature]*
CHALMERS A. SIMPSON, JR.
P.O. BOX 5533
HARRISBURG, PA. 17110
717-317-4587

Exhibit (b) (1)

Received 12/14/21

APPEAL,CONMAG,HBG,PROSEREF,WVSENT

# United States District Court
## Middle District of Pennsylvania (Harrisburg)
## CIVIL DOCKET FOR CASE #: 1:17-cv-02343-JFS

Simpson v. PA Board of Probation & Parole et al
Assigned to: Magistrate Judge Joseph F. Saporito, Jr
Demand: $500,000
Related Case: 1:19-cv-01816-JEJ
Case in other court: Third Circuit, 20-01331
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 12/19/2017
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Chalmers A. Simpson, Jr.**     represented by **Chalmers A. Simpson, Jr.**
P.O. Box 5533
Harrisburg, PA 17110
PRO SE

V.

**Defendant**

**PA Board of Probation & Parole**     represented by **Daniel J. Gallagher**
Office of the Attorney General
Strawberry Square
15th Floor
Harrisburg, PA 17120
717.783.2034
Email: dgallagher@attorneygeneral.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Parole Agent Amy Burrell**     represented by **Daniel J. Gallagher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Director Lisa Lozart**     represented by **Daniel J. Gallagher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Parole Agent Bill Hanna**     represented by **Daniel J. Gallagher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Parole Karen Reiss**           represented by   **Daniel J. Gallagher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Parole Agent Matt Sheaffer**       represented by   **Daniel J. Gallagher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Parole Hearing Examiner**        represented by   **Daniel J. Gallagher**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/19/2017 *Complaint* | 1 | COMPLAINT against All Defendants filed by Charles A. Simpson, Jr. (Attachments: # 1 Civil Cover Sheet)(pjr) (Entered: 12/19/2017) *12/19/17* |
| 12/19/2017 | 2 | MOTION for Leave to Proceed in forma pauperis filed by Charles A. Simpson, Jr.(pjr) (Entered: 12/19/2017) |
| 12/19/2017 | 3 | U.S. MARSHAL - 285, AO 398 and AO 399 Service Forms Completed by Plaintiff. (Attachments: # 1 part 2)(pjr) (Entered: 12/19/2017) |
| 12/19/2017 | 4 | PRO SE LETTER ISSUED w/ Notice & Consent Form. (pjr) (Entered: 12/19/2017) |
| 12/19/2017 | 5 | STANDING PRACTICE ORDER informing the parties of their briefing and other responsibilities.Signed by Honorable Yvette Kane on 12/19/17. (pjr) (Entered: 12/19/2017) |
| 01/04/2018 | 6 | ORDER DIRECTING THE CLERK'S OFFICE TO SEND AO 398 AND 399 WAIVERS FORMS to defendants. ; granting 2 Motion for Leave to Proceed in forma pauperisSigned by Magistrate Judge Joseph F. Saporito, Jr on 1/4/18. (ms) (Entered: 01/04/2018) |
| 01/04/2018 | 7 | Waiver of Service forms (AO 398 and 399) Mailed to All Defendants and PA Atty General Waiver of Service due by 2/5/2018. (ao) (Entered: 01/04/2018) |
| 02/15/2018 | 8 | ORDER DIRECTING U.S. MARSHAL TO SERVE SUMMONS AND COMPLAINT on all named defendants, who have not waived service.Signed by Magistrate Judge Joseph F. Saporito, Jr on 2/14/18. (ms) (Entered: 02/15/2018) |
| 02/15/2018 | 9 | Summons Issued as to Amy Burrell, Bill Hanna, Lisa Lozart, PA Board of Probation & Parole, Parole Hearing Examiner, Karen Reiss, Matt Sheaffer and provided TO U.S. MARSHAL for service on Defendant(s)in the manner prescribed by Rule 4 of the Federal Rules of Civil Procedure. (NOTICE TO ATTORNEYS RECEIVING THE SUMMONS ELECTRONICALLY: You must print the summons and the attachment when you receive it in your e-mail and serve them with the complaint on all defendants in the manner prescribed by Rule 4 of the Federal Rules of Civil Procedure). (ao) (Entered: 02/15/2018) |

| Date | Doc # | Description |
|---|---|---|
| 03/20/2018 | 10 | ANSWER to 1 Complaint by Amy Burrell, Lisa Lozart, PA Board of Probation & Parole, Karen Reiss.(Gallagher, Daniel) (Entered: 03/20/2018) |
| 04/26/2018 | 11 | Summons Returned Unexecuted by USM as to Bill Hanna, Matt Sheaffer (agent not assigned to office) (lg) (Entered: 04/26/2018) |
| 05/09/2018 | 12 | ORDER re 11 Summons Returned Unexecuted - Within 15 days of the date of this Order, plaintiff shall provide to the Court more specific information as to defendants Hanna and Sheaffer so that service can be effected upon them. Fialure to do so will be construed as a decision by plaintiff not to pursue the action as to these defendants.Signed by Magistrate Judge Joseph F. Saporito, Jr on 5/9/18. (Attachments: # 1 Doc. 11)(ms) (Entered: 05/09/2018) |
| 05/24/2018 | 13 | U.S. MARSHAL - 285, AO 398 and AO 399 Service Forms Completed by Plaintiff. (ao) (Entered: 05/24/2018) |
| 06/04/2018 | 14 | ORDER re 13 U.S. Marshal 285, AO 398 and AO 399 Service Forms Completed By Plaintiff, 12 Order, - Clerk of Court shall issue process to USMS for service of plaintiff's complaint upon defendants Hanna and Sheaffer at addresses provided in Doc. 25, pages 1 and 3.Signed by Magistrate Judge Joseph F. Saporito, Jr on 6/4/18. (ms) (Entered: 06/04/2018) |
| 06/04/2018 | 15 | Summons Issued along with the Complaint (Doc. 1) and (Doc. 13) & Order dated 6/4/2018 as to Bill Hanna & Matt Sheaffer and provided TO U.S. MARSHAL for service on Defendant(s)in the manner prescribed by Rule 4 of the Federal Rules of Civil Procedure. (Attachments: # 1 Summons Packet) (bg) (Entered: 06/04/2018) |
| 08/09/2018 | 16 | Letter dtd 8/1/18 from Chalmers A. Simpson, Jr. requesting copies. (ao) (Entered: 08/09/2018) |
| 08/20/2018 | 17 | SCHEDULING ORDER: Telephonic Case Management Conference set for 8/29/2018 11:00 AM before Magistrate Judge Joseph F. Saporito Jr. Conference to be initiated by the Court. Plaintiff to contact Chambers to provide telephone number for the conference.Signed by Magistrate Judge Joseph F. Saporito, Jr on 8/20/18. (ms) (Entered: 08/20/2018) |
| 08/23/2018 | 18 | MOTION to Continue *Case Management Conference* by Amy Burrell, Lisa Lozart, PA Board of Probation & Parole, Karen Reiss. (Attachments: # 1 Proposed Order)(Gallagher, Daniel) (Entered: 08/23/2018) |
| 08/24/2018 | 19 | ORDER granting 18 Motion to Continue Telephonic Case Management Conference CONTINUED TO 9/5/2018 09:30 AM before Magistrate Judge Joseph F. Saporito Jr.Signed by Magistrate Judge Joseph F. Saporito, Jr on 8/24/18 (ms) (Entered: 08/24/2018) |
| 09/05/2018 | 20 | Consent to Proceed before a Magistrate Judge form provided to defense counsel for signature, circulation to plaintiff, and filing with the Court. (ms) (Entered: 09/05/2018) |
| 09/05/2018 | 21 | JOINT CASE MANAGEMENT PLAN. (ms) (Entered: 09/05/2018) |
| 09/05/2018 *9/5/2018 Discovery* | 23 | SCHEDULING ORDER: Discovery due by 12/4/2018. Motions due by 2/15/2019.Signed by Magistrate Judge Joseph F. Saporito, Jr on 9/5/18. (ms) (Entered: 09/05/2018) |

| Date | Doc # | Description |
|---|---|---|
| 09/19/2018 | 24 | PROPOSED DOCUMENT re: Notice, Consent, and Reference of a Civil Action to a Magistrate Judge signed by Pltf and Atty Daniel Gallagher. (ao) (Entered: 09/19/2018) |
| 09/24/2018 | 25 | CONSENT to Proceed Before a US Magistrate Judge Approved. Signed by Honorable Yvette Kane on 9/24/18. (ve) (Entered: 09/24/2018) |
| 11/30/2018 11/30/2018 1st | 26 | MOTION for Extension of Time to for Discovery and Dispositive Motions by Amy Burrell, Bill Hanna, Lisa Lozart, PA Board of Probation & Parole, Karen Reiss, Matt Sheaffer.(Gallagher, Daniel) (Entered: 11/30/2018) |
| 12/03/2018 12/3/2018 | 27 | ORDER granting 26 Motion to Extend Time Discovery due by 2/2/2019. Motions due by 4/15/2019.Signed by Magistrate Judge Joseph F. Saporito, Jr on 12/3/18 (ms) (Entered: 12/03/2018) |
| 01/30/2019 1/30/2019 2nd | 28 | MOTION for Extension of Time to Complete Discovery *and Dispositive Motion Deadlines* by Amy Burrell, Bill Hanna, Lisa Lozart, PA Board of Probation & Parole, Parole Hearing Examiner, Karen Reiss, Matt Sheaffer. (Attachments: # 1 Proposed Order)(Gallagher, Daniel) (Entered: 01/30/2019) |
| 01/31/2019 | 29 | ORDER granting 28 Motion for Extension of Time to Complete Discovery Discovery due by 3/19/2019. Motions due by 4/30/2019.Signed by Magistrate Judge Joseph F. Saporito, Jr on 1/31/19 (ms) (Entered: 01/31/2019) |
| 03/01/2019 3/1/2019 3rd | 30 | MOTION for Extension of Time to Complete Discovery by Amy Burrell, Bill Hanna, Lisa Lozart, PA Board of Probation & Parole, Parole Hearing Examiner, Karen Reiss, Matt Sheaffer. (Attachments: # 1 Proposed Order, # 2 Certificate of Concurrence)(Gallagher, Daniel) (Entered: 03/01/2019) |
| 03/06/2019 | 31 | ORDER granting 30 Motion for Extension of Time to Complete Discovery Discovery due by 4/19/2019. Dispositive Motions due by 5/30/2019. No further extensions will be granted.Signed by Magistrate Judge Joseph F. Saporito, Jr on 3/6/19 (ao) (Entered: 03/06/2019) |
| 04/08/2019 | 32 | Letter from Chalmers Simpson. (pjr) (Entered: 04/09/2019) |
| 04/18/2019 4/18/2019 4th | 33 | MOTION for Extension of Time to Complete Discovery by Amy Burrell, Bill Hanna, Lisa Lozart, PA Board of Probation & Parole, Parole Hearing Examiner, Karen Reiss, Matt Sheaffer. (Attachments: # 1 Certificate of Concurrence, # 2 Proposed Order, # 3 Exhibit(s) Exhibit A)(Gallagher, Daniel) (Entered: 04/18/2019) |
| 04/19/2019 | 34 | ORDER granting 33 Motion for Extension of Time to Complete Discovery Discovery due by 6/19/2019. Motions due by 7/30/2019.Signed by Magistrate Judge Joseph F. Saporito, Jr on 4/19/19 (ms) (Entered: 04/19/2019) |
| 05/16/2019 5/16/2019 Compel | 35 | MOTION to Compel *Deposition of Plaintiff* by Amy Burrell, Bill Hanna, Lisa Lozart, PA Board of Probation & Parole, Karen Reiss, Matt Sheaffer. (Attachments: # 1 Certificate of Nonconcurrence, # 2 Proposed Order, # 3 Exhibit(s))(Gallagher, Daniel) (Entered: 05/16/2019) |
| 05/20/2019 5/20/2019 | 36 | ORDER granting 35 Motion to Compel. Plaintiff shall appear at the offices of defendants' counsel for his deposition within 30 days of this Order, or appropriate sanctions will be ordered upon application by defendants.Signed by Magistrate Judge Joseph F. Saporito, Jr on 5/20/19 (ms) (Entered: 05/20/2019) |

| Date | Doc # | Description |
|---|---|---|
| 05/20/2019  5/20/2019 Compel | 37 | MOTION to Compel Discovery by Chalmers A. Simpson, Jr. (Attachments: # 1 Supplement, # 2 Proposed Order)(aaa) (Entered: 05/20/2019) |
| 05/21/2019  5/21/2019 | 38 | ORDER re 37 MOTION to Compel Discovery filed by Chalmers A. Simpson, Jr. - defendants shall file a brief in opposition to plaintiff's motion to compel on or before 6/3/19. Signed by Magistrate Judge Joseph F. Saporito, Jr on 5/21/19. (ms) (Entered: 05/21/2019) |
| 05/29/2019  5/29/2019 Compel Deposition | 39 | MOTION to Compel Deposition of Defendants filed by Chalmers A. Simpson, Jr. (Attachments: # 1 Exhibit(s), # 2 Proposed Order)(pjr) (Entered: 05/30/2019) |
| 05/31/2019  5/31/2019 Daniel Gallagher Filed the Extension insted | 5th 40 | MOTION for Extension of Time to File Brief to 37 MOTION to Compel filed by Amy Burrell, Bill Hanna, Lisa Lozart, PA Board of Probation & Parole, Parole Hearing Examiner, Karen Reiss, Matt Sheaffer. (Attachments: # 1 Proposed Order, # 2 Exhibit(s))(Gallagher, Daniel) Modified on 6/3/2019 (ms). (Entered: 05/31/2019) |
| 06/03/2019  6/3/2019 order granted extension to respond | 41 | ORDER granting 40 Motion for Extension of Time to File Response/Reply re 37 MOTION to Compel Discovery Brief in Opposition due by 6/17/2019 Signed by Magistrate Judge Joseph F. Saporito, Jr on 6/3/19 (ms) (Entered: 06/03/2019) |
| 06/04/2019 Compel  6/4/2019 Denied | 42 | ORDER denying 39 Motion to Compel Signed by Magistrate Judge Joseph F. Saporito, Jr on 6/4/19 (ms) (Entered: 06/04/2019) |
| 06/11/2019 | 43 | Letter from Chalmers A. Simpson, Jr. (ao) (Entered: 06/11/2019) |
| 06/17/2019  6/17/2019 Courts granted Daniel Gallagher extent to file Brief 6th | 44 | MOTION for Extension of Time to Complete Discovery And File Dispositive Motion by Amy Burrell, Bill Hanna, Lisa Lozart, PA Board of Probation & Parole, Parole Hearing Examiner, Karen Reiss, Matt Sheaffer. (Attachments: # 1 Exhibit(s) Exhibit A, # 2 Exhibit(s) Exhibit B)(Gallagher, Daniel) (Entered: 06/17/2019) |
| 06/17/2019 6/17/19 Brief Filed In opposite to motion to Compel the Discovery | 45 | BRIEF IN OPPOSITION re 39 MOTION to Compel, 37 MOTION to Compel Discovery filed by Amy Burrell, Bill Hanna, Lisa Lozart, PA Board of Probation & Parole, Parole Hearing Examiner, Karen Reiss, Matt Sheaffer. (Attachments: # 1 Exhibit(s) Exhibit A, # 2 Exhibit(s) Exhibit B)(Gallagher, Daniel) (Entered: 06/17/2019) |
| 06/18/2019 6/18/19 Judge gave order For 7th motion For Extension Filed by Counsel | 46 | ORDER granting 44 Motion for Extension of Time to Complete Discovery. Plaintiff shall appear for his deposition during normal business hours within 30 days of date of this Order. Deadlines extended as follows: Discovery due by 7/18/2019. Motions due by 8/19/2019. Signed by Magistrate Judge Joseph F. Saporito, Jr on 6/18/19 (ms) (Entered: 06/18/2019) |
| 06/19/2019 6/19/19 Extension Motion | 47 | MOTION for Extension of Time for Deposition by Chalmers A. Simpson, Jr..(ao) (Entered: 06/19/2019) For deposition Filed by plaintiff |
| 06/20/2019 6/20/19 Order Discover deadline extended y Deposition Deadline Extended by Judge Saporito | 48 | ORDER granting in part and denying in part 47 Motion to Extend Time Granting with respect to request for extension of time. Discovery deadline extended to 8/19/19; dispositive motion deadline extended to 9/18/19. DENYING with respect to request for issuance of subpoenas in blank. Clerk shall refuse the instant request by the plaintiff for the issuance of 10 subpoenas in blank. Signed by Magistrate Judge Joseph F. Saporito, Jr on 6/20/19 (ms) (Entered: 06/20/2019) |

| Date | # | Entry |
|---|---|---|
| 06/26/2019 | 49 | Letter dtd 6/17/19 from Chalmers A. Simpson (rec'd in Wilkes Barre on 6/19/19) (ao) Modified on 6/26/2019 (ao). (Entered: 06/26/2019) |
| 07/08/2019 *[handwritten: 7/8/19 Brief filed to motion to Compel / Plaintiff Filed motion to Compel Discovery]* | 50 | BRIEF IN SUPPORT re 39 MOTION to Compel, 37 MOTION to Compel Discovery filed by Chalmers A. Simpson, Jr.(pjr) (Additional attachment(s) added on 7/8/2019: # 1 Proposed Order, # 2 attachments, # 3 attachments) (pjr). (Entered: 07/08/2019) |
| 07/15/2019 *[handwritten: Photo sent of Checks]* | 51 | Photocopies of checks for appearance at deposition filed by Chalmers A. Simpson, Jr. (pjr) (Entered: 07/16/2019) |
| 07/23/2019 *[handwritten: Request For Subpoenas Filed by Plaintiff]* | 52 | Request for Subpoenas filed by Chalmers A. Simpson, Jr. (pjr) (Entered: 07/24/2019) |
| 07/24/2019 *[handwritten: Counsel Filed Protection order]* | 53 | MOTION for Protective Order *of Defendants'* by Amy Burrell, Bill Hanna, Lisa Lozart, PA Board of Probation & Parole, Parole Hearing Examiner, Karen Reiss, Matt Sheaffer. (Attachments: # 1 Proposed Order, # 2 Certificate of Nonconcurrence)(Gallagher, Daniel) (Entered: 07/24/2019) |
| 07/26/2019 *[handwritten: Order by Judge Denial of Subpoenas/order given to clerk/ Protection order signed]* | 54 | ORDER (1) Plaintiff's pro se request for issuance of subpoenas (Doc. 52) DENIED without prejudice; (2) Clerk shall refuse the instant request by plaintiff for the issuance of 8 subpoenas in blank; (3) finding as moot related 53 Motion for Protective Order Signed by Magistrate Judge Joseph F. Saporito, Jr on 7/26/19 (ms) (Entered: 07/26/2019) |
| 07/26/2019 *[handwritten: 7/26/19 Motion to Compel Discovery]* | 55 | MEMORANDUM (Order to follow as separate docket entry) re 37 MOTION to Compel Discovery filed by Chalmers A. Simpson, Jr. Signed by Magistrate Judge Joseph F. Saporito, Jr on 7/26/19. (ms) (Entered: 07/26/2019) |
| 07/26/2019 *[handwritten: Order given Counsel must give plaintiff audio recording from 1/29/16 detention hearing]* | 56 | ORDER (memorandum filed previously as separate docket entry). In accordance with the accompanying Memorandum, IT IS HEREBY ORDERED THAT:1.The plaintiffs motion to compel (Doc. 37) is GRANTED in part and DENIED in part; 2.Within seven (7) days after this date, the defendants shall produce to the plaintiff a copy of the electronic audio recording of the January 29, 2016, preliminary and detention hearing; and3.The remainder of the relief requested is DENIED.Signed by Magistrate Judge Joseph F. Saporito, Jr on 7/26/19. (ms) (Entered: 07/26/2019) |
| 07/30/2019 *[handwritten: Motion For Continue]* | 57 | MOTION for a Continuance filed by Chalmers A. Simpson, Jr. (dmn) (Entered: 07/31/2019) |
| 07/30/2019 *[handwritten: Motion Deny Protection Order by Plaintiff]* | 58 | MOTION to Deny Protective Order for Defendants filed by Chalmers A. Simpson, Jr. (Attachments: # 1 Attachments, # 2 Attachments)(dmn) (Entered: 07/31/2019) |
| 08/02/2019 *[handwritten: Order Denial Protection order / Order quash Subpoenas issued given / Order the Plaintiff to show Cause why he should not be Sanction For Subpoena]* | 59 | ORDER DENYING as moot 58 Motion to deny protective order for defendants. The several subpoenas described herein are QUASHED and shall be disregarded by the recipients. Plaintiff shall respond in writing within 14 days after this date to SHOW CAUSE why he should not be sanctioned for this apparently fraudulent use of civil process. Counsel for defendants shall deliver a copy of this Order to each of the subpoena recipients. Clerk of Court shall mail a copy of this Order, together with copies of each of the subpoenas described herein, to the Clerk, United States District Court for the Eastern District of Pennsylvania for such action as that court deems appropriate. Signed by Magistrate Judge Joseph F. Saporito, Jr on 8/2/19 (ms) (Entered: 08/02/2019) |

| Date | Doc # | Description |
|---|---|---|
| 08/02/2019 | | DOCKET ANNOTATION: Copy of Doc. 59 Order and subpoenas referenced therein mailed to Clerk, USDC, Eastern District of Pennsylvania, from Chambers, per Doc. 59 Order (ms) (Entered: 08/02/2019) |
| 08/02/2019 *Order Denial of Motion to Continue the Deposition by Judge Saporito* | 60 | ORDER denying 57 Motion to Continue plaintiff's deposition. If necessary, defendants may, at their discretion, reschedule and re-notice the deposition of the plaintiff to be taken at a reasonable time, date, and place within the next 14 days. Signed by Magistrate Judge Joseph F. Saporito, Jr on 8/2/19 (ms) (Entered: 08/02/2019) |
| 08/06/2019 *Motion to Order In Court Conference by Plaintiff* | 61 | MOTION to Order In Court Conference filed by Chalmers A. Simpson, Jr. (Attachments: # 1 Supplement)(pjr) (Entered: 08/07/2019) |
| 08/14/2019 *Motion For Cont. by Plaintiff* | 62 | MOTION to Continue filed by Chalmers A. Simpson, Jr. (Attachments: # 1 Exhibit(s), # 2 Proposed Order)(pjr) (Entered: 08/14/2019) |
| ✱ 08/14/2019 *Motion For Sanctions by Plaintiff* | 63 | MOTION for Sanctions filed by Chalmers A. Simpson, Jr. (Attachments: # 1 Exhibit(s), # 2 Proposed Order)(pjr) (Entered: 08/14/2019) |
| 08/14/2019 *Denied In Court Conference by Judge Saporito Court Motion Denied* | 64 | ORDER denying without prejudice 61 Pltf's Motion to Order in Court Conference; denying Pltf's 62 Motion to Continue; denying Pltf's 63 Motion for Sanctions. Signed by Magistrate Judge Joseph F. Saporito, Jr on 8/14/19 (ao) (Entered: 08/14/2019) |
| 08/26/2019 *Motion to Dismiss for Fail to obey Court Order* | 65 | MOTION to Dismiss *for Failure to Obey Court Orders* by Amy Burrell, Bill Hanna, Lisa Lozart, PA Board of Probation & Parole, Parole Hearing Examiner, Karen Reiss, Matt Sheaffer. (Attachments: # 1 Proposed Order)(Gallagher, Daniel) (Entered: 08/26/2019) |
| ✱ 08/26/2019 *Order Deposition Deadline Extended (21) days* | 66 | ORDER - dispositive motion deadline is extended until 21 days after disposition of defendants' Doc. 65 motion to dismiss for failure to obey court orders. Signed by Magistrate Judge Joseph F. Saporito, Jr on 8/26/19. (ms) (Entered: 08/26/2019) |
| 08/28/2019 *Motion Change of Venue* | 67 | MOTION to Change Venue filed by Chalmers A. Simpson, Jr.(mfa) (Entered: 08/28/2019) |
| ✱ 08/29/2019 *Order Denial Change of Venue by Judge* | 68 | ORDER denying 67 Motion to Change Venue Signed by Magistrate Judge Joseph F. Saporito, Jr on 8/29/19 (ms) (Entered: 08/29/2019) |
| 08/29/2019 *Notice of Deposition* | 69 | NOTICES of deposition filed by Chalmers A. Simpson, Jr. (mfa) (Entered: 08/29/2019) |
| 08/30/2019 | 70 | EXHIBIT F(1) filed by Chalmers A. Simpson, Jr. (mfa) (Entered: 08/30/2019) |
| 09/09/2019 *Brief In Support Motion to Dismiss By Defendants Counsel* | 71 | BRIEF IN SUPPORT re 65 MOTION to Dismiss *for Failure to Obey Court Orders* filed by Amy Burrell, Bill Hanna, Lisa Lozart, PA Board of Probation & Parole, Parole Hearing Examiner, Karen Reiss, Matt Sheaffer.(Gallagher, Daniel) (Entered: 09/09/2019) |
| 09/13/2019 *Supplement to Motion to Dismiss* | 72 | Supplement to *Motion to Dismiss* by Amy Burrell, Bill Hanna, Lisa Lozart, PA Board of Probation & Parole, Parole Hearing Examiner, Karen Reiss, Matt Sheaffer. (Attachments: # 1 Exhibit(s) Exhibit A)(Gallagher, Daniel) (Entered: 09/13/2019) |
| 09/20/2019 *Motion For Extention to File Brief by Plaintiff* | 73 | MOTION for Extension of Time to File Brief to 65 MOTION to Dismiss *for Failure to Obey Court Orders* filed by Chalmers A. Simpson, Jr. (Attachments: # 1 attachment)(pjr) (Attachment 1 replaced on 9/23/2019) (pjr). (Entered: |

| | | |
|---|---|---|
| | | 09/23/2019) |
| 09/23/2019 Order granted For Exstention to Failure to obey Court Order | 74 | ORDER granting 73 Motion for Extension of Time to File Response/Reply re 65 MOTION to Dismiss *for Failure to Obey Court Orders* Brief in Opposition due by 12/30/2019. Signed by Magistrate Judge Joseph F. Saporito, Jr on 9/23/2019 (bg) (Entered: 09/23/2019) |
| 12/30/2019 Motion For Exstention to File Brief by Plaintiff to Motion to Dismiss | 75 | MOTION for Extension of Time to File Brief to 65 MOTION to Dismiss *for Failure to Obey Court Orders* filed by Chalmers A. Simpson, Jr. (Attachments: # 1 attachments, # 2 Proposed Order)(pjr) (Entered: 12/30/2019) |
| 01/02/2020 Order granted Exstention to File Brief/show Cause to be Sanctioned by Judge | 76 | ORDER granting in part and denying in part 75 Motion for Extension of Time to File Response/Reply. Plaintiff shall file his brief in opposition to defendants' Doc. 65 motion to dismiss on or before 2/13/20. Plaintiff's brief shall also respond to Court's 8/2/19 Order to Show Cause why he should not be sanctioned. Signed by Magistrate Judge Joseph F. Saporito, Jr on 1/2/20 (ms) (Entered: 01/02/2020) |
| 02/13/2020 Notice of Appeal Filed to United States Court of Appeals For 3rd Circuit No.20-1332 | 77 | NOTICE OF APPEAL in NON PRISONER PRO SE Case by Chalmers A. Simpson, Jr.. Filing Fee and Docket Fee NOT PAID. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (aaa) (Entered: 02/13/2020) |
| 10/25/2021 Plaintiff request Docket Sheet | 79 | Letter from Plaintiff requesting docket sheet. Sent on 10/25/21. (eo) (Entered: 10/25/2021) |

\* End of Filing \*